IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Lester Mark Piland AIS# 145657 )
Full name and prison number )
of plaintiff(s) )
 )
 )
v. )          CIVIL ACTION NO. 2:06CV46-F
 )          (To be supplied by Clerk of
Warden Gwendlyn Mosley )          U.S. District Court)
 )
Prison Health Services )
 )
Dr. Darbouse )
 )
Nurse K. Wilson )
 )
 )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I.   PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES (   )  NO (X)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES (   )  NO (X)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____N/A_____

            _____

            Defendant(s) _____

            _____

        2.  Court (if federal court, name the district; if
            state court, name the county) ____N/A_____

            _____

3. Docket number _N/A_

4. Name of judge to whom case was assigned _N/A_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _N/A_

6. Approximate date of filing lawsuit _N/A_

7. Approximate date of disposition _?_

II. PLACE OF PRESENT CONFINEMENT _Easterling Correctional Facility_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Easterling Correctional Facility_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Warden Gwendlyn Mosley | 200 Wallace Dr Clio, AL 36017 |
| 2. | Prison Health Services | 105 WestPark Dr Brentwood, TN |
| 3. | Dr. Darbouse | 200 Wallace Dr Clio, AL 36017 |
| 4. | Nurse K. Wilson | 200 Wallace Dr Clio, AL 36017 |
| 5. | Sandra Hayes | 200 Wallace Dr Clio, AL 36017 |
| 6. | Kathy Holt | P.O Box 301501 Montgomery AL 36130 |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _June 20, 2005 to the Present_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Defendant Mosley, Darbouse, Wilson, Prison Health Services INC. have been deliberately Indifferent to a serious medical condition (muscular Dystrophy, myoptic) when not treating plaintiff._

Plaintiff has to walk 400 yds to eat meals

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Since Arriving AT Easterling Correctional Facility Plaintiff Has Not recieved The Treatment and medication he was taking before being Incarcerated.

GROUND TWO: Defendant Mosley, Hayes and Holt have been deliberately Indifferent To A Serious medical Need when Not Transfeering plaintiff to a medical unit.
SUPPORTING FACTS:

Plaintiff has to walk 400 yds to Eat meals, stand IN A Shower, and manuver IN A Normal prison Setting when he can barley Stand up!! He Suffers From myoptic Muscler Dystrophy!

GROUND THREE: Defendant Mosley, Hayes Holt have been delibertly Indifferent and Violated A.D.A when Forcing Plaintiff to Function without proper Handicapped Facilities.
SUPPORTING FACTS:

Plaintiff is housed in 6B Dorm which Does Not have A Handicapped Shower, Toliet or Any Amenities For a Handicapped Person. This is Known by Defendants A Plaintiff has written over 6 Request to be Transferred

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

$100,000.00 Against Each defendant officially and Individually on Each Count

X *Lester M Piland*
/Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on January 17, 2006 .
             (Date)

X *Lester M Piland*
/Signature of plaintiff(s)