IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_Eastern_ DIVISION

Lester Piland
_____
_____
_____
Plaintiff(s)

2:06CV46-F

v.

Warden Gwendlyn Mosley
Sandra Hayes
P.H.S INC
Kathy Holt
Defendant(s)

## MOTION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff(s) _Lester Piland_

moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

X _Lester M Piland_
Plaintiff(s) signature

RECEIVED

2006 JAN 18 A 10:03

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED
*IN FORMA PAUPERIS*

I, _Lester Piland AIS#145657_, being first duly sworn, depose and say that I am the plaintiff in the above-entitled case; that in support of my motion to proceed without being required to prepay fees and costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?   YES ( )   NO (✓)

    A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer. _____

    B. If the answer is NO, state the date of last employment and the amount of the salary and wages per month which you received. _9 - 1995_

2. Have you received within the past 12 months any money from any of the following sources?

    A. Business, profession, or form of self-employment?   YES ( )   NO (✓)

    B. Rent payments, interest, or dividends?   YES ( )   NO (✓)

    C. Pensions, annuities, or life insurance payments?   YES ( )   NO (✓)

    D. Gifts or inheritances?   YES (✓)   NO ( )

    E. Any other sources?   YES ( )   NO (✓)

If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past 12 months. _Family $100.00_

3. Do you own cash, or do you have money in a checking/savings account?
   YES ( )   NO (✗)

   If the answer is YES, state the total value of the items owned. _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]?   YES ( )   NO (✗)

   If the answer is YES, describe the property and state its approximate value. _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. _____

   NONE

   X _Lester Piland_
   Plaintiff

STATE OF ALABAMA
COUNTY OF _____

   Subscribed and sworn to before me on this _____ day of _____,
199__, at _____, Alabama.

                                    _____
                                    NOTARY PUBLIC in and for said County,
                                    in said State

(SEAL)

My commission expires _____.

OR

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____.

X _Lester Piland_
Plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___12-22-05___.
           (date)

_Lester Mark Piland_
Signature of Affiant

## CERTIFICATE

I hereby certify that the plaintiff herein has the sum of $ _0.04_ on account to his credit at the _Easterling_ institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution:

_All attached_

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months (not to exceed six (6) months.

1. $ _____ on the 1st day of _____
2. $ _____ on the 1st day of _____
3. $ _____ on the 1st day of _____
4. $ _____ on the 1st day of _____
5. $ _____ on the 1st day of _____
6. $ _____ on the 1st day of _____

_All attached_

_Yolanda Givan ASA I_
Authorized Officer of Institution

DATE _12/27/05_

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
EASTERLING CORR FACILITY

AIS #: 145657        NAME: PILAND, LESTER MARK                AS OF: 12/27/2005

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| DEC | 4  | $0.00 | $0.00 |
| JAN | 31 | $0.00 | $0.00 |
| FEB | 28 | $0.00 | $0.00 |
| MAR | 31 | $0.00 | $0.00 |
| APR | 30 | $0.00 | $0.00 |
| MAY | 31 | $0.00 | $0.00 |
| JUN | 30 | $0.00 | $0.00 |
| JUL | 31 | $0.86 | $20.00 |
| AUG | 31 | $0.07 | $0.00 |
| SEP | 30 | $0.04 | $0.00 |
| OCT | 31 | $0.04 | $0.00 |
| NOV | 30 | $0.04 | $0.00 |
| DEC | 27 | $0.04 | $0.00 |