IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LESTER MARK PILAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO.2:06-CV-46-MEF |
| | ) |
| WARDEN GLENN MOSLEY, et al. | ) |
| Defendants. | |

**MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE SPECIAL REPORT**

Come now Defendants, WARDEN GWENDOLYN MOSLEY and KATHY HOLT, in the above-styled cause, by and through undersigned counsel, and respectfully request an additional sixty (60) days from today's date in which to file their Special Report, and as grounds state as follows:

The undersigned attorney will be out of the country until March 16th, 2006.

Further, affidavits and documents necessary to respond to the complaint have not been received in this matter.

An additional sixty day extension is requested to gather documents and affidavits pertaining to this matter.

          Respectfully submitted,

          KIM T. THOMAS
          General Counsel
          Deputy Attorney General

          /s/ GREG BIGGS (BIG004)
          GREG BIGGS (BIG004)
          Assistant General Counsel
          Assistant Attorney General

**ADDRESS OF COUNSEL:**
Department of Corrections
Legal Division
301 S. Ripley Street
P O Box 301501
Montgomery, AL 36130

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of February, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have served a copy of the foregoing on the following by placing the same in the United States Mail, first class postage prepaid, and properly addressed:

Inmate Lester Piland
AIS # 145657
Easterling Correctional Facility
200 Wallace Dr.
Clio, AL 36017

/s/ GREG BIGGS (BIG004)
GREG BIGGS (BIG004)
ASSISTANT ATTORNEY GENERAL
ASSISTANT GENERAL COUNSEL