IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| LESTER MARK PILAND, #145 657 | * |
| Plaintiff, | * |
| v. | *     2:06-CV-46-MEF |
| GWENDOLYN MOSLEY, *et al.*, | * |
| Defendants. | * |

_____

**ORDER ON MOTION**

Upon consideration of Defendants Mosley and Holt's Motion for Extension of Time, and for good cause, it is

ORDERED that Defendants' Motion for Extension of Time (Doc. No. 10) is GRANTED in part and DENIED in part. Accordingly, it is further

ORDERED that Defendants Mosley and Holt are GRANTED an extension from March 3, 2006 to April 7, 2006 which represents an additional 35 days rather than 60 days within which Defendants Mosley and Holt shall file their answer and written report.

Done, this 1st day of March 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE