# AFFIDAVIT

**STATE OF ALABAMA**          )
                                            )
_Barbour_ **COUNTY**          )

I, _Beth H Long_____, hereby certify and affirm that I am a _Medical Records Clerk_, at _Easterling Correctional_____; that I am one of the custodians of medical records at this institution; that the attached documents are true, exact, and correct photocopies of certain medical records maintained here in the institution medical file of one _Michael A. Brazell_____, AIS# _226568_ ; and that I am over the age of twenty-one years and am competent to testify to the aforesaid documents and matters stated therein.

I further certify and affirm that said documents are maintained in the usual and ordinary course of business at _Prison HealthCare Service_____; and that said documents (and the entries therein) were made at, or reasonably near, the time that by, or from information transmitted by, a person with knowledge of such acts, events, and transactions referred to therein are said to have occurred.

This, I do hereby certify and affirm to on this the _13th_ day of _January_____, 2006.

_Beth H Long_____

SWORN TO AND SUBSCRIBED BEFORE ME THIS THE _13th_ Day of _January_____, 2005.

_Linda A. Wilkinson_____
Notary Public
_9/16/2007_____
My Commission Expires

## PRISON HEALTH SERVICES
## SEGREGATION LOG

Name: Brazell, Michael    AIS 221056B    DOB _____ UNIT _____ YEAR 2005

| MONTH | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JANUARY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FEBRUARY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MARCH | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| APRIL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| JUNE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| JULY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| AUGUST | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SEPTEMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OCTOBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NOVEMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DECEMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

KEY:    M – MEDICAL
        D – DENTAL
        P—PSYCHIATRIC
        N/C-NO COMPLAINTS

NURSES SIGN AND INITIAL

NC 072



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## RELEASE OF RESPONSIBILITY

Inmate's Name: _Michael Brazell_

Date of Birth: _11-3-84_                     Social Security No.: _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_

Date: _12-5-05_                              Time: _8:35 p.m._          A.M.
                                                                        P.M.

This is to certify that I, _Michael Brazell_ , currently in
                            (Print Inmate's Name)

custody at the _EBni_ , am refusing to
                (Print Facility's Name)

accept the following treatment/recommendations: _S/C 12-0-05_
                                                 (Specify in Detail)

_____

_____

    I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

_Michael Brazell_                          _(signature)_
(Signature of Inmate)**                    (Signature of Medical Person)


_____                    _____
(Witness)                                  (Witness)


**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)

# DEPARTMENT OF CORRECTIONS

## EMERGENCY/_____ TREATMENT RECORD
### (OTHER)

| DATE 11-17-05 | TIME 435 (AM) PM | FACILITY Easterling | ☐ EMERGENCY |
|---|---|---|---|
| | | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ OTHER |

ALLERGIES  NKA

CONDITION ON ADMISSION
☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 97.6  ORAL RECTAL  RESP. 18  PULSE 77  B/P 118/76  RECHECK IF SYSTOLIC _____ <100 > 50

**NATURE OF INJURY OR ILLNESS**

S: Doc Body Chart.

O: w/m to HCU escorted by Officer Floyd and Sgt Bayley A&O x 3. Resp even et unlabored Skin warm et dry to touch. Multiple abrasions noted arms and hands bilaterally.

**PHYSICAL EXAMINATION**

A: Doc Body Chart

P: No further TX indicated Release to Doc.

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION/ SUTURES |
|---|---|---|---|---|



**ORDERS, MEDICATION, etc.**

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| RELEASE/TRANSFER DATE 11/17/05 | TIME 445 (AM) PM | RELEASE/TRANSFERRED TO DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE J. Hawkins LPN | DATE 11-17-05 | PHYSICIAN'S SIGNATURE | DATE 11/17/05 | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Brazell, Michael | AGE 21 | DATE OF BIRTH 11/3/84 | R/S W/m | AIS # 226568 |
|---|---|---|---|---|

E-15



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## RELEASE OF RESPONSIBILITY

Inmate's Name: _Michael Brazell_

Date of Birth: _11-3-84_          Social Security No.: _226568_

Date: _11-14-05_          Time: _9:00 pm_          A.M.
                                                    (P.M.)

This is to certify that I, _Michael Brazell_ , currently in
(Print Inmate's Name)

custody at the _Easterling_ , am refusing to
(Print Facility's Name)

accept the following treatment/recommendations: _Sick Call_
(Specify in Detail)

_____

_____

   I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

_Michael Brazell_          _Cindy Driscill_
(Signature of Inmate)**          (Signature of Medical Person)
_226568_

_____          _____
(Witness)          (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## SPECIAL NEEDS COMMUNICATION FORM

**Date:** 10-10-05

**To:** DOC Easterling

**From:** PHS Easterling

**Inmate Name:** Brazell Michael          **ID#:** 226508

**The following action is recommended for medical reasons:**

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____ until _____
5. Other _____

**Comments:**

Tx call X / week 10-10-05 thru 10-17-05 @

8AM clean c̄ soap/H2O, dry, apply TAO

lt cover c̄ bandaid

_____

**Date:** 10/10/05   **MD Signature:** Mc Floyd / CRNA @ani   **Time:** 1535

10-12-05   4A- dme - SKS,
10-13-05   4A- dme SKS
10-14-05   4A   dme SKS

60418

*SEG B8*



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 10/11/05

**To:** DOC

**From:** HCU

**Inmate Name:** Brazell Michael     **ID#:** 226 568

**The following action is recommended for medical reasons:**

1. House in
2. Medical Isolation
3. Work restrictions
4. May have extra _____ until
5. Other

**Comments:**                                    5 A.M.

Blood Pressure & Pulse daily x 3 days

10/12 BP 108/58 P 60

10/13 BP 112/58 P 60

10/14 BP 112/72 P 64                          *AH 10/14/05*

**Date:** 10/11/05   **MD Signature:** Darboyze / (i)     **Time:** 11:05 A.M.

*Michael Brazell 22656*

60418



# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 8-13-05

**To:** ADOC (Easterling)

**From:** PHS (Easterling)

**Inmate Name:** Brazell, Michael        **ID#:** 22656P

**The following action is recommended for medical reasons:**

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____ until _____
5. (Other) PPD Reading on (mon) 8-15-05 P

**Comments:** 7-3 pill call

**Date:** 8-13-05   **MD Signature:** V/O Dr. Darbouze/Shear   **Time:** 1P

Michael Brazell

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## EMERGENCY

| ADMISSION DATE 5/23/05 | TIME 910 AM/PM | ORIGINATING FACILITY ECF ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |

| ALLERGIES NKA | CONDITION ON ADMISSION ☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |

| VITAL SIGNS: TEMP 99.0 | ORAL RECTAL | RESP 20 | PULSE 98 | B/P 130, 80 | RECHECK IF SYSTOLIC <100> 50 |

NATURE OF INJURY OR ILLNESS

S " An officer assaulted me "
O- A/0x3. Skin warm/dry. Resp
even & unlabored. Reports that
an officer rammed this head
unto the wall causing injury
to this neck. Reports sharp
pain upon moving neck and
neck feels stiff. Ø visible
injuries noted. Skin intact.
Ø distress noted.
A- DOC BODY CHART
P- Return to DOC

| | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z/S | LACERATION / _____ SUTURES |

Skin intact
Ø injuries visible
PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE 05/23/05 | TIME 915 AM/PM | RELEASE / TRANSFERRED TO ☑ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE | DATE 5/23/05 | PHYSICIAN'S SIGNATURE | DATE 5/24/05 | CONSULTATION |

| INMATE NAME (LAST, FIRST, MIDDLE) Brazell, Micheal | DOC# 226369 | DOB 11/3/84 | R/S W/M | FAC. ECF |

# DEPARTMENT OF CORRECTIONS
## SHAVE PROFILE AUTHORIZATION

DATE: _5/10/05_    ORIGINATING INSTITUTION/WORK RELEASE CENTER _EAS_

REASON FOR PROFILE: _razor irritation_

TREATMENT: _Shave profile_

### SHAVE PROFILE INSTRUCTIONS



1   Specific area of face or neck involved is to be identified on the above profiles by the physician.
2   Hair in the areas shown on the diagrams is not to exceed 1/8".
3   The type shave to be used is clipper.
4   This shaving profile expires on _11/10/05_
5   Any corrections automatically cancel this profile authorization.
6   If the shaving profile is to be extended beyond the date indicated, a new Shave Profile Authorization must be completed and distributed appropriately.
7   Designated copies of this Shaving Profile Authorization have been distributed to:

☐ Warden ____/____/____
☑ Inmate _5/10/05_
                    DATE

_____
NURSE'S SIGNATURE
(Distributed By)

_____
PHYSICIAN'S SIGNATURE
(Authorization)

| FULL NAME (Last, First, Middle) | Date-of-Birth | Age | R/S | AIS# |
|---|---|---|---|---|
| Brazell, Michael | 11/3/84 | | W/M | 226568 |

ORIGINAL - Blue Medical Jacket        YELLOW - Inmate        PINK- Warden

F-13

X _Michael Brazell_
_226568_



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY _Easterling_ | SICK CALL ☐ EMERGENCY |
|---|---|---|---|
| 2/13/05 | 920 AM/PM | ☐ SIR ☐ PDL ☐ ESCAPEE | ☐ OUTPATIENT |

| ALLERGIES NKDA | Wt 172 | CONDITION ON ADMISSION ☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|---|

| VITAL SIGNS: TEMP 98.5 | ORAL RECTAL | RESP 20 | PULSE | B/P 110/70 | RECHECK IF SYSTOLIC <100> 50 / |
|---|---|---|---|---|---|

NATURE OF INJURY OR ILLNESS

S-"I feel like I want to hurt myself or someone else."

O- W/m brought to HCU. Ct O x 3. Skin warm et dry to touch. Resp even. et unlabored. No injuries noted at present. Denies any injuries. Denies having a plan. No acute distress noted.

| ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

A- Alt in mental status

P- Dr. Nevels notified. See orders.

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Suicide watch | | |
| Safe Vest + blanket | | |
| Sack lunch. No personal | | |
| property. | | |
| VO Dr. Nevels / DScottrn | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT

As above

| DISCHARGE DATE 2/13/05 | TIME 930 AM/PM | RELEASE TRANSFERRED TO ☒ DOC ☒ AMBULANCE ☐ | CONDITION ON DISCHARGE ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE DScottrn | DATE 2/13/05 | PHYSICIAN'S SIGNATURE SBanerjee, MD | DATE 2/16/05 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Brazell Michael | DOC# 226568 | DOB 11-3-84 | R/S W/m | FAC. ECF |
|---|---|---|---|---|



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## SPECIAL NEEDS COMMUNICATION FORM

**Date:** 2/13/05

**To:** Doc

**From:** PHS

**Inmate Name:** Brazell Michael    **ID#:** 226568

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

Suicide Watch. Place in Safe Cell c̄
Safe gown, Safe blanket & Sack
lunches only. NO personal property.

_____

**Date:** 2/13/05   **MD Signature:** OOD Newell/She   **Time:** 9 30 p

X    R C Whaty, CRNP

00418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## SPECIAL NEEDS COMMUNICATION FORM

**Date:** _3/2/05_

**To:** _Medical Records/Security_

**From:** _____

**Inmate Name:** _Michael Brazell_ **ID#:** _226569_

The following action is recommended for medical reasons:

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____until_____

5. Other _____

**Comments:** _Release from suicide watch_
_back to ADOC segregation._

_____

_____

**Date:** _3/2/05_ **MD Signature:** _Jon Futrell, PsyD_ **Time:** _4:35 pm_

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 2/15/05 | TIME 2010 ☐AM ☐PM | ORIGINATING FACILITY _____ ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ SICK CALL ☑ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|

| ALLERGIES  NKDA | CONDITION ON ADMISSION ☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|

| VITAL SIGNS: TEMP 98.8 | ORAL RECTAL | RESP 16 | PULSE 76 | B/P 124, 84 | RECHECK IF SYSTOLIC <100> 50 ___/___ |
|---|---|---|---|---|---|

**NATURE OF INJURY OR ILLNESS**

S: "I was doing push ups on my knuckles" @ 4th dist

O: swollen @ proximal joint, AAOX3, reg. equal & unlabored, skin warm & dry

A: alteration in comfort

O: AAOX3 (currently in medical isolation cell - HCV)

P: Motrin order, to see MD

|  | ABRASION //// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|---|

PROFILE RIGHT OR LEFT

swollen

RIGHT OR LEFT

**PHYSICAL EXAMINATION**

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Motrin 600g i po TID | 2015 | 82 |

| DIAGNOSIS  alteration in comfort |
|---|
| INSTRUCTIONS TO PATIENT |

| DISCHARGE DATE 2/15/05 | TIME 2020 ☐AM ☐PM | RELEASE / TRANSFERRED TO ☑ DOC ☐ AMBULANCE ☐ _____ | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE | DATE 2/15/05 | PHYSICIAN'S SIGNATURE | DATE 2/18/05 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE)  Brazell, Michael | DOC# 226568 | DOB 11/3/84 | R/S W/M | FAC. E45 |
|---|---|---|---|---|



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION, DATE 1/9/04 | TIME 8:55 AM PM | ORIGINATING FACILITY East ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ SICK CALL ☐ EMERGENCY ☒ OUTPATIENT |
|---|---|---|---|

| ALLERGIES NKDA | 17# | CONDITION ON ADMISSION ☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|---|

| VITAL SIGNS: TEMP 98° ORAL/RECTAL | RESP 16 | PULSE 88 | B/P 120,90 | RECHECK IF SYSTOLIC <100> 50 / |
|---|---|---|---|---|

| NATURE OF INJURY OR ILLNESS | | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / SUTURES |
|---|---|---|---|---|---|---|

S. I got in a fight

O Ambulate in handcuffs
escorted by Off Lightner &
Hamilton. A+ Ox3. Speech cl.
Resp. c̄ ease. Scratch noted
to back of neck. No other
redness noted to left side
of neck. No other broken
areas or bruises noted to skin
No c/o voiced.
Δ Body chart per

**PHYSICAL EXAMINATION**

Doc protocol.

P Released to you. No
A needed.

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| DISCHARGE DATE 9/9/04 | TIME 9:00 AM PM | RELEASE / TRANSFERRED TO ☒ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE 9/18/04 | CONSULTATION |
|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Brazell Michael | DOC# 226568 | DOB 11-3-84 | R/S W/M | FAC East |
|---|---|---|---|---|



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 6/27/04 | TIME 1pm ☐AM ☑PM | ORIGINATING FACILITY ECF ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ SICK CALL ☐ EMERGENCY ☑ OUTPATIENT |
|---|---|---|---|

| ALLERGIES NKDA | Wt. 175 | CONDITION ON ADMISSION ☑GOOD ☐FAIR ☐POOR ☐SHOCK ☐HEMORRHAGE ☐COMA |
|---|---|---|

| VITAL SIGNS: TEMP 98.4 ☑ORAL ☐RECTAL | RESP 16 | PULSE 80 | B/P 110/70 — | RECHECK IF SYSTOLIC <100> 50  ___/___ |
|---|---|---|---|---|

| NATURE OF INJURY OR ILLNESS | | | | | |
|---|---|---|---|---|---|
| S "DOC" | ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION / _____ SUTURES |

PROFILE RIGHT OR LEFT

Redness ↓
↓ Red Abrasion
4cm ○

RIGHT OR LEFT

**PHYSICAL EXAMINATION**
O- W/m A+O x 3 Amb c̄
Steady gait Resp c̄ ease
Skin W/D - 4cm round
human bite unoted to
Ⓡ side of ↑ back - Abrasions
unoted to ↑ Ⓡ shoulder +
Ⓡ side of neck - Small
approx ½ in Abrasion unoted
to below lower lip - No other
injury noted to body
Denies any complaints
A- Body chart per DOC —

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Tetanus 0.5ml IM to Ⓡ deltoid v/o Dr. Darbouze/SB | | |

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| DISCHARGE DATE 6/27/04 | TIME 1:10 ☐AM ☑PM | RELEASE / TRANSFERRED TO DOC ☐ AMBULENCE ☐ | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐POOR ☐FAIR ☐CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE S Bushin | DATE 6/27 | PHYSICIAN'S SIGNATURE | DATE 6/28/04 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Brazell Michael | DOC# 220568 | DOB 11/3/84 | R/S W/m | FAC ECF |
|---|---|---|---|---|



**PRISON
HEALTH
SERVICES
INCORPORATED**

### DEPARTMENT OF CORRECTIONS

## KITCHEN CLEARANCE
## PHYSICAL ASSESMENT

|  | YES | NO |
|---|---|---|
| ANY OPEN SORES OR RASHES ON HANDS, ARMS, FACE & NECK |  | ✓ |
| TB TEST CURRENT | ✓ |  |
| DOES PT. SHOW ANY OBVIOUS SIGNS OF ANY OTHER DISEASE |  | ✓ |

OTHER:_____

_____

_____

THIS PATIENT HAS BEEN INFORMED OF THE NEED FOR THE FOLLOWING:

PROPER HANDWASHING, NOT TO HANDLE FOOD WHILE SICK, SEEK MEDICAL EVALUATION WHEN NECESSARY AND TO NOTIFY THE DIETARY SERVICES SHIFT SUPERVISOR OF ANY ILLNESS.

MEDICAL AUTHORITY: _2Scottₚ_____ DATE: _6-14-04_____

I attest that the above statement is true to the best of my knowledge.
PATIENT SIGNATURE: X_Michael Brazell_ DATE: _6-14-04_____

EXPIRATION DATE: _____6-14-05_____

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|---|
| Brazell   Michael | 226508 | 11-3-84 | W/m | ECF |

PHS-MD-70042    **(White - Medical File, Yellow - Kitchen Supervisor, Pink - Classification Administrator (Inmate))**

## PROCEDURE FOR ACCESS TO HEALTH CARE

Treatment for routine medical complaints and mental health complaints are processed through nurse screening seven days a week. Inmates must complete a sick-call screening form and turn this form into medical services for processing. You may obtain screening forms from any dorm cube or shift commander's office. you need to place the screening form in the locked box located at the dining hall. All health service requests are subject to a $3.00 co-pay being deducted form your PMOD account, depending on the nature of your request. Forms for segregation inmates will be collected by nursing personnel at 4:00am medication rounds. Doctor's clinic is held Monday through Friday excluding holidays or an unexpected emergency.

Inmates on sick-call screening must report for screening or sign a refusal of treatment form declining care. Screening for population is held on 1st shift at approximately 7:00am. Screening for segregation is held during the morning pill call rounds. Sick-call screening is held Sunday through Friday.

Pill call times for this institution are as follows:

| POPULATION | DIABETIC | SEGREGATION |
|---|---|---|
| 4:00am | 3:00am | 4:00am |
| 9:00am | 9:00am | 10:00am |
| 5:00pm | 3:00pm | 5:00pm |

Medical request on weekends and holidays are reviewed. Any request for medical attention that cannot wait until the next sick-call clinic will be processed at that time. All other request will be held until regular Sunday through Friday sick call. Medical emergencies, such as those involving intense pain, potential life-threatening situations, or when delaying treatment might cause permanent damage are dealt with at any time. Advise the nearest Correctional Officer of an emergency, so prompt access to health care is provided.

You are required to sign up for Dental sick call using the same procedure as medical sick call. Population and Segregation Dental Screenings are held weekly on Monday evenings at 1:00pm in the Health Care Unit. Follow-up care, if needed, is scheduled at this time. Emergency dental service is provided 24 hours a day with a dentist on call. Those not meeting scheduled appointments must sign a refusal of treatment form.

Your medical care is important. This is a joint effort between you and the Health Care Staff. Prescribed medications are to be picked up at pill-call, appointments kept, and education in services attended.

Comfort medications, such as cold medicine, headache medicines etc. are available in the canteen.

We ask that medical complaints against the Health Care Unit try and be resolved face to face. If concerns cannot be resolved verbally, a written complaint may be filed. You may get this form in the Health Care Unit. You must complete this form listing specifically the reason for dis-satisfaction, steps you have taken and the action requested to resolve the problem. Return this form to the Health Care Unit.

| X _Michael Bray_ 026568 | 175 | 5'9" | 10-14-04 |
|---|---|---|---|
| Inmate Signature        AIS# | Weight | Height | Date |

| X _____ | 10-14-04 | 7:00pm |
|---|---|---|
| Witness | Date | Time |

# RECEIVING SCREENING FORM

INMATE'S NAME: _BRAZELL, Michael_    DATE: _5/27/04_ TIME: _9:55 AM_

DOB: _11/3/84_    OFFICER _Freddie Mc Campbell_ INSTITUTION: _KILBY_

## RECEIVING OFFICER'S VISUAL OPINION

|  | YES | NO |
|---|---|---|
| Is the inmate conscious? | X | — |
| Does the inmate have any obvious pain or bleeding or other symptoms suggesting the need for doctor's care? | — | X |
| Are there any visible signs of trauma or illness requiring immediate emergency or doctor's care? | — | |
| Any obvious fever, jaundice, or other evidence of infection which might spread through the institution? | — | |
| Is the skin in poor condition or show signs of vermin or rashes? | — | |
| Does the inmate appear to be under the influence of alcohol, or drugs? | — | |
| Are there any signs of alcohol or drug withdrawal? (Extreme perspiration, shakes, nausea, pinpoint pupils, etc.) | — | |
| Is the inmate making any verbal threats to staff or other inmates? | — | |
| Is the inmate carrying any medication or report that he is on any medication which must be continuously administered or available? | — | |
| Does the inmate have any obvious physical handicaps? | — | |

## FOR THE OFFICER

Was the new inmate oriented on sick/dental call procedures?

This inmate was    _X_ a. Released for normal processing

_____ b. Referred to health care unit

_____ c. Immediately sent to the health care unit.

_Freddie Mc Campbell_
**Officer's Signature**

This form will be completed at receiving and will be filed in the inmate's medical jacket to comply with NCCH Standards.

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## PSYCHIATRIC PROGRESS NOTES

| DATE: 11/9/05 TIME: Target Symptoms | Behavioral Rating Scale 0=No problem 5=worst | Today vs Before |
|---|---|---|
| Angry outbursts | | 0 / 0 - 1 |
| Snapping at people | | 0 / 0 - 1 |
| Mood swings | | 0 / 0 - 1 |
| Irritability | | 0 / 0 - 1 |
| low tolerance level | | 0 / 0 - 1 |

Medications: med non-compliant, Depakene, Xantac

Informed Consent ✓

Compliance: Inmate report 100% % vs MAR 100% %

In addition to the information in the tables above and below, then inmate-patient:

**S** "I have not been taking those medicines for past three months. I am doing good without taking any medicines. I have been flushing those medicines down the toilet. I feel good. I don't get angry anymore, I don't get any mood swings." Reports ⊘ other sxs of mood, anxiety or thought d/o.

Side effects:

**O**

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings | |
|---|---|---|---|---|
| Psychosis | ✓ | | ⊘ sxs of psychosis. ⊘ SI ⊘ HI. ⊘ HA | ⊘ thoughts |
| Serious Depression | ✓ | | ⊘ sxs of Bipolar d/o or ⊘ delusion | to hurt |
| Self-Injurious Thoughts | ✓ | | Denies  Impulse Control d/o | himself |
| Suicidal Intent | ✓ | ✓ | Denies  noted at this time. | or |
| Aggressive | ✓ | | None noted | anyone |
| Seriously Impulsive | ✓ | | None noted Y at present time. | else. |
| Situational Upset | ✓ | | None noted | Voices |

Lab info: None at this time. Labs Ordered:    Labs Reviewed:    AIMS:? 

no other concern at present.

**ASSESSMENT**/Diagnosis (DSM-IV)
Bipolar D/o
(in remission)
Impulse control D/o (in remission)

**PLAN:** I'm clinically stable. Has been med non-compliant and refusing all psychotropic meds at this time. Exhibits ⊘ sxs of mental illness at present. Will D/C Depakene; D/C Xantac

Return to clinic: RTC 90 days

Print Last Name: DR. BANERJEE  Sign: Banerjee MD

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| BRAZELL, MICHAEL | 226568 | 20 | W/M | SMI | ECF |

Disposition: Medical File

ADOC AR 632, 633, 623,615
ADOC Form MH-025 March 2, 2005

Will be followed up c̄ counseling. RTC in 90 days for follow up. Discussed to plan c̄ I'm. He understands and agrees c̄ Tx plan. Continue care.

**ALABAMA DEPARTMENT OF CORRECTIONS**
MENTAL HEALTH SERVICES

**PSYCHOTROPIC MEDICATION REPORT**

INMATE NAME: _Brazell, Michael_

AIS #: _226568_                    LOCATION: _B-8_

**PSYCHOTROPIC MEDICATION(S) PRESCRIBED:**

| Medication | Dosage | Frequency | Stop Date___ |
|---|---|---|---|
| Depakene | 500 mg. | Bid | |

**PROBLEM REPORTED:**
Side effects:_____  Medication-Related Problem:_____  Non-Compliance: _X_
Explanation: _7 morning & evening doses of Depakene missed_
_Inmate states " I don't need it & I'm not going to take it_
_anymore."_

Reported by: _R. Flowers, LPN_                    Date: _11-8-05_

**MENTAL HEALTH NURSE FOLLOW-UP:** _week of 11/1-11/7/05_
_Inmate remains non-compliant & talked to on weekly basis._
_Instructed inmate of possible signs & symptoms from not_
_taking medication as ordered & to take medication as_
_ordered. Will be seen by Dr. Banerjee on 11/9/05 for_
_follow-up & med non-compliance._

Follow-Up by: _R. Flowers, LPN_          Date: _11-9-05_  _Michael Brazell_

**PSYCHIATRIC REVIEW/PLAN:**

_Received med non-compliance report on 11/9/05_
_Please review progress notes dated 11/9/05-_
                    _SBanerjee, MD_

Follow-Up by: _____          Date: _____

| Inmate Name | AIS # |
|---|---|
| Brazell, Michael | 226568 |

DOC Form #458-01

AR 458 – August 30, 2001

## ALABAMA DEPARTMENT OF CORRECTIONS
### MENTAL HEALTH SERVICES

### PSYCHOTROPIC MEDICATION REPORT

INMATE NAME: Brazell, Michael

AIS #: 226568          LOCATION: 5B-8

**PSYCHOTROPIC MEDICATION(S) PRESCRIBED:**

| Medication | Dosage | Frequency | Stop Date___ |
|---|---|---|---|
| Depakene | 500 mg. | Bid | |

**PROBLEM REPORTED:**
Side effects:_____  Medication-Related Problem:_____  Non-Compliance: X
Explanation:
5 morning & 6 evening doses of Depakene missed

Reported by R. Flowers, LPN          Date: 11-1-05

**MENTAL HEALTH NURSE FOLLOW-UP:** week of 10/25- 10/31/05
Inmate states "I don't want to take any medicine any more."

I instructed inmate of importance of taking medication as ordered & possible signs & symptoms of not taking medication routinely. Will be seen on 11/9/05 by Dr. Banerjee for follow up & med non-compliance
Follow-Up by R. Flowers, LPN          Date: 11-4-05  Michael Brazell

**PSYCHIATRIC REVIEW/PLAN:**

Received med non-compliance form on 11/9/05
Please review progress notes dated 11/9/05
                    S Banerjee, MD

Follow-Up by:                              Date:

| Inmate Name | AIS # |
|---|---|
| Brazell, Michael | 226568 |

DOC Form #458-01

**ALABAMA DEPARTMENT OF CORRECTIONS**
MENTAL HEALTH SERVICES

**PSYCHOTROPIC MEDICATION REPORT**

INMATE NAME: _Brazell, Michael_

AIS #: _226568_                    LOCATION: _B - 8_

**PSYCHOTROPIC MEDICATION(S) PRESCRIBED:**

| Medication | Dosage | Frequency | Stop Date ___ |
|---|---|---|---|
| Depakene | 500mg. | Bid | |

**PROBLEM REPORTED:**
Side effects:_____ Medication-Related Problem:_____ Non-Compliance: X
Explanation:
3 morning doses of Depakene missed
8 evening doses of Depakene missed

Reported by: _R. Flowers, LPN_          Date: _10/25/05_

**MENTAL HEALTH NURSE FOLLOW-UP:** week of 10/17/05 - 10/25/05
Inmate states "I don't need the medicine & I'm not going
to take it."

Instructed inmate on importance of taking medication &
possible signs symptoms of not taking it. Will be scheduled to
be seen by Dr. Banerjee for med-noncompliance.
Follow-Up by: _R. Flowers, LPN_          Date: _10/25/05_     _Michael Brazell_
_226568_

**PSYCHIATRIC REVIEW/PLAN:**

Received med non-compliance form on 11/9/05
Please review progress notes dated 11/9/05.
_SBanerjee, MD._

Follow-Up by:                          Date:

| Inmate Name | AIS # |
|---|---|
| Brazell, Michael | 226568 |

DOC Form #458-01

AR 458 – August 30, 2001

**ALABAMA DEPARTMENT OF CORRECTIONS**
MENTAL HEALTH SERVICES

**PSYCHOTROPIC MEDICATION REPORT**

INMATE NAME: Brazell, Michael

AIS #: 226568                    LOCATION: 5B-8

**PSYCHOTROPIC MEDICATION(S) PRESCRIBED:**

| Medication | Dosage | Frequency | Stop Date___ |
|------------|--------|-----------|--------------|
| Depakene | 500 mg. | Bid | |

---

**PROBLEM REPORTED:**
Side effects:_____ Medication-Related Problem:_____ Non-Compliance: X
Explanation:

4 morning & evening doses of Depakene missed

Reported by: R. Flowers, LPN                    Date: 10/17/05

---

**MENTAL HEALTH NURSE FOLLOW-UP:** Week of 10/11 - 10/17/05

Inmate states "The medicine is not working for me."

Instructed inmate to take medication as ordered
& will be scheduled to be seen by Dr. Banerjee for med
non-compliance.

Follow-Up by: R. Flowers, LPN                    Date: 10/18/05          Michael Brazell
                                                                          226568

---

**PSYCHIATRIC REVIEW/PLAN:**

Received med non-compliance form on 11/9/05
Please review progress notes dated 11/9/05
                                        SBanerjee, MD

Follow-Up by:                                         Date:

| Inmate Name | AIS # |
|-------------|-------|
| Brazell, Michael | 226568 |

DOC Form #458-01

AR 458 – August 30, 2001

**ALABAMA DEPARTMENT OF CORRECTIONS**
MENTAL HEALTH SERVICES

**PSYCHOTROPIC MEDICATION REPORT**

INMATE NAME: Brazell, Michael

AIS #: 226568          LOCATION: 5B-15

**PSYCHOTROPIC MEDICATION(S) PRESCRIBED:**

| Medication | Dosage | Frequency | Stop Date |
|------------|--------|-----------|-----------|
| VPA | 500 mg | Bid | |
| Zantac | 150 mg | Bid | |

**PROBLEM REPORTED:**
Side effects:_____ Medication-Related Problem:_____ Non-Compliance: X
Explanation:
5 morning doses of VPA & Zantac missed
4 evening doses of Zantac & VPA missed

Reported by: R. Flowers, LPN          Date: 9/26/05

**MENTAL HEALTH NURSE FOLLOW-UP:** week of 9/21/05 - 9/26/05
Inmate states "I don't think its doing me any good."

Instructed inmate on importance of taking medication as ordered & will be scheduled to be seen by Dr. Banerjee for med non-compliance.
Follow-Up by: R. Flowers, LPN          Date: 9/27/05   Nurse...

**PSYCHIATRIC REVIEW/PLAN:**

Received med non-compliance form on 11/9/05
Please review progress notes dated 11/9/05
SBanerjee, MD

Follow-Up by:                              Date:

| Inmate Name | AIS # |
|-------------|-------|
| Brazell, Michael | 226568 |

DOC Form #458-01

AR 458 – August 30, 2001

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

## MENTAL HEALTH 30/90 DAY SEGREGATION REVIEW

Inmate Name: _Brazell, Michael_  AIS#: _226568_  Institution: _ECF_

Date Review Completed: _8-3-05_   Date Placed in Segregation: _9-28-04_

30 DAY REVIEW          ✓ 90 DAY REVIEW  _Brian Mitchell_

ALDOC Psychologist/Psychological Associate Conducting Review: _Brian Mitchell, Psychological Asst. II_

### MENTAL STATUS EXAMINATION

| Affect: | Appearance: |
|---|---|
| Appropriate for Segregation | Appropriate for Segregation |
| Concentration: | Intellectual Functioning: |
| Appropriate for Segregation | Within Normal Limits |
| Mood: | Memory: |
| Appropriate for Segregation | Intact |
| Orientation: | Speech: |
| Appropriate for Segregation | Appropriate for Segregation |
| Other: | |

### BEHAVIORAL OBSERVATIONS

| | | |
|---|---|---|
| Aggressive | Irrational | Passive |
| Agitated | Labile | Rational |
| Delusional | Lethargic | Terrified/Crying |
| Eye Contact | Loose Associations | Withdrawn |
| Hallucinating | Manipulative | Suicidal |
| Hyperactivity | Paranoia | Other:_____ |

COMMENTS: _Coded SMI,_

### RECOMMENDATIONS:

_X_  *SEGREGATION PLACEMENT NOT IMPACTING INMATE'S MENTAL HEALTH*
*SEGREGATION PLACEMENT IMPACTING INMATE'S MENTAL HEALTH*
*REFERRED FOR PSYCHIATRIC EVALUATION*
*Other:*

| Inmate Name | AIS # |
|---|---|
| | |

ALDOC Form 465-01

4 of 4

AR 465 – November 7, 2001



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Michael Bracell_ ___ Date of Request: _July 24, 05_

ID # _226568_ ___ Date of Birth: _11-5-58_ Location: _3A-1_

Nature of problem or request: _The cell that I'm in lights doesn't work and_
_the darkness is bothering my thoughts, I hate not being able to see._
_I've also been depressed and this cell is driving me crazy._
_I need someone to talk to, please help me._
_P.S. Officers keep messing with me_ _Michael Bracell_
_and I'm having some real bad_ ___ Signature
_thoughts._

### DO NOT WRITE BELOW THIS LINE

Date: _7-23-05 P.M._
Time: _7:10_ AM PM
Allergies: _N/A_

┌─────────────────────────────┐
│ RECEIVED                    │
│ Date:                       │
│ Time:                       │
│ Receiving Nurse Initials ___│
└─────────────────────────────┘

**(S)ubjective:** _I just want to see if they can get me moved to another cell._

**(O)bjective  (V/S):  T:** _98.4_  **P:** _77_  **R:** _18_  **BP:** _118/80_  **WT:** _190_

**(A)ssessment:** _If having any bad thoughts this time. States he has asked for the to move his several times because this lights won't come on & he is "claustophobic" anyways. MHO43. Should tour flag & lease. PDT for all & copy spells_

**(P)lan:** _refer to Mental Health_

_Rec'd & talked to by M&P on 7/26/05_
_R. Lewis, LPN_

Refer to:  MD/PA  Mental Health  Dental  Daily Treatment     Return to Clinic PRN
                              CIRCLE ONE

Check One:  ROUTINE ( )   EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )   No ( )
              Was MD/PA on call notified:   Yes ( )   No ( )

_____
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)

## ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES

### MENTAL HEALTH 30/90 DAY SEGREGATION REVIEW

Inmate Name: _Brazell, Michael_ AIS#: _226568_ Institution: _ECF_

Date Review Completed: _5-19-05_ Date Placed in Segregation: _9-28-04_

30 DAY REVIEW            ✔ 90 DAY REVIEW _Brian Mitchell_

ALDOC Psychologist/Psychological Associate Conducting Review: __Brian Mitchell, Psychological Asst. II__

MENTAL STATUS EXAMINATION

| Affect:<br>Appropriate for Segregation | Appearance:<br>Appropriate for Segregation |
|---|---|
| Concentration:<br>Appropriate for Segregation | Intellectual Functioning:<br>Within Normal Limits |
| Mood:<br>Appropriate for Segregation | Memory:<br>Intact |
| Orientation:<br>Appropriate for Segregation | Speech:<br>Appropriate for Segregation |
| Other: | |

### BEHAVIORAL OBSERVATIONS

| | | |
|---|---|---|
| Aggressive | Irrational | Passive |
| Agitated | Labile | (Rational) |
| Delusional | Lethargic | Terrified/Crying |
| Eye Contact | Loose Associations | Withdrawn |
| Hallucinating | Manipulative | Suicidal |
| Hyperactivity | Paranoia | Other:_____ |

COMMENTS: _Coded SMI_

### RECOMMENDATIONS:

__X__  *SEGREGATION PLACEMENT NOT IMPACTING INMATE'S MENTAL HEALTH*
   *SEGREGATION PLACEMENT IMPACTING INMATE'S MENTAL HEALTH*
   *REFERRED FOR PSYCHIATRIC EVALUATION*
   *Other:*

| Inmate Name | AIS # |
|---|---|
| | |

ALDOC Form 465-01

4 of 4

AR 465 – November 7, 2001



## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Michael Brazell_            Date of Request: _4-16-05_
ID # _226568_                        Date of Birth: _11-3-84_  Location: _5B-8_
Nature of problem or request: _I need to see someone in Mental Health. I've been feeling depressed. At times I've been geting so angry, that the only thing that can calm me down is if I hit something. Help me befor I hurt someone._
                                    _Michael Brazell_
                                              *Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM  PM
Allergies: _____

```
┌─────────────────────────────────┐
│            RECEIVED             │
│  Date:                          │
│  Time:                          │
│  Receiving Nurse Intials _____ │
└─────────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective    (V/S): T:_____   P:_____   R:_____   BP:_____   WT:_____**

                                        _Scheduled for_
                                        _5|2|05_

**(A)ssessment:**

**(P)lan:**

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
                                    CIRCLE ONE
Check One:  ROUTINE ( )      EMERGENCY ( )
        If Emergency was PHS supervisor notified:    Yes ( )    No ( )
            Was MD/PA on call notified:    Yes ( )    No ( )

                    _R. Flowers, LPN_
                        *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

## PSYCHIATRIC PROGRESS NOTES

**DATE:** 8/3/05    **TIME:**

**Target Symptoms** — Behavioral Rating Scale  0=No problem  5=worst

| | Today vs Before |
|---|---|
| Angry outbursts | 0-1/2 |
| Snapping at people | 0-1/2 |
| Mood swings | 0-1/2 |
| Irritability | 0-1/2 |
| Low tolerance level | 0-1/2 |

**Medications:** VPA  Xantac.

**Compliance:** Inmate report 100% vs MAR 100%

Informed Consent ✓

In addition to the information in the tables above and below, then inmate-patient:

**S** "I am feeling better now, since I got started on the medicines. I don't have that many angry outbursts anymore" Reports ⊘ other sx's of mood

**Side effects:**

**0** anxiety or thought d/o. ⊘ thoughts to hurt himself or anyone else. Voices no other issues or concerns. A+o x3. Good eye contact. Mood: euthymic. Affect: Appropriate, Thought Process: logical ⊘ loose associations.

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | ✓ | | ⊘ sx's of psychosis, ⊘SI, ⊘HI, ⊘HA |
| Serious Depression | ✓ | | sx's of Bipolar D/o improving ⊘delusions |
| Self-Injurious Thoughts | ✓ | | Denies |
| Suicidal Intent | ✓ | ✓ | Denies |
| Aggressive | ✓ | | None noted |
| Seriously Impulsive | ✓ | | None noted |
| Situational Upset | | ✓ | Re: current situation of being in seg. |

**Lab info:** VPA level 83 ug/mL  **Labs Ordered:**  **Labs Reviewed:** on 6/29/05  **AIMS?:**

### ASSESSMENT/Diagnosis (DSM-IV)

Bipolar D/o ~~(in remission)~~ (in partial remission)

Impulse control D/o ~~(in remission)~~ (in partial remission) (in partial remission)

**PLAN:** Im clinically stable. Responding well to his current psychotropic meds. Will continue current meds. Continue current tx plan. RTC in 90 days for follow up. continue care.

**Return to clinic:** RTC 90 days  **Print Last Name:** DR. BANERJEE  **Sign:** SBanerjee, MD

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| BRAXELL, MICHAEL | 226568 | 20 | W/M | SmI | ECF |

**Disposition:** Medical File

ADOC AR 632, 633, 623,615
ADOC Form MH-025  March 2, 2005

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 10/12/05 | | Inm seen for Tx team meeting. Reviewed and discussed to plan c̄ Inm. He understands and agrees c̄ to plan. Continue care. | S Banerjee, MD |
| 11/14/05 | 12:00pm | Monthly individual contact | |
| | | S- Inm Brazell, Michael was seen for monthly individual contact today. However Inm refused and stated "I don't want them to shake my cell up". Inm denies experiencing any suicidal/homicidal ideations, as well as auditory/visual hallucinations. | |
| | | O- 20 y.r.o. wm clean, coherent, cooperative, spoke logically, maintained eye contact, Inm lying on the bed (top rack). | |
| | | A- Inm appears clinically stable at the time based on available information noted. (1) s/s/sx symptoms of impulse control d/o - Inm appears to be adequately at the time and is not in any distress (2) medication non-compliance - Inm is currently compliant at the time. | |
| | | P- cont with monthly individual counseling, monitor mental stability/medication compliance, 90 day psychiatric follow-up, will follow-up next month. | V- HW, me   MW |
| 12-12-05 | 11:40 A | S- I/m rep. his stressed out about his sentence (possible loss of split). He rep. his fingers are itchy & peeling. We discussed stress management techniques. He rep he listens to music & sometimes reads. He rep. no SI or HI. He rep his family is supportive. He denied mood or anger problems. | |
| | | O- Alert, good eye contact, smiled occasionally, grooming appropriate. | |
| | | A- Appeared currently stable, polite. | |
| | | P- Continue care. | E. Brown, PhD |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|-----------------------------------------|------|-----|-----|----------|
| BRAZELL, MICHAEL | 226568 | 20 | W/M | ECF |

F-61

# INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 6/30/05 | cont | A- I/m is clinically stable at the time and is not displaying any signs/symptoms of Bipolar Disorder. *⊘ Signs/symptoms of Bipolar Disorder - I/m is asymptomatic at this time and reports a decrease in angry tendencies and depressive episodes. | |
| | | p- cont with monthly counseling, monitor mental stability/medication compliance, refer to dept psychiatrist for follow-up | |
| | | | T. Willy, MS MHP |
| | | Monthly wellbeing contact | |
| 10/10/05 | 10:30 AM | S- I/m Brazell "just maintaining", "had problems with my cellmate", "that's been rough over the past week", I/m denies experiencing any additional problems/distress at this time. I/m Brazell reports experiencing angry mood swings over the past few weeks, I/m is not taking his prescribed medication and reported "I have been flushing my medication down the toilet". I/m reports feeling a little depressed about being in segregation. I/m denies experiencing suicidal/homicidal ideation as well as, auditory/visual hallucinations. I/m Brazell is partially medication compliant at this time and is not taking his prescribed medication. | |
| | | O- 20 yr old w/m alert, oriented, spoke clearly, cooperative, good eye contact, dress/grooming neat, I/m Brazell describes his mood as being "alright", I/m reports eating 1-3 meals a day and sleeping 1-2 hrs a night. | |
| | | A- I/m is currently stable at the time but is displaying signs/symptoms of Bipolar Disorder. *⊘ Signs/symptoms of Impulse control disorder - I/m continues to report angry mood swings at this time. *Difficulty in cell with mates. *⊘ Medication non-compliance. I/m is non compliant with his prescribed medication. | |
| | | p- continue with monthly counseling, monitor mental stability/medication compliance, refer to psychiatrist for evaluation | |
| | | | T. Willy, MS MHP |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Brazell, Michael | 226518 | 20 | W/M | ELA |

F-61

| DATE | TIME | NOTES |
|------|------|-------|
| 9/9/05 | cont | continues to report not feeling any difference to midilation regime "doesn't feel he needs it." I/m states "he just needs to control himself." I/m reports that his anger tantrums have decreased since in new cell, no problem with others. I/m denies feeling depressed and not suicidal/homicidal. I/m also denies experiencing auditory/visual hallucinations.

O - 20 y.c. old W/m alert, oriented, spoke rapidly, minimally talkative, good eye contact, dress/grooming neat, I/m reports eating 1-3 meals a day and sleeping 8hrs a night.

A - I/m is clinically stable at this time and is not showing any s/s of symptoms of Bipolar Disorder. Impulse control disorder "Outbursts of anger - I/m denies feeling angry at this time and reports low mood, need #0 suicidal ideation - I/m denies feeling suicidal at this time.

p - cont. with monthly counseling, monitor meds/relocate to NR/assist/follow compliance, so due psychiatric follow-up

T. W___ ___
MH |

| 9/20/05 | 11:00 AM | Monthly
5 - I/m Brazell reported "Just maintaining" "everything day's" "doing alright." I/m denies experiencing any distress or problems at this time. I/m states his anger tantrums have decreased. I/m Brazell states he doesn't believe medication change is helping him, "to be honest with you I have been pushing my medication down for the past month." I/m denies feeling depressed at this time. I/m Brazell denies feeling suicidal/homicidal and is not experiencing any auditory/visual hallucinations.

O 20 y.c. old W/m alert, coherent, cooperative, friendly, spoke rapidly, dress/grooming neat, I/m Brazell describes his mood "as being "alright." I/m reports eating 1-3 meals a day and sleeping 5-6 hrs a night |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Brazell, Michael | 226869 | 20 | W/m | SCF |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 6/22/05 | cont | G-I/m B relatively stable at this time and is not displaying any clear symptoms of Impulse control disorder. Inmate reports - I/m is not experiencing any anger tearfulness at the moment and states his last angry episode was Saturday. *① suicidal ideation - Inmate denies experiencing suicidal ideation at this time. *② Hx of substance abuse - I/m is scheduled to enroll in SAP upon release from segregation | |
| | | p-cont with monthly counseling, QU dir psychiatric follow-up, monitor mental stability/medication compliance. | T-Whitgrove MHP |
| 7/26/05 | 11:15 Am | Monthly scheduled contact 5-I/m Brazzel reported "kind of stress out over these offenses" I/m continues to report that his current medication regime is not working, still has anger tearfulness. I/m denies s/i, h/i, currently, as well as s/h ideation. I/m Brazzel reports stressed by rules and rent over assault on another inmate. I/m reports feeling paranoid at times of offenders trying to harm him. O A & O x 3 - I/m was alert, coherent, oriented, spoke logically, good eye contact, dress/grooming neat, I/m reports eating 1½-3 meals a day and sleeping 5-6 hrs on/off a night G-I/m B relatively stable at this time, but is displaying clear/symptoms of Impulse control disorder. p-cont with monthly counseling, QU dir psychiatric follow-up, monitor mental stability/medication compliance. | T-Whitgrove MHP |
| 8/9/05 | 12:15 pm | Monthly scheduled contact 5-I/m Brazzel reported "Doing alright pretty good". I/m denies experiencing any additional problems/distress at this time. I/m | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---------------------------------------|------|-----|-----|----------|
| Brazzel Michael | 226568 | 20 | W/m | ECF |

F-61

## INTERDISCIPLINARY PROGRESS NOTE

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 5-19-05 | | Counseling Session in admin seg. S-Inmate Brazell reported this is his second time in prison. S/M stated that he is compliant with medication. S/M stated "I don't feel any different". MHP encouraged S/M to continue taking his meds. S/M receives biancial support from his father. O- Alert, Cooperative, Appropriate affect A- Depressed mood P- Next session is scheduled in one month.  A. Peters, MHP | |
| 6/8/05 | | Im seen. Was last seen on 5/11/05. VPA level 19 ug/mL. Discussed c̄ Im to increase his VPA to 1000 mg/d. Discussed to plan c̄ Im. He understands and agrees c̄ to plan. Will repeat VPA in three weeks. Continue care.  S Banerjee, MD | |
| 6/23/05 | 9:40AM | Outpatient mental health counseling S- Outpatient monthly counseling- Inm Brazell reported "Doing alright". Inm denies suicidal/homicidal ideation at this time, but continues to report anger tendencies toward unrelated staff. Inm is currently taking psychotropic medication at this time and doesn't feel like it is helping. Inm Brazell denies experiencing anything bizarre or unusual, but is experiencing situations by nurses. Inm denies experiencing any other distress or problems at this time. O-20 y-old w/m alert, w/o USH, cooperative, good eye contact, dress grooming neat, Inm described his mood as being "ok" w/ "ok" affect w/o overt S/m reports eating 1½-3 meals a day and sleeping 8 hours plus at night | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Brazell, Michael | 226568 | 20 | W/M | ECF |

F-61

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## PSYCHIATRIC PROGRESS NOTES

DATE; 5/11/05    TIME:

| Target Symptoms | Behavioral Rating Scale  0=No problem  5= worst | Today vs Before |
|---|---|---|
| Angery outbursts at times | | 2/0 |
| Snapping at people | | 2/0 |
| Mood swings | | 2/0 |
| Irritability | | 2/0 |
| Low tolerance level | | 2/0 |

Medications:  got started on Depakene          Informed Consent ✓

Compliance:  Inmate report    % vs MAR    %

In addition to the information in the tables above and below, then inmate-patient:

S  "I get angery at people when they pick on me. I don't have any suicidal thoughts"

Side effects: Reports Ø other sxs of mood, anxiety or

O  thought d/o. Ø thoughts to hurt himself or anyone else. Voices no other issues or concerns at present. A+O x3. Mood: angery mood noted at times.

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | ✓ | | Ø sxs of psychosis noted  Affect: Occasional |
| Serious Depression | ✓ | | mild. sxs of Bipolar D/O  Irritable |
| Self-Injurious Thoughts | ✓ | | Denies    Impulse control    affect noted - |
| Suicidal intent | ✓ | | Denies              D/O  Thought process |
| Aggressive | | | None noted      at present    logical, |
| Seriously Impulsive | | | mildly impulsive none noted at present  mildly impul Ø loose |
| Situational Upset | | | Re- current situation  associations |

| Lab info | Labs Ordered | Labs Reviewed | AIMS |
|---|---|---|---|
| Labs ordered on 5/11/05, VPA, LFT's, CBC. | | | |

## ASSESSMENT/Diagnosis (DSM-IV)

R/O Bipolar D/O
Impulse control. D/O

PLAN: Im exhibiting mild sxs of Bipolar D/O and Impulse
Control D/O - Will start him on Depakene.
Explained risks / benefits of being on Depakene c Im
He understands and agrees c Tx plan. Continue
Return to clinic:  Print Last Name:         Sign:              Institution:
RTC 90 days    DR. BANERJEE    SBanerjee MD / ear

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| BRAZELL, MICHAEL | 226568 | 20 | W/M | SWII | ECF |

Disposition: Medical File

ADOC AR 632, 633, 623,615
ADOC Form MH-025  March 2, 2005

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | Cont. NOTES | SIGNATURE |
|------|------|-------------|-----------|
| | | (P:) - DC suicide watch, 2° to inmate's statement that he has not plan to harm himself or others. — Treatment Plan - Follow-up monthly/PRN. — | |
| 3/16/05 | | Im seen in Tx team meeting. Discussed and reviewed Tx plan c̄ im. He understands and agrees c̄ Tx plan. Continue care. | SBanerjee, MD |
| 3/14/05 | 3:22p | (S) Stated he had he has had no further suicidal impulses. No evidence or claims of homicidal ideation or A/V hallucinations. Smith will be in segregation until his EOS next year. (O:) Appropriate eye contact. Speech was clear and cogent. Grooming and hygiene WNL. Affect and mood were neutral. Insight and judgment were ostensibly good. Oriented to time, place, person, and situation. (A:) does not present as psychotic, nor as a danger to himself or others, at the time of contact. (A:) No overt mental illness at the time of contact. (P:) Follow up monthly, PRN. [signature] Psy | |

| Patient';s Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Brazell, Michael | 226568 | 20 | WM | ECF |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 3-1-05 | 5: | Inm seen in safe cell on suicide watch. Inm continues to express thoughts of harming self at times thoughts of harming others to protect himself. Inm not going back into population. Inm appears to be afraid of being placed in regular dorm w/ other inmates. | |
| | O: | Cooperative, good eye contact, calmy affect, Normal, No psychosis, | |
| | A- | Axis I: Suicidal ideations | |
| | P: | Remain in safe cell. ____ MHP | |
| 3/2/05 | 4:35 pm | (S:) Stated definitely that he has neither suicidal nor homicidal intent. Said he's not getting anything out of being in this cell, so he might as well get out. Denied A/V hallucinations (O:) Neutral affect and mood. Dressed in a suicide smock. Insight and judgment appeared to be WNL at the time of contact. Oriented to time, place, person, and situation. Has reportedly been telling other inmates that he has a life sentence, to protect himself and his EOS date (he is due for release in about one year), thus suggesting a plan to keep himself safe and alive. Did not present as psychotic, nor as a danger to himself or others at the time of contact. (A:) Malingering/manipulation to remain  in a single cell. | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Brazell, Michael | 226568 | 20 | WM | ECF |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 2/28/05 | S- | I'm seen in safe cell on suicide watch. I'm continues to process suicidal ideations. "I don't want to live I'm ready to die." Pre-occupied with thoughts of dying. However, this can be an attempt to convince others to not release him back into population. It is reported that inmate Brazell is afraid of what may happen to him in population. Cooperative, talkative good eye contact. affect Normal. No s/s of depression, No psychosis. possible manipulation to remain in safe cell. | |
| | O- | | |
| | A- | Suicidal ideations. | |
| | P- | Remain in safe cell. | Godfrey, MHP |
| 2-28-05 | 1:30PM | S- I'm feeling the same way. I'm mad at everybody messing with me. I'll kill myself. I haven't heard from my family. I go home next march, but I tell other inmates I have life so maybe they will think I have nothing to lose and leave me alone. I swung on a guy for making homosexual advances and I got put in seg and he went to GA. O- Smiling, talkative, good eye contact, no s/s of mental illness noted. Rb manipulation to avoid population. A- Suicidal ideation P- Remain in safe cell. ———— | Mitchell |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Brazell, Michael | 226568 | 20 | W/M | ECF |

F-61

# INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 2/23/05 | | Pt seen - Still voicing suicidal thoughts, ideas. For pt's safety will continue suicide watch. Suicide mattress, suicide smock, suicide blanket recommended. Monitor clinical status closely on regular basis. Continue care. | |
| | | | S Banerjee, M.D. |
| 2/24/05 | | S- Pt seen in safe cell on suicide watch. Pt continues to make suicidal threats. "Im going to hurt myself when I get the chance", "Im tired of people messing w/ me". Pt avoided giving names of people that he feel is messing w/ him. O- Responsive, oriented, malingering to avoid conflict w/ other inmates that he owe affect. Normal, no psychosis, no s/sg depression. A- Suicidal threats. R- Remain in safe cell. | |
| | | | ___, MHP |
| 2/25/05 | 4:01pm | (S:) Still claiming intent to harm himself. Said he's "tired of this shit". (O:) Seen in safe cell. W[ ] trying to watch comings and goings in the infirmary. Still garbed in a suicide smock. Did not present as psychotic, nor as an imminent danger to himself or others at the time of contact. (A:) Potential to act out by harming himself 2/o malingering/manipulation for 2 gain. (P:) Continue suicide watch. Follow up daily. ___, Psy D. | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| BRAZELL, MICHAEL | 226568 | 20 | W/M | ECF |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 2/23/05 | 4:15pm | (S:) Stated he is tired of life. "Tired of these fuckers messing c̄ me." ("Who is messing with you?") "Everybody's messing with me." ("Why?") "Just to be messing with me". Stated he is always thinking of hurting some one, "Tell them I need anger management". Denied A/V hallucinations (laughed when asked about what the voices say), Still claiming that he wants to harm himself. | |
| | | (O:) Affect and mood were fairly bright, in stark contrast to the affect and mood of the typical suicidal inmate. Garbed in a suicide smock, Speech was clear and cogent. Maintained good eye contact. Very inquisitive regarding the content of my note. Insight and judgment seemed very poor. Oriented to time, place, person, and situation. Did not appear psychotic at the time of contact. Genuine danger to himself or others is questionable. | |
| | A/P | (A:) Maintain on suicide watch as a precaution. R/O manipulation/malingering for 2° gain, particularly the avoidance of threats or debts. (P:) maintain suicide watch. [signature] | |

| Patient';s Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|------|------|-----|-----|----------|
| Brazell, Michael | 226568 | 20 | wm | ECF |

F-61

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|

**2/14/05** — S- I'm seen in solo cell on suicide watch. I'm reported having suicidal ideations since the death of his sister a month ago. "I've been feeling like this for over a month."

O- Cooperative, responsive to questions; affect appropriate; guarded. No psychosis.

A- Suicidal ideations

P- Remain in safe cell.
J. _____, MHP

**2/16/05** — I'm expressing suicidal thoughts. For his safety, we'll continue suicide watch for now. Continue care. Monitor clinical status closely.
SBanerjee, MD.

**2/17/05** — S- I'm seen in solo cell on suicide watch. I'm refusing to talk. "I don't want to talk, I'm tired of talking to everybody." I'm continues to express suicidal ideations.

O- Uncooperative, not very talkative; affect flat; angry mood; suicidal ideations

A- Suicidal ideations

P- Remain in safe cell.
J. _____, MHP

**2/18/05  4:45 pm** — (S) Only communication is to say he is suicidal.
(O) Swaddled in blanket. Affect and mood are irritable. Insight and judgment likely poor. (A) Potential for self harm. (P) Continue suicide watch. Stein Futal, P

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Brazell, Michael | 226568 | | W/M | ECF |

F-61

## ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES

### MENTAL HEALTH 30/90 DAY SEGREGATION REVIEW

Inmate Name: _Brazell, Michael_ AIS#: _226568_ Institution: _Easterling_

Date Review Completed: _11-18-04_ Date Placed in Segregation: _9-28-04_

✓ 30 DAY REVIEW            90 DAY REVIEW _Brian Mitchell_

ALDOC Psychologist/Psychological Associate Conducting Review: __Brian Mitchell, Psychological Asst. II__

**MENTAL STATUS EXAMINATION**

| | |
|---|---|
| Affect:<br>Appropriate for Segregation | Appearance:<br>Appropriate for Segregation |
| Concentration:<br>Appropriate for Segregation | Intellectual Functioning:<br>Within Normal Limits |
| Mood:<br>Appropriate for Segregation | Memory:<br>Intact |
| Orientation:<br>Appropriate for Segregation | Speech:<br>Appropriate for Segregation |
| Other: | |

**BEHAVIORAL OBSERVATIONS**

| | | |
|---|---|---|
| Aggressive | Irrational | Passive |
| Agitated | Labile | (Rational) |
| Delusional | Lethargic | Terrified/Crying |
| Eye Contact | Loose Associations | Withdrawn |
| Hallucinating | Manipulative | Suicidal |
| Hyperactivity | Paranoia | Other:_____ |

**COMMENTS:**

**RECOMMENDATIONS:**

__X__  *SEGREGATION PLACEMENT NOT IMPACTING INMATE'S MENTAL HEALTH*
*SEGREGATION PLACEMENT IMPACTING INMATE'S MENTAL HEALTH*
*REFERRED FOR PSYCHIATRIC EVALUATION*
*Other:*

| Inmate Name | AIS # |
|---|---|
| | |

ALDOC Form 465-01

AR 465 – November 7, 2001

# ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES

### MENTAL HEALTH 30/90 DAY SEGREGATION REVIEW

Inmate Name: _Brazell, Michael_  AIS#: _226568_  Institution: _LCF_

Date Review Completed: _8-9-04_  Date Placed in Segregation: _6-27-04_

_✓_ 30 DAY REVIEW          90 DAY REVIEW _Brian Mitchell_

ALDOC Psychologist/Psychological Associate Conducting Review: _Brian Mitchell, Psychological Asst. II_

MENTAL STATUS EXAMINATION

| Affect: | Appearance: |
|---|---|
| Appropriate for Segregation | Appropriate for Segregation |
| Concentration: | Intellectual Functioning: |
| Appropriate for Segregation | Within Normal Limits |
| Mood: | Memory: |
| Appropriate for Segregation | Intact |
| Orientation: | Speech: |
| Appropriate for Segregation | Appropriate for Segregation |
| Other: | |

BEHAVIORAL OBSERVATIONS

| | | |
|---|---|---|
| Aggressive | Irrational | (Passive) |
| Agitated | Labile | (Rational) |
| Delusional | Lethargic | Terrified/Crying |
| Eye Contact | Loose Associations | Withdrawn |
| Hallucinating | Manipulative | Suicidal |
| Hyperactivity | Paranoia | Other: _____ |

COMMENTS:

RECOMMENDATIONS:

_X_  *SEGREGATION PLACEMENT NOT IMPACTING INMATE'S MENTAL HEALTH*
     *SEGREGATION PLACEMENT IMPACTING INMATE'S MENTAL HEALTH*
     *REFERRED FOR PSYCHIATRIC EVALUATION*
     *Other:*

| Inmate Name | AIS # |
|---|---|
| | |

ALDOC Form 465-01

4 of 4

AR 465 – November 7, 2001

# PSYCHOLOGICAL UPDATE

Name: _____ AIS#: _____ R/S: _____

Date: __/__/__    Date of Birth: __/__/__    Age: __

Inmate _____ was last evaluated by ADOC psychology staff member on __/__/__

A diagnosis of _____ was made and the inmate was recommended for participation in _____

RECEIVED JUN 1 2004

The following observations and recommendations are made as a result of the current interview:

I.  Underlined Educational Needs
____a. ABE    ____b. Special Education    ____c. Trade School    ____d. Junior College

II. Mental Health Needs

____ A. Refer to psychiatrist    ____ E. Sexual adjustment    ____ I. Self-concept enhancement

____ B. Substance abuse counseling    ____ F. Reality therapy    ____ J. Healthy use of leisure

____ C. Depression    ____ G. Anger-induced acting out    ____ K. Personal development

____ D. Stress management    ____ H. Values clarification

        Date referred to psychiatrist    ____/____/____

III. RECOMMENDATIONS/REMARKS: _____
_____
_____
_____
_____
_____
_____
_____

MENTAL HEALTH CODE:    SMI    HARM    HIST    NONE

Evaluation Completed by: _____    Date: _____

N-259 A (2/2001)
*White to Central Records*
*Yellow to Institutional File*
*Pink to Data Entry and forwarding to Medical Record*

*Easterling*

# ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES
### RECEPTION MENTAL HEALTH SCREENING

Institution: _KCF_    Date/Time Inmate Received: _5/28/04_

Date/Time of Screening: _5/28/04_    Signature/Title of Screener: _Burrell, MS-NHP_

## MENTAL HEALTH TREATMENT PRIOR TO ENTERING THE ADOC

☐ Yes ☑ No    Psychotropic medication:_____

☐ Yes ☑ No    Medication turned over to ADOC upon arrival?

☐ Yes ☑ No    Mental health follow-up in last 90 days:_____

☐ Yes ☑ No    Suicide/self-harm attempts in last 90 days:_____

## MENTAL HEALTH HISTORY    Does inmate report a history of the following (if yes, provide details):

☐ Yes ☑ No    Outpatient treatment:_____

☐ Yes ☑ No    Inpatient treatment:_____

☐ Yes ☑ No    Psychotropic medication:_____

☐ Yes ☑ No    Suicidal attempts:_____

☐ Yes ☑ No    Suicidal thoughts:_____

☐ Yes ☑ No    Head injury:_____

☐ Yes ☑ No    Seizures:_____

☐ Yes ☑ No    Violent behavior:_____

☑ Yes ☐ No    Substance abuse: _Meth, coke, alc, MJ, pills_

☑ Yes ☐ No    Substance abuse treatment: _In PMDM - 03_

☐ Yes ☑ No    Special education classes:_____

## INMATE SELF-REPORT OF CURRENT STATUS

☐ Yes ☑ No    First incarceration (reaction):_____

☑ Yes ☐ No    Reports family support: _dad_

☐ Yes ☑ No    Reports serious depression/remorse:_____

☐ Yes ☑ No    Thinking about suicide:_____

☐ Yes ☑ No    Has plan for suicide:_____

☐ Yes ☑ No    Possible to implement plan:_____

☐ Yes ☑ No    Reports hallucinations:_____

## BEHAVIORAL OBSERVATIONS

☐ Poor eye contact    ☐ Poor hygiene    ☐ Unable to pay attention    ☐ Unresponsive

☐ Disoriented    ☐ Overly anxious    ☐ Unable to follow directions    ☐ Unable to read

☐ Crying    ☐ Memory deficits    ☐ Signs of self-mutilation    ☐ Afraid

☐ Illogical speech content    ☐ Appears to be hearing voices or seeing things    ☐ Paranoid

☐ Hostile    ☐ Other unusual behavior:_____

## DISPOSITION/ PLACEMENT RECOMMENDATION (based on reception mental health screening)

☐ Routine housing and mental health follow-up          ☐ Emergency mental health referral

☐ Priority mental health follow-up but not emergency    ☐ Safe cell placement recommended

☐ Current psychotropic meds verified/interim supply ordered    ☐ Parole violator interim assessment referral

| Inmate Name | AIS # |
|---|---|
| Brazell, Michael | 226568 |

# ALABAMA DEPARTMENT OF CORRECTIONS
## INMATE ORIENTATION TO MENTAL HEALTH SERVICES

The Alabama Department of Corrections provides the following mental health services:

- Assessment and treatment of mental illness
- Referral to a psychiatrist, if necessary, for medication
- On-going psychiatric treatment
- Group and individual counseling
- Assistance in dealing with stressful problems
  (adjustment to prison, grief and loss, family problems)
- Crisis intervention
- Residential mental health treatment and hospitalization, if necessary

If you wish to speak with mental health staff about routine matters such as scheduling for group or individual counseling, send a Health Services Request form.

In emergency situations or if you have concerns that need to be addressed immediately, contact any correctional officer so that you may receive mental health assistance as soon as possible.

Your participation in mental health services is voluntary except in emergency situations or when you have been provided due process through administrative review.

If you believe the mental health services provided to you are inadequate, you may file an inmate grievance.

Information about the mental health services provided to you is confidential except in the situations when mental health staff believe that you may be:

- Suicidal
- Homicidal
- Presenting a clear danger of injury to self or others
- Presenting a reasonably clear risk of escape or creation of institutional disorder
- Receiving psychotropic medication
- Requiring movement to a special unit or cell for observation and treatment
- Requiring transfer to a psychiatric hospital outside of the prison
- Requiring a new program assignment for mental health reasons

Mental health staff have a legal duty to report to appropriate authorities any unreported suspected abuse or neglect of a child.

Mental health and medical staff will have access to your mental health records when completing their duties. The following persons may have access to your mental health records on a need to know basis:

- Warden of the institution or designee
- Internal investigative staff and legal counsel working with the ADOC
- Departmental and accrediting audit staff
- Persons authorized by a court order or judgment

All other persons or agencies require an authorization for release of information signed by you before gaining access to your mental health records.

*The information on this form has been explained to me and I have received a copy of this information for my future reference.*

_Michael Brazell_
_____     _226568_____     _5 27 04_____
Inmate Signature                    AIS Number                   Date Signed

Brazell, Michael

***** MMPI-2 ADULT INTERPRETIVE SYSTEM *****

developed by

Roger L. Greene, Ph.D.
Robert C. Brown, Jr., Ph.D.
and PAR Staff


-- CLIENT INFORMATION --

Client     : BRAZELL, MICHAEL          Age            : 19

Sex        : Male                      Marital Status :

Education  :                           Date of Birth  : 11/03/1984

File Name  : 226568

Prepared for: Kilby Correctional Facility on 06/01/2004


------------------------


    The interpretive information contained in this report
should be viewed as only one source of hypotheses about the
individual being evaluated.  No decisions should be based solely
on the information contained in this report.  This material
should be integrated with all other sources of information in
reaching professional decisions about this individual.  This
report is confidential and intended for use by qualified
professionals only.  It should not be released to the individual
being evaluated.

Copyright (c) 1990 by Psychological Assessment Resources, Inc.
All rights reserved.

MMPI-2 is a registered trademark of the University of Minnesota.

```
MMPI-2 INTERPRETIVE REPORT                                    PAGE   2
PREPARED FOR: Kilby Correctional Facility

              -- MMPI-2 PROFILE FOR VALIDITY AND CLINICAL SCALES --

            L    F    K    Hs   D   Hy   Pd   Mf   Pa   Pt   Sc   Ma   Si
  110 --   --   --   --   +  --   --   --   --   --   --   --   --   -- -- 110
           -              +                                           -
           -              +                                           -
           -              +                                           -
           -              +                                           -
  100 --   -              +                                           -- 100
           -              +                                           -
           -              +                                           -
           -              +                                           -
           -              +                                           -
   90 --   -              +                                           -- 90
           -              +                                           -
           -              +                                           -
           -              +                                           -
           -              +                                           -
   80 --   -              +             *                             -- 80
           -         *    +                                           -
           -              +                                           -
           -              +                       *                   -
   70 --   -              +                                  *         -- 70
           -              +                                           -
           -   --   --   -- +  --  -*  --   --   --   --   --   --   -*  -
           -   *          +                            *              -
   60 --   -              +                       *                   -- 60
           -              +                                           -
           -              +                                           -
           -              +                                           -
   50 --   -   --   --   -- +  --   --   --   --   --   --   --   --   -- -- 50
           -              +                                           -
           -              +                                           -
           -              +        *         *                        -
           -              +                                           -
   40 --   -         +    *                                           -- 40
           -              +                                           -
           -              +                                           -
           -              +                                           -
           -              +                                           -
   30 --   -         *    +                                           -- 30
           -              +                                           -
           -              +                                           -
           -              +                                           -
           -              +                                           -
   20 --   --   --   -- +  --   --   --   --   --   --   --   --   -- -- 20
                          1    2    3    4    5    6    7    8    9    0
            L    F    K    Hs   D   Hy   Pd   Mf   Pa   Pt   Sc   Ma   Si
T-Score    61   76   30   39   66   43   77   44   72   57   63   69   66
Unanswered (?) Items = 197

Welsh Code:   46'9208-7/53:1# F'L-K#
```

```
MMPI-2 INTERPRETIVE REPORT                                    PAGE  3
PREPARED FOR: Kilby Correctional Facility
```

-- PROFILE MATCHES AND SCORES --

| | Scale | Client Profile | Highest Scale Codetype | Best Fit Codetype |
|---|---|---|---|---|
| Codetype match: | | | 4-6/6-4 | 4-6/6-4 (9) |
| Coefficient of Fit: | | | .8 | .85 |
| Scores: | ? (raw) | 197 | | |
| | L | 61 | 53 | 52 |
| | F | 76 | 74 | 66 |
| | K | 30 | 43 | 43 |
| | Hs (1) | 39 | 54 | 48 |
| | D (2) | 66 | 63 | 52 |
| | Hy (3) | 43 | 55 | 49 |
| | Pd (4) | 77 | 79 | 72 |
| | Mf (5) | 44 | 49 | 47 |
| | Pa (6) | 72 | 81 | 72 |
| | Pt (7) | 57 | 61 | 52 |
| | Sc (8) | 63 | 65 | 56 |
| | Ma (9) | 69 | 59 | 65 |
| | Si (0) | 66 | 54 | 47 |
| Mean Clinical Elevation: | | 60 | 65 | 58 |
| Ave age-males: | | | 33 | 33 |
| Ave age-females: | | | 32 | 29 |
| % of male codetypes: | | | 4.9% | 1.4% |
| % of female codetypes: | | | 4.9% | 1.2% |
| % of males within codetype: | | | 67.6% | 70.9% |
| % of females within codetype: | | | 32.4% | 29.1% |

-----------------------------------------------------------------

Configural clinical scale interpretation is provided in the report for the following codetype(s):

4-6/6-4

-----------------------------------------------------------------

MMPI-2 INTERPRETIVE REPORT
PREPARED FOR: Kilby Correctional Facility                    PAGE   4


                  -- CONFIGURAL VALIDITY SCALE INTERPRETATION --


        There is no information available for this configuration of
scores for scales L, F, and K.  Interpretation for each of the
individual validity scales is presented below.



                         -- VALIDITY SCALES --


?  (raw) = 197

        This profile is very likely invalid and probably should not
be interpreted because the number of unanswered items is greater
than 30.

L       T = 61

        L scores in this range are suggestive of individuals who
may be defensive, lack insight, and be slightly more conforming
and moralistic than usual.  They may have a tendency to repress
or deny problems and unfavorable traits.

F       T = 76

        F scores in this range, if they are valid, suggest the
increasing probability of serious psychological and emotional
problems which are often characteristic of severe neurosis,
psychosis, or behavioral problems.  Scores in this range also may
occur because individuals have had some difficulty reading or
understanding the test items (evaluate measures of consistency of
item endorsement), or because they have some motivation to
overreport psychopathology (evaluate measures of accuracy of item
endorsement).

K       T = 30

        Scores in this range are very low and suggest that the
individual may have serious psychological and emotional problems
or may have distorted and greatly exaggerated their problems to
create the impression of a severe psychological disorder.
Psychological defenses may be extremely weak and the individual
may have limited ability to cope with stress.

-- CONFIGURAL CLINICAL SCALE INTERPRETATION --

4-6/6-4 Codetype

Clinical Presentation:

These individuals are angry, argumentative, and resentful of any demands being placed on them. They are excessively demanding of attention, affection, and sympathy. They typically have poor work histories. Marital problems are quite common. These individuals are suspicious of the motives of others and paranoid features should be ruled out.

These individuals are generally obnoxious, hostile, and angry. They are usually able to control the expression of their hostility , but they do exhibit episodic angry outbursts. These individuals often express rather vague emotional and physical complaints and they report feeling depressed and nervous. Substance abuse may be a significant issue. In response to stress, these individuals may exhibit outbursts of temper and threats of punishment.

These individuals often exhibit strong needs for attention, affection, and sympathy coupled with suspiciousness concerning the motives of others. They may become hostile and angry when their expectations are not met.

The self-concept of these individuals is usually unrealistic and grandiose. They tend to exaggerate their own contributions and self-worth.

These individuals are likely to have a long history of very poor interpersonal relationships. They are difficult to interact with because of their hostile attitudes and behavior which lead to poor relationships. Their relationships are often characterized by resentment, anger, hostility, suspiciousness, and extrapunitive behavior. They are very sensitive to and resentful of any demands being placed on them.

Treatment:

The prognosis is generally quite poor due to the denial of personal responsibility for their problems. These individuals are usually very demanding in psychotherapy.

MMPI-2 INTERPRETIVE REPORT
PREPARED FOR: Kilby Correctional Facility

Possible Diagnoses:

        Axis I    - Rule Out Mood Disorders
                    Rule Out Schizophrenia
                    Rule Out Paranoid Disorders
                    Rule Out Psychoactive Substance Abuse Disorder

        Axis II   - Rule Out Paranoid Personality Disorder
                    Rule Out Passive Aggressive Personality Disorder
                    Rule Out Borderline Personality Disorder


                    -- CLINICAL SCALES --


Hs (1)  T = 39

    Scores in this range indicate that the individual does not
report physical complaints or problems.  Individuals obtaining
scores in this range are often seen as optimistic, sensitive,
insightful, and free of somatic preoccupation.

D (2)  T = 66

    Scores in this range are typical for individuals who feel
depressed, unhappy, sad, and pessimistic about the future.  They
often feel guilty and are self-critical.  Suicidal ideation and
potential should be ruled out.  These individuals often feel
inadequate, helpless, and lacking in self-confidence.  Social
withdrawal, poor concentration, appetite and sleep disturbances,
and low frustration tolerance are possible.  Increasingly higher
scores are usually associated with an increase in the number and
severity of depressive symptoms.

Hy (3)  T = 43

    Scores in this range are obtained by individuals who are
often described as caustic, cynical, sarcastic, and socially
isolated.  They often are constricted, socially conforming, and
fixed on a narrow range of interests.  They may believe that
others are too optimistic.

Pd (4)  T = 77

    Scores in this range are typically obtained by individuals
who are characterized as angry, belligerent, rebellious,
resentful of rules and regulations, and hostile toward authority
figures.  These individuals are likely to be impulsive,
unreliable, egocentric, and irresponsible.  They often have
little regard for social standards.  They often show poor
judgment and seem to have difficulty planning ahead and

benefiting from their previous experiences.  They make good first impressions but long term relationships tend to be rather superficial and unsatisfying.  Analysis of the Content Scales and/or the Harris-Lingoes Subscales may facilitate interpretation of scores within this range.

Mf (5)  T = 44

Males obtaining scores within this range usually identify strongly with the traditional masculine role.  They may over-emphasize their strength and physical ability.

Pa (6)  T = 72

Scores in this range are frequently obtained by 1) individuals who are suspicious, hostile, and feel as if they are being mistreated, or by 2) individuals who are hypersensitive to the reactions of others.  The Dominance (Do) Scale is helpful in distinguishing between these groups of individuals -- high Do scores indicating the first group and low Do scores indicating the second group.  Individuals in both groups will often blame others for their difficulties.  The first group of individuals may manifest psychotic behavior and a thought disorder may be readily apparent.  Ideas of reference and delusions of persecution also may be present.

Pt (7)  T = 57

Scores in this range are considered to be within normal limits.

Sc (8)  T = 63

Individuals who obtain scores in this range may think somewhat differently than others.  This may reflect a creative or avant-garde attitude, or a schizoid-like process.

Ma (9)  T = 69

Scores in this range typically are obtained by individuals who are described as overactive, have difficulties in concentrating and attending, and find it difficult to relax. They often are quite creative people who start many projects but find it difficult to see them through to completion.  As the elevation on this scale increases, there is the increasing probability that the individual is likely to be seen as emotionally labile, impulsive, experiencing flight of ideas, restless, and exhibiting manic features.  They may also exhibit maladaptive hyperactivity, grandiosity, verbosity, irritability, unpredictability, and insufficient inhibitory capacities.

MMPI-2 INTERPRETIVE REPORT                                      PAGE   8
PREPARED FOR: Kilby Correctional Facility

    Si (0)   T = 66

        Scores in this range usually are obtained by individuals who
    prefer to be alone or with a small group of friends.   They are
    likely to be reserved in new social situations.


                        -- ADDITIONAL SCALES --


        No additional scales were selected for interpretation by
    the user.



                            END OF REPORT
                            * * * * * * * * *



**PRISON HEALTH SERVICES, INC.**

# YEARLY HEALTH EVALUATION

**I.    HISTORY – (LPN or RN)**

|                              | YES | NO | COMMENT(S) |
|------------------------------|-----|----|-----------|
| Weight Change (greater 15 lbs)|     | ✓  |           |
| (Compare Weight Below)       |     |    | Last weight at least 6 months ago |
| Persistent Cough             |     | ✓  |           |
| Chest Pain                   |     | ✓  |           |
| Blood in Urine or Stool      |     | ✓  |           |
| Difficult Urination          |     | ✓  |           |
| Other Illnesses (Details)    |     | ✓  |           |
| Smoke, Dip or Chew           | ✓   | ✓  | Past hx of smols |
| ALLERGIES                    |     |    |           |

Weight __188__  Temp __99⁸__  Pulse __88__  Resp __18__  Blood Pressure __112/70__

Eye Exam: 20/20 OD 20/20 OS 20/20 OU

**If greater than > 140/90, repeat in 1hour.**
**Refer to M.D. if remains > 140/90.**

**II.    TESTING – (LPN or RN)**                    RESULTS

Tuberculin Skin Test (q yr)          Date given __8-13-05__ Site __(L) Forearm__
                                     Read on __8/15/05__ Results __0__ _____ mm
Past Positive TB Skin Test    →      Survey Completed
(Chest x-ray if clinical symptoms)   Date _____ Results _____
RPR (q 3 yrs)                        Date __5-28-04__ Results __NR__
EKG (baseline at 35, over 45 q 3 yrs)       __N/A__
Cholesterol (at 35 then q 5 yrs)            __N/A__
Tetanus/Diptheria  (q 10 yrs)        Last Given __6/27/04__ Due __6/20/04__
(if done today)                      Site given _____ Dose _____ Lot # _____
Optometry Exam (@ 50 if not already seen)
Mammogram                            Date __N/A__ Results _____
(females @ 40, q 2 yrs/other M.D. order)

**III.    PHYSICAL RESULTS – ( RN, Mid-Level, M.D.)**

Heart                    __RRR__
Lungs                    __Clear bilaterally__
Breast Exam              __Soft exam obtained – WNL__
Rectal (yearly after 45)     Results __N/A__
    with Hemoccult           Results __N/A__
Pelvic and PAP (q 1 yr)      Date _____ Results _____

Facility __Easterling__  Nurse Signature __S mckinnon__  Date __8-13-05__

M.D. or Mid-Level  Signature _____  Date __X/15/05__

| INMATE NAME | AIS# | D.O.B. | RACE/SEX |
|-------------|------|--------|----------|
| Brazell, Michael | 226568 | 11-3-84 | W/m |

# INTAKE SCREENING

| Date: 5/27/04 | AIS#: 226508 |
|---|---|

| Last Name: Brazell | First: Michael | Middle: Allen |
|---|---|---|
| Birthplace: Mobile | DOB: 11-3-84 | SS#: 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 |

| **FEMALES:** Pregnancy test: (circle one) Positive  N/A  Negative | B/P 130/88  Temp ___  Pulse 84  Resp. 20  Weight 178# |
|---|---|
| | FSBS ___  If level > 200, repeat within 48 hours. Above 300 call M.D. |

**Previous Hospitalizations/Surgeries/Major Illness/Current Illness: What? Where?**
2000 Hx head injury

**Previous Incarcerations (Date & Facility)**
2003 Draper

| Medications: ☑None | Special Diet (Prescribed) None |
|---|---|
| Allergies: ☑NKA | Past Positive TB Skin Test (circle one)  YES  - (Complete TB Screening Form)  NO |

**ANY INMATE WHO IS UNCONSCIOUS, SEMICONSCIOUS, ACTIVELY BLEEDING, IN ACUTE PAIN AND URGENTLY IN NEED OF MEDICAL ATTENTION SHOULD IMMEDIATELY BE REFERRED FOR EMERGENCY CARE.**

## CLINICAL OBSERVATIONS

1) Level of Consciousness: (✓) Alert  (✓) Oriented; time, place, person
() Lethargic () Stuporous () Comatose
   Describe:

2) General Appearance  (✓) Normal () Abnormal

3) Signs of Trauma  () Yes  (✓) No

4a) Behavior/Conduct: (✓) Calm  (✓) Cooperative  (✓) Non-Violent
() Agitated () Uncooperative () Violent
() Manipulative () Disorganized
   Describe:

4c) Perceptions:  () Delusional  () Hallucinations  () Hearing Voices

3) Substance Abuse:  (✓) Yes  () No  () Suspected
() Current intoxication/Abuse  (✓) Use () Withdrawal Symptoms
(✓) Drugs () Alcohol
   Describe- What kind? Amount/Frequency?
   Hx meth, crack, pills, xanax
   *If confirmed Benzo use, then call M.D. If can not be confirmed, call M.D.
   IV use
   Last Use: (Time/Date):

4b) Affect/Mood: (✓) Normal () Manic  () Depressed
() Euphoria () Flat  () Emotionally Confused
   Describe:

5a) Is there h/o actual suicide attempt?  () Yes  (✓) No
5c) Is there evidence

5b) Does pt describe current suicidal thoughts or ideations? () Yes  (✓) No
5d) High risk pt may become assaultive towards staff? () Yes  (✓) No

If ANY of the above in #5 are circled, staff MUST describe here, include previous history and dates:

*Any abnormal observations #4 or 5 require immediate Mental Health Referral.

**Triggers for Suicide Watch**
- Currently Suicidal
- History of actual attempt
- Fails to maintain control
  Y or N

**Triggers for Close Watch**
Emotionally distraught and unable to regain composure by end of intake process
- Actively hallucinating or not making any sense  Y or N

6a) Communication Difficulties  () Yes  (✓) No
6c) Hearing Impairment

6b) Memory Defects  () Yes  (✓) No
6d) Speech Difficulties  () Yes  (✓) No

7) Physical Aids: (✓) None  () Glasses  () Contacts  () Hearing Aid  () Dentures  () Cane  () Crutches
() Walker  () Wheelchair  () Braces  () Artificial Limb  () Other

8) Additional comments, complaints, symptoms:  None ☑

S)

O)  Fever  Y  (N)      Swollen Glands  Y  (N)      Signs of Infection  Y  (N)      Skin Intact  (Y)  N

A)

P)

If known Diabetic * Call M.D. for order _____ . Initial Insulin given:_____

I have answered all questions truthfully. I have been told and shown how to obtain medical services. I hereby give my consent for health services to be provided to me by and through PRISON HEALTH SERVICES.

_Michael Brazell_
Inmate's Signature/Date

_Julie Helton RN 5/27/_
Health Provider Signature/Date

Form 60412 Revised 4/04

INTAKE HEALTH EVALUATION

NAME: Bruzell, Michael
AIS #: 226568
D.O.B.: 11-3-84

Age 19  Sex m  Race W  Height 5'8  Weight 173

Temp: 98.0  B/P: 120/80  Pulse: 72  Resp: 16

** B/P – If greater than 140/90, repeat in 1 hour.  Refer to Mid-Level if B/P remains up.

Do you now or have you ever had, or been treated for:    FSBS 79

| Problem | Y | N | Problem | Y | N | Problem | Y | N |
|---|---|---|---|---|---|---|---|---|
| Head Trauma | | | Gastritis | | | HIV/AIDS *** | | ✓ |
| Loss of Consciousness | | | Ulcers | | | ***Medications Verified | | |
| Severe Headaches | ✓ | | Bleeding | | | Hepatitis - Type | | ✓ |
| Vertigo/Dizziness | | | Gall Bladder/Pancreas | | | Gonorrhea | | ✓ |
| Vision Problems | | | Liver Problems | | | Syphilis | | ✓ |
| Hearing Problems | | | Arthritis | | | Lice, Crabs, Scabies | | ✓ |
| Seizures | | | Joint Muscle Problem | | | | | |
| Strokes | | | Back/Neck Problem | | | LMP | | |
| Nervous Disorders | | | Kidney Stones/Dz | | | Date | | |
| DT's | | | Bladder/Kidney Infection | | | Duration | | |
| Heart Condition | | | Alcoholism | | | Normal | | |
| Angina/Heart Attack | | | Drug Abuse | ✓ | | Regularity | | |
| High Blood Pressure | | | Psychiatric History | | | Gravida/Para | | |
| Anemia/Blood Disorder | | | Suicidal Thoughts** | | | AB/Miscarriage | | |
| Sickle Cell or Trait | | | **Immediate M.H. Referral | | | Contraception | | |
| Lung Condition | | | T.B. | | | Type: | | |
| Asthma * | | | PPD - date given: 5 27 04 | | | | | |
| *Peak Flow Reading | | | RFA/LFA | | | Lab Tests - Dates | N | Ab |
| Bronchitis | | | Date read: 5/30/04 | | | Diagnostic Profile II | ✓ | |
| Emphysema | | | Results: 0 mm | | | RPR | ✓ | |
| Pneumonia | | | Visual Acuity | | | Urine Dip Stick | ✓ | |
| Diabetes | | | OD    OS | | | | | |
| Hay Fever/Allergies | | | OU 20/20 | | | EKG (@ age 35) | | |

Immunization History: UTD

Immunizations Needed: no

***HIV Medications: no

Acute or Chronic Problem Noted:  Y  (N)   Refer to Mid-Level or M.D. if  yes.

_Barbara CRNP_                                    5/28 CJV C  1420

RN or Mid-Level, Signature                Date/Time

I have read the *access to health care* information sheets and have been given a copy.   I understand how to access health care.

Name _Michael Brazell_____ Date _5-28-04_

AIS# _226568_____

Medical Staff _JDardy, RN_____ Date _5-28-04_

4/13/04

# INTAKE HEALTH APPRAISAL

NAME: _____

AIS#: _____

D.O.B.: _____ R/S _____

## HEALTH CLASSIFICATIONS:
(Circle One)

(1) – No Restrictions

2 – Temporary Restrictions
    See Special Needs Form

3 – Permanent Restrictions
    See Special Needs Form

4 – A&I (Aged & Infirmed)

5 – Not Determined
    Recheck_____.

## PLACEMENT:

General Population        (X)
Emergency Department      ( )
Isolation                 ( )
Medical Observation       ( )
Other_____

## REFERRAL:
CCC Placement            ( )

Clinic(s) ___ N no ___
    See MD/Mid-Level flow sheet
    for clinic(s).
Medical                  ( )
Dental                   ( )
Mental Health            ( )
Other_____
When: ( ) Immediately
      ( ) Next Sick Call

## IMMUNIZATIONS ORDERED:

_____

_____

Medications Ordered: _____

| APPRAISAL | | N | Abn/Comment |
|---|---|---|---|
| General Movement | Deformity, Pain, Bleeding, Habitus, Hygiene | ✓ | |
| Neuro | Mental Status, Intox Withdrawal, Tremor, Neuro-Deficits | ✓ | A & o x 3 |
| Skin | Injury, Bruises, Trauma, Jaundice Diaphoretic, Rash, Lesions, Infestations, Needle Marks, Color, Turgor | ✓ | 12 tatoos |
| Head | Normocephalic, Atraumatic, Hair, Scalp | ✓ | |
| Eyes | Glasses/Vision, Pupils, Sclera, Conjunctiva | ✓ | PERR LA |
| Ears | Appearance, Canals, TMs, Hearing | ✓ | Cerumen (B) |
| Nose | Epistaxis, Sinuses | ✓ | |
| Throat | Teeth, Gums, Dentures, Mouth, Tongue, Tonsils, Airway | ✓ | |
| Neck | C-Spine, Mobility, Veins, Carotids, Thyroid, Lymph Nodes | ✓ | FROM |
| Chest | Config. Ausc/Resp, Cough/Sputum, Breast/Masses | ✓ | CTA (B) |
| Heart | Ausc Rate, Rhythm, Murmurs, Ectopy | ✓ | RRR |
| Abdomen | Bowel Sounds, Palp, G/R/T, Hernia | ✓ | (+) BS |
| GU | Flank Tenderness, Bladder Tenderness/Distention | ✓ | |
| Back | ROM, Spasm, Injury | ✓ | FROM |
| Extremities | Edema, Pulse | ✓ | MAEW |
| Genitals | Injuries/Lesions | ✓ | |
| Pelvic Pap | | N no | |
| Rectal/Gulac (required @ 45 and up) Deferred/follow-up: | | ✓ | ⊘ B/B Rm's |

_____ CRP
M.D. or Mid-Level Signature

5/28/04 @ 1420
Date/Time

# PROBLEM LIST

Name: _Brazell, Michael_

AIS# _276568_

Date of Birth: _11/3/84_

Medication Allergies: _NKA, MD 5/11/05_

Mental Health Code: (SMI)   ~~HARM~~   HIST   (NONE)   Date Code Assigned: _6/3/04_

(Changes in Mental Health Code should be identified on the Problem List)

| Date Identified | Chronic (Long-Term) Problems Roman Numerals for Medical/Surgical Capital Letters for Psychiatric/Behavioral | Date Resolved | Health Care Practitioner Initial |
|---|---|---|---|
| 5/11/05 | MH code & SMI | | SB, MD |
| 5/17/05 | HA 2° to old trauma | | (TF) |
| 8/3/05 | Bipolar DO in partial remission | | |
| 8/3/05 | Impulse Control DO in partial remission | | |
| | _Migraine (_ | | |
| | 11/22/05 Hep. B Vacc. #1 Lot# AHBVB004BA EXP. 01/20/2006    12/22/05 Hep. B Vacc. #2 Lot# AHBVB004BA EXP. 01/20/2006 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

# Hepatitis B Vaccine Consent Form

**FACILITY NAME** _Easterling Correctional Facility_

MICHAEL BRAZELL

**Inmate Name**

W/226568

**AIS Number**

x Michael Brazell 226568

**Inmate Signature**

12-22-05

**Date**

**Dose Given** _20 mcg. (1 ml) / 2nd dose_

**Site Given** _(R) deltoid_

**Administered by** _S mckinnon_

**Lot Number and Expiration Date** _AHBV8004BA_
_Exp. 1/20/06_

# Hepatitis B Vaccine Consent Form

**FACILITY NAME** _Easterling_

DOB 11/3/84

MICHAEL BRAZELL                    226568

**Inmate Name**                    **AIS Number**

_Michael Brazell_                  11-22-05

**Inmate Signature**              **Date**

**Dose Given** _1 ml._

**Site Given** _(L) deltoid_

**Administered by** _SMcKinnon LPN_

**Lot Number and Expiration Date_** Lot# AHBVB004BA
EXP. 01/20/2006

11/21/2005

Alabama Department of Corrections Mental Health Services
Treatment Plan: Outpatient Care *(Review)*

**Treatment Plan Reviewed on:** 10/10/05          **Treatment Plan Initiated on:** 3/16/05
**Inmate's Current Housing Location:**          **Institution:** Easterling Correctional Facility

CURRENT STATUS

| |
|---|
| Problem # 1 Inmate continues to display signs and symptoms of Impulse Control Disorder as evidenced by angry outbursts, mood swings, irritability, low tolerance level, and impulsivity that is harmful to self or others. |

Target Date for Resolution: 6 months

Status:  Resolved                    No Change X                    Modified

Outcome/Modification: Inmate will continue to receive individual monthly counseling and 90dys psychiatric follow-up. Inmate will continue to comply with recommended medication regime by psychiatrist. Inmate was seen by psychiatrist on 8/3/05, at that time, inmate's medication regime was increased.  Inmate was seen by MHP on 10/6/05 and reported increase in anger episodes during the past week. As a result of his impulse behavior he mentioned that he was in a fight with his cellmate in segregation.

Staff Member Responsible: Psychiatrist, MHP, Nurse                    Frequency: 90dys, Monthly, Weekly

Problem # 2 Inmate is medication non-compliant with his Depakene medication.

Target Date for Resolution:  6months

Status:  Resolved                    No Change X                    Modified

Outcome/Modification: Inmate will be seen by psychiatrist for medication re-evaluation. Inmate will enroll in the medication compliance group upon release from segregation. MHP will discuss the importance of medication compliance with inmate during individual counseling sessions.

Staff Member Responsible: Psychaitrist, MHP, Nurse                    Frequency: Monthly, Weekly

Psychiatrist: *SBanerjee, MD.*                    Date: 10/12/05

Mental Health Nurse: *R. Flowers, LPN*                    Date: 10/12/05

Treatment Coordinator: *V. Mlr, ms*                    Date: 10/12/05

Inmate Agreement: *[signature]*                    Date: 10/12/05

Next Treatment Plan Review to be Conducted by:                    (within six months)

| Inmate Name: Brazell, Michael | AIS#226568 |
|---|---|

**ALABAMA DEPARTMENT OF CORRECTIONS**
**MENTAL HEALTH SERVICES**
**TREATMENT PLAN: OUTPATIENT CARE**

Treatment Plan Initiated on: 3/16/05     Treatment Coordinator: Steven Futrell, Psy.D

Inmate's Housing Location: Segregation     Institution: ECF

DSM IV Diagnosis:

Axis I: Impulse Control DO

Axis II: Deferred

Axis III: None noted

Axis IV: Incarceration

Axis V: GAF =

| Problem #1 | Outbursts of Anger |
|---|---|
| Goal: Reduce or eliminate the frequency, intensity, and duration of episodes of anger. | |
| Target Date for Resolution: 9/16/05 | |
| Intervention: 1) Psychotropic medication 2) Psychotherapy/Counseling & treatment Coordinator | |
| Staff Member Responsible: Psychiatrist/ TC | Frequency: 90 /30 |

| Problem #2 | Suicidal ideation, per history |
|---|---|
| Goal: Prevent any recurrence of suicidal ideation | |
| Target Date for Resolution: Ongoing | |
| Intervention: Psychotherapeutic Intervention by treatment Coordinator. | |
| Staff Member Responsible: TC | Frequency: 30 days/ongoing |

| Problem #3 | Hx of Substance Abuse |
|---|---|
| Goal: Reduce/eliminate the impulse to abuse substances | |
| Target Date for Resolution: 9/16/05 | |
| Intervention: 1) Psychotherapeutic intervention by T.C. 2) Referral to SAP/Drug Treatment Sp. | |
| Staff Member Responsible: TC / SAP Staff | Frequency: 30 days / TBA |

Second Page attached:   Yes ☐   No ☑
**Treatment Team Members**

Psychiatrist: S Banerjee, M.D.     Date: 3/16/05
Mental Health Nurse: _____     Date: _____
Treatment Coordinator: Steven Futrell, Psy.D     Date: 3/16/05
Inmate Agreement: Michael Brazell     Date: _____

Treatment Plan Review to be Conducted by: _____     (within six months)

| Inmate Name Brazell, Michael | AIS # 226567 |
|---|---|

3:30 pm
3/16

**ALABAMA DEPARTMENT OF CORRECTIONS**
**MENTAL HEALTH SERVICES**
**TREATMENT PLAN: CRISIS INTERVENTION  (*REVIEW*)**

Treatment Plan Reviewed On: 2/28/05    Treatment Plan Initiated On: _____

Inmate's Current Housing Location: Safe Cell    Institution: _____

Current Precautionary Measures:

Safe Cell

**CURRENT STATUS:**

**Problem #1**

Suicidal threats

Target Date for Resolution: 3/27/05
Status:          Resolved ☐    No Change ☑    Modified ☐

Outcome/Modification: Eliminate thoughts of harming self or others.

Staff Member(s) Responsible: TC, RN, MD    Frequency: Daily

**Problem #2**

Suicidal threats

Target Date for Resolution: 3/28/05
Status:          Resolved ☐    No Change ☑    Modified ☐

Outcome/Modification: Eliminate thoughts of harming self or others

Staff Member(s) Responsible: TC, RN, MD    Frequency: Daily

Comments: 3/2/05: Stated that he is neither suicidal nor homicidal. DC suicide watch.

Second Page attached:    Yes ☐    No ☐
**Treatment Team Members**
Psychiatrist: _____    Date: _____
Mental Health Nurse: _____    Date: _____
Treatment Coordinator: K. Griffin, MHP    Date: 2/28/05

Inmate Agreement: _____    Date: _____

Next Treatment Plan Review by: _____ (within one working day)

| Inmate Name | AIS # |
|---|---|
| Brazell, Michael | 226568 |

ALDOC Form 470-03

10 of 13

AR 470 – December 2, 2001

# ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES
### TREATMENT PLAN: CRISIS INTERVENTION  (*REVIEW*)

Treatment Plan Reviewed On: 2/24/05   Treatment Plan Initiated On: 2/4/05

Inmate's Current Housing Location: Safe Cell   Institution: ECF

Current Precautionary Measures:

Safe Cell

### CURRENT STATUS:

**Problem #1**

Suicidal threats

Target Date for Resolution: 2/25/05

Status:          Resolved ☐     No Change ☑     Modified ☐

Outcome/Modification: Eliminate thoughts or intent to harm self.

Staff Member(s) Responsible: TC, RN, MD          Frequency: Daily

**Problem #2**

Threatening self harm.

Target Date for Resolution: 2/26/05

Status:          Resolved ☐     No Change ☐     Modified ☐

Outcome/Modification: Eliminate thoughts of self harm

Staff Member(s) Responsible: TC/RN/MD          Frequency: Daily

Comments:

Second Page attached:     Yes ☐     No ☐

### Treatment Team Members

Psychiatrist:_____   Date:_____
Mental Health Nurse:_____   Date:_____
Treatment Coordinator: M. Griffin, MHP   Date: 2/24/05

Inmate Agreement:_____   Date:_____

Next Treatment Plan Review by:_____(within one working day)

| Inmate Name | AIS # |
|---|---|
| Brazell, Michael | 226568 |

ALDOC Form 470-03

AR 470 – December 2, 2001



**ALABAMA DEPARTMENT OF CORRECTIONS**
**MENTAL HEALTH SERVICES**
**TREATMENT PLAN: CRISIS INTERVENTION  (*REVIEW*)**

Treatment Plan Reviewed On: 2/21/05    Treatment Plan Initiated On: 2/4/05

Inmate's Current Housing Location: Safe Cell    Institution: ECF

Current Precautionary Measures:

Placed in safe cell

CURRENT STATUS:

Problem #1

Inmate reports having thoughts of harming self.

Target Date for Resolution: 2/22/05
Status:            Resolved ☐    No Change ☑    Modified ☐

Outcome/Modification: 1. Placed in safe cell
2. Supportive therapy by MHP

Staff Member(s) Responsible:              Frequency:
TG, RN, MD                                Daily

Problem #2

Suicidal Inmate

Target Date for Resolution: 2/24/05
Status:            Resolved ☐    No Change ☑    Modified ☐

Outcome/Modification: Eliminate thoughts or intent to harm self.

Staff Member(s) Responsible:              Frequency:
TG, RN, MD                                Daily

Comments:

Second Page attached:    Yes ☐    No ☐

**Treatment Team Members**

Psychiatrist:_____    Date:_____
Mental Health Nurse:_____    Date:_____
Treatment Coordinator: _____ MHP    Date: 2/21/05

Inmate Agreement:_____    Date:_____

Next Treatment Plan Review by:_____(within one working day)

| Inmate Name | AIS # |
|---|---|
| Brazell, Michael | 226568 |

ALDOC Form 470-03

**ALABAMA DEPARTMENT OF CORRECTIONS**
**MENTAL HEALTH SERVICES**
**TREATMENT PLAN: CRISIS INTERVENTION**

Treatment Plan Initiated On: 2/4/05     Treatment Coordinator: M. Griffin

Inmate's Housing Location: Safe Cell     Institution: ECF

Presenting Crisis: Inmate reports having suicidal ideations.

**DSM IV Diagnosis:**
Axis I: _____

Axis II: _____

Axis III: _____

Current Precautionary Measures:
Placed in safe cell

| Problem #1 | Report having suicidal ideations. |
| --- | --- |
| Goal: | Eliminate thoughts & intent to harm self |
| Target Date for Resolution: | 2/5/05 |
| Intervention(s): | 1. Place in safe cell  2. Supportive therapy by MHP |
| Staff Member(s) Responsible: TC, RN, MD | Frequency: Daily |

| Problem #2 | Reporting suicidal ideation |
| --- | --- |
| Goal: | Eliminate thoughts of self harm |
| Target Date for Resolution: | 2/9/05 |
| Intervention(s): | 1. Safe cell  2. Supportive therapy |
| Staff Member(s) Responsible: TC, RN, MD | Frequency: Daily |

Second Page attached:     Yes ☐     No ☐

**Treatment Team Members**

Psychiatrist: _____     Date: _____
Mental Health Nurse: _____     Date: _____
Treatment Coordinator: M. Griffin, MHP     Date: 2/4/05

Inmate Agreement: _____     Date: _____

Treatment Plan Review by: _____     (within one working day)

| Inmate Name | AIS # |
| --- | --- |
| Brazell, Michael | 226568 |

ALDOC Form 470-02

AR 470 – December 2, 2001

# ALABAMA DEPARTMENT OF CORRECTIONS

# PROBLEM LIST

INMATE NAME _Brazell, Michael_    AIS# _226568_

Medication Allergies: _NKDA_

**Medical: Chronic (Long-Term) Problems**
    **Roman Numerals for Medical/Surgical**

**Mental Health Code: SMI  HARM  HIST  NONE**
    **Capital Letter for Psychiatric Behavior**

| Date Identified | Chronic Medical Problem | Mental Health Code | Date Resolved | Provider Initials |
|---|---|---|---|---|
|  | I. PPD 5/30/04 @mm |  |  |  |
| 6/16/04 | MH CODE: NONE |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**If Asthmatic label:  Mild – Moderate – or Severe.**



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# PATIENT CONSENT AND AUTHORIZATION FOR DENTAL TREATMENT

**Patient Name:** Brazell, Michael          **BCDC#:** 226568

1.    I agree to having dental X-Rays taken of my teeth and jaws in order to determine my dental problems.

2.    I have had a treatment plan explained to me, including alternatives or the recommendation of no treatment.

3.    I consent to the use of local anesthetics or other medications and that there may be side effects, including allergic reactions and this has been explained to me.

4.    I have had the opportunity to ask questions which have been answered to my satisfaction.

5.    I understand there is no guarantee of success or permanence of the treatment.


*Michael Brazell*
Patient's Signature

3/8/05
Date


*[Dentist's signature]*
Dentist's Signature

3/8/05
Date



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# PATIENT CONSENT AND AUTHORIZATION FOR DENTAL TREATMENT

**Patient Name:** Brazell, Michael          **BCDC#:** 226568

1.    I agree to having dental X-Rays taken of my teeth and jaws in order to determine my dental problems.

2.    I have had a treatment plan explained to me, including alternatives or the recommendation of no treatment.

3.    I consent to the use of local anesthetics or other medications and that there may be side effects, including allergic reactions and this has been explained to me.

4.    I have had the opportunity to ask questions which have been answered to my satisfaction.

5.    I understand there is no guarantee of success or permanence of the treatment.

_Michael Brazell_
Patient's Signature

_10|26|04_
Date

_N Ce_
Dentist's Signature

_10-26-04_
Date

PHS MD-70090



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# DEPARTMENT OF CORRECTIONS

## MENTAL HEALTH SERVICES

### DENTAL RECORD

| DENTAL EXAMINATION | RESTORATIONS AND TREATMENTS |
|---|---|

Date of Initial Examination: **5-28-04**

Initial Classification:

Oral Pathology .................... Gingivitis
Vincent's Infection
Stomatitis
Other Findings

Occlusion

Roentgenograms .................... Periapical
Bitewing
Other

## Health Questionnaire

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| ☐ | ☑ | Rheumatic Fever | ☐ | ☑ | V.D. |
| ☐ | ☑ | Allergy (Novocaine, penicillin, etc.) | ☐ | ☑ | Hepatitis |
| ☐ | ☑ | Present Medication | ☐ | ☑ | Anemia or Bleeding Problems |
| ☐ | ☑ | Epilepsy | ☐ | ☑ | Heart Disease |
| ☐ | ☑ | Asthma | ☐ | ☑ | High Blood Pressure |
| ☐ | ☑ | Diabetes | ☐ | ☑ | Kidney Disease |
| ☐ | ☑ | HIV | ☐ | ☑ | Other Disease |

### SERVICES RENDERED

| Date | Tooth # | DX | TX | Initials | Class |
|---|---|---|---|---|---|
| 10.26.04 | | D/C coverage all quadrant o/l D. Pox gl — Mesco | | wa | |
| 3-8-05 | 32 | cc. Impacted; NKDA. Denies heart murmur; 2 carps 2% xylo 1:100,000 flushed in mand @ 10-4 View. Verb ; AF News ; flap was made ; Too #1 Removed ; No difficulty ; Oral Post op given. Rx given ; NV fillings | | | |

Inmate Name (Last, First, Middle): **Brazell, Michael**

| DOC# | DOB | R/S | FAC. |
|---|---|---|---|
| 220568 | 11-3-84 | W | KCF |

PHS-MD-70015



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## DEPARTMENT OF CORRECTIONS

# DENTAL RECORD TREATMENT

**Services Rendered**

| Date | Tooth # | Diagnosis | Treatment | Initials | Class |
|------|---------|-----------|-----------|----------|-------|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| PATIENT LAST NAME | FIRST | MIDDLE | DOB | R/S | ID NO. |
|-------------------|-------|--------|-----|-----|--------|
| | | | | | |

PHS-MD-70022

## LabCorp
Laboratory Corporation of America

LabCorp Birmingham
1801 First Avenue South
Birmingham, AL 35233

Phone: 205-581-3500

| Specimen Number | Patient ID | Control Number | Account Number | Account Phone Number | Account Delivery Route |
|---|---|---|---|---|---|
| 179-397-0140-0 | 226568 | 51647780589 | 01488855 | 334-397-4471 | 01 |

Patient Last Name
**BRAZELL**

| Patient First Name | Patient Middle Name |
|---|---|
| **MICHAEL** | |

Account Address
**Easterling Corr. Facility
Prison Health Services
200 Wallace Dr.
Clio AL  36017-0010**

| Patient SS# | Patient Phone | Total Volume |
|---|---|---|

| Age (Y/M/D) | Date of Birth | Sex | Fasting |
|---|---|---|---|
| 20/07/25 | 11/03/84 | M | NO |

Patient Address

Additional Information

PROV:

| Date and Time Collected | Date Entered | Date and Time Reported | Physician Name | NPI | Physician ID |
|---|---|---|---|---|---|
| 06/28/05 12:15 | 06/28/05 | 06/29/05 09:35 ET | BANERJEE | | BANERJEE |

Tests Ordered
Valproic Acid (Depakote).S

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **Valproic Acid (Depakote).S** | | | | | |
| Valproic Acid (Depakote).S | 83 | | ug/mL | 50 - 120 | MB |

*SB, MD  7/13/05*

Toxicity may occur at levels of 100-500. Measurements of free unbound valproic acid may improve the assessment of clinical response.

Detection Limit = 4

MB: LabCorp Birmingham                                    Dir:  John Elgin, MD
    1801 First Avenue South, Birmingham, AL 35233
For inquiries, the physician may contact: Branch: 334-792-0902  Lab: 205-581-3500

| BRAZELL, MICHAEL | 226568 | 179-397-0140-0 | Seq # 4674 |
|---|---|---|---|

07/07/05 14:31 ET          **DUPLICATE FINAL REPORT**

Page 1 of 1

This document contains private and confidential health information protected by state and federal law. ©2004-05 Laboratory Corporation of America ® Holdings
If you have received this document in error, please call 205-581-3500

All Rights Reserved
Ver: 1.11

LabCorp® 1.00

| Specimen # 147-397-0121-0 | Type S | Primary Lab MB | Re [ ]us Final | Pg 1 |

Time 03:42    Additional Information

CD- S1640749516

Patient Name: BRAZELL, MICHAEL    Sex: M    Age (Yr Mos): 020/06
Patient Address:

| Date Collected | Date Entered | Date Reported |  |
| 05/27/05 | 05/27/05 | 05/28/05 | 4443 |

Clinical Information   DOB: 11/03/84
Physician ID   DARBOUZE    Patient ID   226568
Account  Easterling Corr. Facility  01485855
Prison Health Services                          01
200 Wallace Dr.
Clio AL 36017-0010
334-397-4471
PROV:

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| alproic Acid (Depakote),S | | | | | |
| Valproic Acid (Depakote),S | 19 *SB MD 6/1/05* | Low | ug/mL | 50 -- 120 | MB |

Toxicity may occur at levels of 100-500. Measurements
of free unbound valproic acid may improve the assess-
ment of clinical response.

*Schedule for appointment*

Detection Limit = 4

Lab: MB LabCorp Birmingham          Director: John Elgin, MD
    1801 First Avenue South, Birmingham, AL 35233
or inquires, the physician may contact: Branch: 334-792-0902 Lab: 205-581-3500

LAST PAGE OF REPORT

FINAL
REPORT        ©2004 Laboratory Corporation of America® Holdings
                                              All Rights Reserved
ZELL, MICHAEL        226568        147-397-0121-0 Seq# 4443 05 28-05 08:17Z1

**LabCorp** 1.00

| 143-397-0142-0 | S | MB | inal | Pg | 1 |

Additional Information

DOB: 1/03/84

CD- 51619534766

Clinical Information

Physician ID  BANERJEE    Patient ID  226568

Account  Easterling Corr. Facility  01488855

| atient Name | Sex | Age (Yr/Mos) |
| BRAZELL, MICHAEL A | M | 020/06 |

atient Address

Prison Health Services
200 Wallace Dr.                    01
Clio AL  36017-0010
334-397-4471
PROV:

| Date Collected | Date Entered | Date Reported | |
| 05/23/05 | 05/23/05 | 05/24/05 | 4398 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|-------|--------|------|-------|--------------------|----|
| BC With Differential/Platelet | | | | | |
| White Blood Cell (WBC) Count | 6.4 | | x10E3/uL | 4.0 — 10.5 | MB |
| Red Blood Cell (RBC) Count | 5.41 | | x10E6/uL | 4.10 — 5.60 | MB |
| Hemoglobin | 15.9 | | g/dL | 12.5 — 17.0 | MB |
| Hematocrit | 47.7 | | % | 36.0 — 50.0 | MB |
| MCV | 88 | | fL | 80 — 98 | MB |
| MCH | 29.4 | | pg | 27.0 — 34.0 | MB |
| MCHC | 33.3 | | g/dL | 32.0 — 36.0 | MB |
| RDW | 14.5 | | % | 11.7 — 15.0 | MB |
| Platelets | 202 | | x10E3/uL | 140 — 415 | MB |
| Neutrophils | 43 | | % | 40 — 74 | MB |
| Lymphs | 45 | | % | 14 — 46 | MB |
| Monocytes | 8 | | % | 4 — 13 | MB |
| Eos | 4 | | % | 0 — 7 | MB |
| Basos | 0 | | % | 0 — 3 | MB |
| Neutrophils (Absolute) | 2.8 | | x10E3/uL | 1.8 — 7.8 | MB |
| Lymphs (Absolute) | 2.9 | | x10E3/uL | 0.7 — 4.5 | MB |
| Monocytes (Absolute) | 0.5 | | x10E3/uL | 0.1 — 1.0 | MB |
| Eos (Absolute) | 0.3 | | x10E3/uL | 0.0 — 0.4 | MB |
| Baso (Absolute) | 0.0 | | x10E3/uL | 0.0 — 0.2 | MB |
| epatic Function Panel (7) | | | | | |
| Protein, Total, Serum | 7.1 | | g/dL | 6.0 — 8.5 | MB |
| Albumin, Serum | 4.2 | | g/dL | 3.5 — 5.5 | MB |
| Bilirubin, Total | 0.3 | | mg/dL | 0.1 — 1.2 | MB |
| Bilirubin, Direct | 0.07 | | mg/dL | 0.00 — 0.40 | MB |
| Alkaline Phosphatase, Serum | 84 | | IU/L | 25 — 150 | MB |
| AST (SGOT) | 29 | | IU/L | 0 — 40 | MB |
| ALT (SGPT) | 33 | | IU/L | 0 — 40 | MB |

ab: MB LabCorp Birmingham       Director: John Elgin, MD
    1801 First Avenue South, Birmingham, AL 35233
or inquires, the physician may contact: Branch: 334-792-0902 Lab: 205-581-3500

LAST PAGE OF REPORT

FINAL

©2004 Laboratory Corporation of America® Holdings
All Rights Reserved

AZELL, MICHAEL A       226568       143-397-0142-0 Seq# 4398 05-24-05

FEB 22 2005 13: ST 13:27/NO. 6312281888 P 4

ALABAMA  DEPARTMENT OF CORRECTIONS

Name: Brazell Joshua

**RADIOLOGY SERVICES REQUEST AND REPORT**

State ID No: 226568

INSTITUTION: Easterling

DOB 11-3-84

Race: W    Sex: M

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| Darbouze | 2-21-05 | | | | |
| HISTORY/DIAGNOSIS: | | | | | |

### X-RAY REQUEST

| ABDOMEN/KUB | | FINGERS | | NAVICULAR VIEW | | SOFT TISSUE STUDIES | |
|---|---|---|---|---|---|---|---|
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | | FOOT | | ORBITS | | STERNUM | |
| ANKLE | | HAND | R | OS CALCIS (HEEL) | | TEMPORO-MANDIBULAR JOINTS | |
| CERVICAL SPINE | | HIP | | PELVIS | | THORACIC SPINE | |
| CHEST PA / LATERAL | | HUMERUS | | RADIUS/ULNA | | TIBIA/FIBULA | |
| COCCYX | | KNEE | | RIBS | | TOES | |
| CONE DOWN SELLA TURCICA | | LUMBAR SPINE | | SACRO-ILIAC JOINTS | | WRIST | |
| ELBOW | | MANDIBLE | | SCAPULA | | ZYGOMA | |
| FACIAL BONES | | MAXILLA | | SHOULDER | | ZYGOMATIC ARCH | |
| FEMUR | | NASAL BONES | | SKULL | | | |

### REPORT

Brazell

**RIGHT HAND:** There is mild deformity of the 5th metacarpal secondary to old, healed fracture. There are no other significant findings.

**COMMENT:** If symptoms persist and acute fracture is strongly suspected, follow-up would be recommended.

D & T: 02-22-05 Howard P. Schiele, M.D./rr  Board Certified Radiologist  (Signature on file)

8/22/05

X-RAY TECHNOLOGIST'S NAME (PRINT)

X-RAY TECHNOLOGIST'S SIGNATURE    DATE, TIME  EXAM PERFORMED

2-21-05

RADIOLOGIST'S NAME (PRINT)    RADIOLOGIST'S SIGNATURE    DATE SIGNED

**LabCorp**
Laboratory Corporation of America

## Laboratory Corporation of America

| SPECIMEN 149-205-5085-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS COMPLETE | Page #: | 1 |
|---|---|---|---|---|---|

| ADDITIONAL INFORMATION |
|---|

NPY-11          FASTING: N
                DOB: 11/03/1984

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| BRAZELL,MICHAEL | M | 19 / 6 |

PT. ADD.:

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 5/28/2004 | 6:12 | 5/28/2004 | 5/29/2004 | 7:19 | 3907 |

| CLINICAL INFORMATION |
|---|
| CD- 95202804742 |

| PHYSICIAN ID. | PATIENT ID. |
|---|---|
| ROBBINS M | 226568 |

ACCOUNT:  KILBY CORRECTIONAL FACILITY
          PRISON HEALTH SERVICES
          12201 WARES FERRY ROAD
          MT MEIGS          AL  36507-0000
ACCOUNT NUMBER:  01306900

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| CBC With Differential/Platelet | | | | |
| White Blood Cell (WBC) Count | 8.2 | x10E3/uL | 4.0 - 10.5 | MB |
| Red Blood Cell (RBC) Count | 5.38 | x10E6/uL | 4.10 - 5.60 | MB |
| Hemoglobin | 15.9 | g/dL | 12.5 - 17.0 | MB |
| Hematocrit | 48.2 | % | 36.0 - 50.0 | MB |
| MCV | 90 | fL | 80 - 98 | MB |
| MCH | 29.6 | pg | 27.0 - 34.0 | MB |
| MCHC | 33.0 | g/dL | 32.0 - 36.0 | MB |
| RDW | 15.0 | % | 11.7 - 15.0 | MB |
| Platelets | 215 | x10E3/uL | 140 - 415 | MB |
| Polys | 58 | % | 40 - 74 | MB |
| Lymphs | 30 | % | 14 - 46 | MB |
| Monocytes | 9 | % | 4 - 13 | MB |
| Eos | 3 | % | 0 - 7 | MB |
| Basos | 0 | % | 0 - 3 | MB |
| Polys (Absolute) | 4.8 | x10E3/uL | 1.8 - 7.8 | MB |
| Lymphs (Absolute) | 2.5 | x10E3/uL | 0.7 - 4.5 | MB |
| Monocytes(Absolute) | 0.7 | x10E3/uL | 0.1 - 1.0 | MB |
| Eos (Absolute Value) | 0.2 | x10E3/uL | 0.0 - 0.4 | MB |
| Baso (Absolute) | 0.0 | x10E3/uL | 0.0 - 0.2 | MB |

LAB: MB LabCorp Birmingham
1801 First Avenue South, Birmingham,  AL 35233-0000          DIRECTOR: Arthur Kelly G MD

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report

CRSBY CORRECTIONAL FACILITY
PO BOX 11
MT. MEIGS, AL 36057

PATIENT NAME

*Brazell, Nicole*

PRISON ID

*220768*

DATE SUBMITTED

*10-28-01*

## NPY 11

| TEST NAME | RESULT | REFERENCE RANGE | COMMENTS |
|---|---|---|---|
| HIV ANTIBODY | *NR* | NEGATIVE (NEG) | |
| RPR | *NR* | NON-REACTIVE (NR) | |
| URINALYSIS | *NEG* | | |
| APPEARANCE | | | |
| pH | | pH 5- pH 6 | |
| PROTEIN | | NEGATIVE (NEG) | |
| GLUCOSE | | NEGATIVE (NEG) | |
| KETONES | | NEGATIVE (NEG) | |
| BILIRUBIN | | NEGATIVE (NEG) | |
| BLOOD | | < 5 RBC/MCL | |
| NITRITE | | NEGATIVE (NEG) | |
| UROBILINOGEN | | < 1.0 MG/DL | |
| LEUK. ESTERASE | | NEGATIVE (NEG) | |
| SPECIFIC GRAVITY | | 1.016-1.022 | |

"A"    These results are unreliable due to the age of the specimen.
"H"    These results are unreliable due to the hemolyzed condition of the specimen.
"A+H"  These results are unreliable due to the age and hemolyzed condition of the specimen.

CLIA ID NO.   01D0706289



WAYNE D. MERCER, PF
LABORATORY DIRECT