| Facility Name: Easterling Correctional Facility | | Month/Year of Charting: 11/05 |
| --- | --- | --- |

**Depakene 250MG Cap  120.00**

Take 2 capsule(s) by mouth twice daily

Start Date: 09-07-2005  Stop Date: 11-05-2005
Prescriber: Banerjee MHM, Sreelekha   RX #: 250555854

**zantac 150MG Tab  60.00**

Take 1 tablet(s) by mouth twice daily

Start Date: 09-07-2005  Stop Date: 11-05-2005
Prescriber: Banerjee MHM, Sreelekha   RX #: 250555856

**Inderal 20MG Tab  60.00**

Take 1 tablet(s) by mouth twice daily

Start Date: 10-13-2005  Stop Date: 01-10-2006
Prescriber: Darbouze, Jean   RX #: 250760844

**APAP-Phenyltoloxamine 30-325MG Tab 120.00**

Take 2 tablet(s) by mouth twice daily as needed

Start Date: 10-13-2005  Stop Date: 11-11-2005
Prescriber: Floyd, Linda   RX #: 250760890

**Depakene 500mg. P.O. Bid x 14 days**

Start Date: 11/1/05  Stop Date: 11/15/05
Prescriber: Banerjee

**Zantac 150mg. P.O. Bid x 14 days**

Start Date: 11/1/05  Stop Date: 11/15/05
Prescriber: Banerjee

Diagnosis

Allergies

Housing Unit: Population
Patient ID Number: 226568
Patient Name:

**Brazell, Michael**

Documentation Codes:
1 Discontinued Order
2 Refused
3 Patient out of facility
4 Charted in Error
5 Lock Down
6 Self Administered
7 Medication out of Stock
8 Medication Held
9 No Show

Facility Name: Kasterling

Month/Year of Charting: 10/05

Inderal 20mg.
p.o. bid x 90 days

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: 10/11/05      Prescriber: Darbouzelle
Stop Date: 1-11-06         RX #:

Diagnosis

Allergies: NKA

Housing Unit:
Patient ID Number: 226569
Patient Name:

Brazell Michael                    II

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| L. Ewing LPN | 26 | M Payne RN | KP |

Documentation Codes
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

Date of Birth: 11-3-84

| Facility Name: | Easterling Correctional Facility | | Month/Year of Charting: | 10/05 |

**Depakene 250MG Cap      120.00**

Take 2 capsule(s) by mouth twice daily

Start Date: 09-07-2005    Prescriber: Banerjee MHM, Sreelekha
Stop Date: 11-05-2005     RX #: 250555854

**zantac 150MG Tab      60.00**

Take 1 tablet(s) by mouth twice daily

Start Date: 09-07-2005    Prescriber: Banerjee MHM, Sreelekha
Stop Date: 11-05-2005     RX #: 250555856

**Tylenol 500mg ī po BID x5d**

Start Date: 10/4/05    Prescriber: Darbarze/SL
Stop Date: 10/1/05     RX #:

**Keflex 600mg ī po bid x10d**

Start Date: 10-12-05    Prescriber: Lloyd
Stop Date: 10-20-05     RX #:

**Inderal 20mg ī po tid x90d**

Start Date: 10-10-05    Prescriber: Lloyd
Stop Date: 1-18-06      RX #:

**Percogesic ī po bid prn x1mth seg**

Start Date: 10-10-05    Prescriber: Darbarze
Stop Date: 11-10-05     RX #:

| Diagnosis | | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|---|
| Allergies  NKA | | | | | | 1 Discontinued Order |
| | | | | | | 2 Refused |
| | | | | | | 3 Patient out of facility |
| | | | | | | 4 Charted in Error |
| Housing Unit: Population | | | | | | 5 Lock Down |
| Patient ID Number: 226568 | | | | | | 6 Self Administered |
| Patient Name: | | | | | | 7 Medication out of Stock |
| **Brazell, Michael** | | | | Date of Birth: | | 8 Medication Held |
| | | | | | | 9 No Show |
| | | | | | | 10 Other |

Facility Name: Easterling Correctional Facility

Month/Year of Charting: 09/05

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

**Valproic Acid 250MG Cap    16.00**

TAKE 2 CAPSULE(S) BY MOUTH TWICE DAILY

Start Date: 06-10-2005
Stop Date: 09-07-2005
Prescriber: Banerjee MHM, Sreelekha
RX #: 7533822

---

**Ranitidine HCl 150MG Tab    60.00**

TAKE 1 TABLET(S) BY MOUTH TWICE DAILY

Start Date: 06-10-2005
Stop Date: 09-07-2005
Prescriber: Banerjee MHM, Sreelekha
RX #: 7533828

---

*Percogesic ÷ po bid prn x 30 d*

8-15

Start Date: 8-15
Stop Date: 9-15
Prescriber: Darbouze
RX #:

---

**VPA 500 mg. P.O. Bid x 60 days**

Start Date: 9/6/05
Stop Date: 11/6/05
Prescriber: Banerjee
RX #:

---

**Zantac 150 mg. P.O. Bid x 60 days**

Start Date: 9/6/05
Stop Date: 11/6/05
Prescriber: Banerjee
RX #:

---

Start Date:
Stop Date:
Prescriber:
RX #:

---

Diagnosis

Allergies

Housing Unit: Population
Patient ID Number: 226568
Patient Name:
**Brazell, Michael**

Date of Birth:

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|

**Documentation Codes**
1 Discontinued Order
2 Refused
3 Patient out of facility
4 Charted in Error
5 Lock Down
6 Self Administered
7 Medication out of Stock
8 Medication Held
9 No Show
10 Other

| Facility Name: | Easterling Correctional Facility | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | Month/Year of Charting: | | | | | | | 08/05 | | | | | | | | | | | | | | |
| Valproic Acid 250MG Cap     120.00 | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

**Valproic Acid 250MG Cap     120.00**

TAKE 2 CAPSULE(S) BY MOUTH TWICE DAILY

4a

4p

Start Date: 06-10-2005

Stop Date: 09-07-2005

Prescriber: Banerjee MHM, Sreelekha

RX #: 7533822

**Ranitidine HCl 150MG Tab     60.00**

TAKE 1 TABLET(S) BY MOUTH  TWICE DAILY

4a

4p

Start Date: 06-10-2005

Stop Date: 09-07-2005

Prescriber: Banerjee MHM, Sreelekha

RX #: 7533828

Percogesic # po
Bid PRN x 30d.

8/15 – 9/15

4a

4p

Start Date: 8/15

Stop Date: 9/15

Prescriber: Dawbarize

RX #:

Start Date:

Stop Date:

Prescriber:

RX #:

Start Date:

Stop Date:

Prescriber:

RX #:

Start Date:

Stop Date:

Prescriber:

RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | CGarcia corr | GC | Ryman Sh | Sh | 1 Discontinued Order |
| Allergies | L. Ewing LPN | LE | S. Snow N | SRS | 2 Refused |
| | | | | | 3 Patient out of facility |
| Housing Unit: Population | JDawline Lpn | JD | | | 4 Charted in Error |
| Patient ID Number: 226568 | DWaychoff LPN | DW | | | 5 Lock Down |
| | | | | | 6 Self Administered |
| Patient Name: | | | | | 7 Medication out of Stock |
| **Brazell, Michael** | | | | | 8 Medication Held |
| | | | | | 9 No Show |

Date of Birth:

# MEDICATION ADMINISTRATION RECORD

07/01/2005

STDT01

(EAS-474) EASTERLING CORR. FACILITY

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APAP/PHTLX(ACETA-,PHENA-,PHENY 325/30MG TAB TAKE 2 TABLET(S) BY MOUTH TWICE DAILY AS NEEDED FOR 60 DAYS RX: 7424930 FLOYD, N.F., LINDA, NP START - 05/19/2005  STOP - 07/17/2005 | 4A 4pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| VALPROIC ACID (DEPAKENE) 250MG CAP TAKE 2 CAPSULE(S) BY MOUTH TWICE DAILY RX: 7533822 BANERJEE, M.D. (MHM), SREELEKHA START - 06/10/2005  STOP - 09/07/2005 | 4A 4pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RANITIDINE (ZANTAC) 150MG TAB TAKE 1 TABLET(S) BY MOUTH TWICE DAILY RX: 7533828 BANERJEE, M.D. (MHM), SREELEKHA START - 06/10/2005  STOP - 09/07/2005 | 4A 4pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 07/01/2005 | THROUGH | 07/31/2005 | |
|---|---|---|---|---|
| Physician | BANERJEE, M.D. (MHM), SREELEKHA | | Telephone No. | Medical Record No. |
| Alt. Physician | | | Alt. Telephone | |
| Allergies | NO KNOWN DRUG ALLERGY | | Rehabilitative Potential | |
| Diagnosis | | | | |
| Medicaid Number | Medicare Number | Composite Entries Checked By: | Title: RW | Date 062705 |

| PATIENT | PATIENT CODE | ROOM NO | BED | FACILITY CO |
|---|---|---|---|---|
| BRAZELL, MICHAEL | 226568 | 1 | | EAS- |

# MEDICATION ADMINISTRATION RECORD
06/01/2005

STDT01

(EAS-474) EASTERLING CORR. FACILITY

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VALPROIC ACID (DEPAKENE) 250MG CAP TAKE 1 CAPSULE(S) BY MOUTH TWICE DAILY RX: 7394187 BANERJEE, M.D. (MMM), SREELEKHA START - 05/13/2005   STOP - 08/10/2005 | 4a 4p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Percogesic π P.O. B.i.d
Prn HA × 2mo
5-12-05 - 8-12-05 Dartaug/LA

Depakene 500mg.
P.O. Bid × 90 days
6/8/05 - 9/8/05 Banerjee

Zantac 150mg. P.O.
Bid × 90 days
6/8/05 - 9/8/05 Banerjee

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 06/01/2005 | THROUGH | 06/30/2005 | | |
|---|---|---|---|---|---|
| Physician | BANERJEE, M.D. (MMM), SREELEKHA | | Telephone No. | | Medical Record No. |
| Alt. Physician | | | Alt Telephone | | |
| Allergies | NO KNOWN DRUG ALLERGY | A1 | Rehabilitative Potential | | |
| Diagnosis | | | | | |
| Medicaid Number | Medicare Number | Complete Entries Checked: By: H. Sungeta | | Title: RN | Date 5-22-05 |
| PATIENT | BRAZELL, MICHAEL | | PATIENT CODE | ROOM NO | BED FACILITY COD |

# MEDICATION ADMINISTRATION RECORD

STDT01



| MEDICATIONS | HOUR |
|---|---|
| Tart Tylenol 500 mg po BID x 7d 5/10/05 - 5/17/05 Darboze | 4a / 4p |
| Benzoyl Peroxide apply BID 5/10/05 - 5/17/05 Xi btt. Darby | 4a / 4p |
| Depakene 250 mg. P.O. Bid x 90 days 5/11/05 - 8/11/05 Banerjee | 4A / 4p |
| Percocet tt po Bid PRn HA x 2mo 5-17-05 → 8-17-05 | 4A / 4p |

CHARTING FOR  5/10/05
THROUGH  5/31/05

Physician  Darboze

Alt. Physician

Allergies  NKDA        B-20

Diagnosis

Telephone No
Alt. Telephone

Rehabilitative Potential

Medical Record No

Medicaid Number        Medicare Number

Complete Entries Checked:
By:

PATIENT  Brazell, Michael

PATIENT CODE  77-6568
ROOM NO
BED  FACILITY CF

Date:  5/10/05

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tylenol ī Gm q.o. Bid PRN x 30d. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 3-4-05 — 4-4-05 Darby/lm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE**

CHARTING FOR 4-1-05          THROUGH 4-30-05

Physician Dr Darbaye

Alt. Physician

Telephone No

Alt. Telephone

Medical Record No

Allergies NKA          R.D.

Rehabilitative Potential

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked: By: H. Livingston | Title: RN | Date: 3.24.0 |
|---|---|---|---|---|

PATIENT Brazell, Michael

PATIENT CODE 226564

ROOM NO

BED

FACILITY CO

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tylenol 500mg x2 PO TID x 7 days 3-2-205 — 3-9-205 Darlene | 4 AM 9 AM 4 PM | | | | | | | | See New order | | | | | | | | | | | | | | | | | | | | |
| Tylenol 1gm po Bid PRN x 30d. 3/4 - 4/4/05 Darbouze/BB | 4a 4p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 3-2-2005    THROUGH

Physician Darlene

Alt. Physician

Allergies NKA    310 B8

Telephone No.

Alt. Telephone

Medical Record No.

Rehabilitative Potential

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked: By: | Title: | Date: 3-2-2005 |
|---|---|---|---|---|

PATIENT
BRAzell- Midas

PATIENT CODE 226568    ROOM NO.    BED    FACILITY CO

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Motrin 600g i po TID x 3d 2/15/05 - 2/8/05 Danborye | 4a 9a 4p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | THROUGH | |
|---|---|---|
| Physician | Telephone No. | Medical Record No |
| Alt. Physician | Alt. Telephone | |
| Allergies | Rehabilitative Potential | |

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked: By: | | Title: | Date 2/15/05 |
|---|---|---|---|---|---|
| PATIENT Brazelli, Michael | | | PATIENT CODE | ROOM NO. | BED | FACILITY C... |

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Motrin 600 mg T po
TID prn x 14 days    4a
                     9a
2-18-05/3-4-05 Darbouze prior    4p

Tylenol 500m # p.o. t,d    4A
x 7 days    9A
2/28/05 - 3/7/05 Darbouze re/LH Recorded 2 x not received with 3-2  See New ah    4P

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR **2-1-05**     THROUGH **2-28-05**

Physician **Darbouze**

Alt. Physician

Telephone No

Alt. Telephone

Medical Record No

Allergies **NKDA**

Diagnosis

Rehabilitative Potential

| Medicaid Number | Medicare Number | Complete Entries Checked: By: **M Mobley** | | Title: **RN** | Date: **2-18-0** |
|---|---|---|---|---|---|

PATIENT

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

MOTRIN 600mg PO BID
X 10 DAYS
1-21-2005 - 1-31-2005 West /10

4/pm

4/pm

---

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 1-1-2005    THROUGH 1-31-2005

Physician West

Alt. Physician

Telephone No

Alt. Telephone

Medical Record No

Allergies NKA

Rehabilitative Potential

Diagnosis

Medicaid Number    Medicare Number

Complete Entries Checked:

By: _____    Title: RN    Date: 1-21-205

PATIENT BRAZell - Michael

PATIENT CODE 226568    ROOM NO Sex    BED    FACILITY CO

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Pen VK 500mg 1 po
tid X 10 days
10-26-04 — 11-5-04    Delued

H2O2 Rinses B,d
X 2 wks
10-26-11-14    ued

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR 11-1-04 | THROUGH 11-30-01 | | |
|---|---|---|---|
| Physician Darbaye | | Telephone No. | Medical Record No |
| Alt Physician | | Alt Telephone | |
| Allergies NKA    A25 | | Rehabilitative Potential | |

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked: By: H. Swompton | Title: RN | Date 10-27-0 |
|---|---|---|---|---|

PATIENT

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Motrin 600mg c̄ po tid x 3d. 10/26 — 10/29 | 4a 9a 4p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pen VK 500mg c̄ po tid x 10d. 10/26 — 11/5 | 4a 9a 4p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| H2O2 Rinses Bid x 20K 10/26 — 11/14 | 4a 4p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR Oct '04      THROUGH

Physician

Alt. Physician

Telephone No

Alt Telephone

Medical Record No

Allergies NKDA      A25

Rehabilitative Potential

Diagnosis

Medicaid Number      Medicare Number

Complete Entries Checked: By SBush      Title: LPN      Date: 10/26

PATIENT Brazell Michael      PATIENT CODE 2265768      ROOM NO POD      BED      FACILITY ECF



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: *Michael Brazell*      Date of Request: *1/6/06*

ID # *226568*      Date of Birth: *11-3-84*   Location: *5-B-8*

Nature of problem or request: *Having problems with head-aches, if you can help it will be greatly appreciated, thanks for your time and patience*

*Michael Brazell*
Signature

## DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

```
RECEIVED
Date: 1-9-06
Time: 11
Receiving Nurse Initials: ____
```

**(S)ubjective:**

**(O)bjective**   (V/S): **T:** _____   **P:** _____   **R:** _____   **BP:** _____   **WT:** _____

**(A)ssessment:**     *See Net*    *1/9/06*

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
CIRCLE ONE

Check One:   ROUTINE ( )    EMERGENCY ( )

    If Emergency was PHS supervisor notified:   Yes ( )    No ( )

    Was MD/PA on call notified:   Yes ( )    No ( )

*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)


**PHS**

**Nursing Evaluation Tool:**          <u>**General Sick Call**</u>

Facility: _ECF_
Patient Name: _Brazell_          _Michael_
                        Last          First          MI
Inmate Number: _226568_ Last          Date of Birth: _11 , 3 , 1984_
                                        MM   DD   YYYY
Date of Report: _1 , 9 , 2006_          Time Seen: _9:40_ AM (PM) Circle One
              MM   DD   YYYY

<u>*Subjective:*</u>  Chief Complaint(s): _"Having problems with headaches"_
          Onset: _Since he was 12_
Brief History: _He said he was hit the head when he was_
(Continue on back if necessary) _12 years old and I hurts every since then._

<u>*Objective:*</u>  Vital Signs: (As Indicated) T: _98.6_ P: _68_ RR: _18_ B/P: _120 , 58_
                                                          ☐ Check Here if additional notes on back
Examination Findings: _Pt states he was on percogesic's and they ran_
(Continue on back if necessary) _out._

                                                          ☐ Check Here if additional notes on back
<u>*Assessment:*</u> *(Referral Status)* Preliminary Determination(s): _____
          ☐ Referral <u>NOT REQUIRED</u>
          ☑ Referral <u>REQUIRED</u> due to the following: (Check all that apply)
              ☑ Recurrent Complaint (More than 2 visits for the same complaint)
              ☐ Other: _____

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

<u>*Plan:*</u>  Check All That Apply:
          ☑ Instructions to return if condition worsens.
          ☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
          ☐ Other: _____
                        (Describe)
OTC Medications given ☐ NO ☑ YES (If Yes List): _Motrin 200mg, PO  BID x 5days_
          Referral: ☐ NO ☑ YES (If Yes, Whom/Where): _Dar bouze_          Date for referral: _1 , 3 , 2006_
                                                                                            MM   DD   YYYY
          Referral Type: ☑ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____
                                                                                            Time _____

x _J. Chery TRN_          Name: _J. Ivey TRN_
   Nurses Signature                        Printed



**PRISON
HEALTH
SERVICES
INCORPORATED**

# PRISON HEALTH SERVICES, INC.
# SICK CALL REQUEST

Print Name: _Michael Brazell_____ Date of Request: _____
ID # _226568_____ Date of Birth: _11-3-84_ Location: _5B-8_____
Nature of problem or request: _I put in a sick call slip a few weeks ago about_
_my head aches, I was put in to see the doctor but I haven't seen anyone._
_I'm having severe head aches, I need to see someone A.S.A.P._
_Thanks for your time and patience. I'm also having numbness in_
_my left wrist and fingers, I'm_ _Michael Brazell_____
_also having nerve problems._                  Signature

## DO NOT WRITE BELOW THIS LINE

Date: _12 / 15 / 2005_
Time: _____ AM PM
Allergies: _____

| RECEIVED |
| --- |
| Date: _12/5/05_ |
| Time: _MP_ |
| Receiving Nurse Intials _MP_ |

**(S)ubjective:** _Waiver_ _Dr Apr._

**(O)bjective** **(V/S):** **T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
    If Emergency was PHS supervisor notified:   Yes ( )    No ( )
        Was MD/PA on call notified:   Yes ( )    No ( )

_____
                    *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Michael Brazell_____ Date of Request: _11-10-05_____
ID # _226568_____ Date of Birth: _11-3-84_ Location: _5B-8_____
Nature of problem or request: _I got a sty on my left eye, need_
_help A.S.A.P._

_Michael Brazell_
*Signature*

## DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM  PM
Allergies: _____

```
┌─────────────────────────────────┐
│            RECEIVED             │
│  Date: 11-14-05                 │
│  Time: 11:30 A                  │
│  Receiving Nurse Intials        │
└─────────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective  (V/S): T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:**    Waiver Denied

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )     EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )     No ( )
Was MD/PA on call notified:   Yes ( )     No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Michael Brazell_  Date of Request: _11-14-05_
ID # _226568_  Date of Birth: _11-3-84_ Location: _5B-8_
Nature of problem or request: _Still haveing problems with headaches,_
_need help A.S.A.P. Thanks for your time and_
_patience._

_Michael Brazell_
Signature

## DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM  PM
Allergies: _____

┌─────────────────────────────┐
│         RECEIVED            │
│ Date: _11-15-05_            │
│ Time:                       │
│ Receiving Nurse Intials _MP_│
└─────────────────────────────┘

**(S)ubjective:**

**(O)bjective   (V/S): T:** _____  **P:** _____  **R:** _____  **BP:** _____  **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )    No ( )
                Was MD/PA on call notified:   Yes ( )    No ( )

_____
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



Nursing Evaluation Tool:                    <u>General Sick Call</u>

Facility: _ECF_
Patient Name: _Brazell_     _Michael_
                 Last          First
Inmate Number: _22 6568_          Date of Birth: _11_ / _3_ / _184_  MI
                                                  MM    DD    YYYY
Date of Report: _11_ / _15_ / _05_     Time Seen: _9:20_  AM / PM Circle One
                 MM   DD   YYYY

_Subjective:_  Chief Complaint(s): _headaches_

Onset: _chronic_

Brief History: _pt c/o continual chronic headaches due to past_
(Continue on back if necessary) _traumatic head injury, pt states Percogesics give_
_relief + requests continual rx_

☐ Check Here if additional notes on back

_Objective:_  Vital Signs: (As Indicated) T: _998_  P: _84_  RR: _14_  B/P: _112/78_

Examination Findings: _____
(Continue on back if necessary)
_____
_____
_____
_____

☐ Check Here if additional notes on back

_Assessment: (Referral Status)_ Preliminary Determination(s): _____
    ☐  Referral <u>NOT REQUIRED</u>

    ☒  Referral <u>REQUIRED</u> due to the following: (Check all that apply)
        ☒ Recurrent Complaint (More than 2 visits for the same complaint)
        ☒ Other: _____
        _____

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

_Plan:_  Check All That Apply:
    ☐ Instructions to return if condition worsens.
    ☒ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☒ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)

    ☐ Other: _____
            (Describe)
OTC Medications given  ☒ NO  ☐ YES (If Yes) List: _____

Referral: ☐ NO  ☒ YES (If Yes, Whom/Where): _MD_          Date for referral: _11_ / _21_ / _05_
                                                                              MM    DD    YYYY
Referral Type: ☒ Routine  ☐ Urgent  ☐ Emergent  (if emergent who was contacted?): _____  Time _____

X _____     Name: _Sword RN_
      Nurses Signature                      Printed



**Nursing Evaluation Tool:**          **Altered Mental Status**

Facility: Easterling

Patient Name: Brazeel          Michael
          Last          First

Inmate Number: 226668          Date of Birth: 11 / 3 / 84
                                                 MM   DD   YYYY  MI

Date of Report: 10 / 7 / 05          Time Seen: 9:40    AM (PM) Circle One
              MM DD  YYYY

---

### Altered Mental Status "AEIOU Tips"

A – Alcohol                                                                      T – Trauma
E – Electrolytes/Encephalopathy/Endocrinopathy          I – Infection
I – Insulin (too much, too little)                                  P – Psychiatric
O – Opiates and other drugs (contact poison control)    S – Seizure/Shock
U – Uremia and other metabolic disorders

---

**Subjective:** Chief Complaint: "I want to kill myself"

Onset: Today

History: "I just want to kill myself, and I will harm anybody
right now, I drank some cleaner about 3-4 hours ago, con
(Continue on back if necessary)                                                    ☐ Check Here if additional notes on back

Source of History: ☐ Bystander(s)    ☐ Patient    ☐ Both patient and bystander(s)

**Objective:** Vital Signs: (As Indicated) T: 98⁸ P: 92  RR: ____  B/P: 110 / 88  Wt 186
                                                                       P ox 97

Pulse Ox %: 97 % ☐ Room Air  ☐ O2 LPM: ____    Blood Glucose: ____

Airway: ☑ Clear  ☐ Partial obstruction
Breathing: ☐ Spontaneous  ☑ Normal  ☐ Shallow  ☐ Irregular
Circulation: ☐ Pulse present  ☑ Strong  ☐ Weak  ☑ Regular  ☐ Irregular

> Repeat Vital Signs and Neurologic checks on
> Neurologic Flow Sheet if indicated.

Neurologic: (AVPU) ☑ Awake  ☐ Responds to Voice  ☐ Responds to Pain  ☐ Unresponsive
(Check the appropriate highest response level)    Pupil: ☐ PERRL  ☐ Pupils unequal/abnormal: ____

Initial Glascow Coma Scale: ____    *See Neurological Flow Sheet for components*

Trauma: ☑ NO  ☐ YES  (If trauma to the head use C-Spine precautions)
Skin: ☐ Warm  ☐ Cool  ☑ Dry  ☐ Moist/clammy    Skin Color: ☐ Normal  ☐ Pallor  ☐ Flushed  ☐ Jaundice
Incurred injuries: ☐ None apparent  ☐ Yes ____

☑ Additional Examination: WM A0x3 resp warm et unlabored skin w/o stated he
Continue on back if necessary
drank some cleaner but feels better p he threw up
                                             ☑ Check Here if continued on back

**Assessment: Referral Status)**          Preliminary Determination(s): ____

☐ Referral **NOT Required**
    ☐ Normal exam; patient with no risk factors or significant past medical history ____
    ☐ Hypoglycemia due to short-acting insulin corrected with glucose administration

☑ Referral **Required** due to the following: (Check all that apply)
    ☐ Due to trauma    ☐ Low blood sugar caused by long acting glucose medication
    ☐ Significantly altered level of consciousness    ☐ Abnormal exam findings for this patient
    ☐ At risk patient due to past medical History    ☐ Recurrent Complaint (More than 2 visits)
    ☑ Other (Describe): ____

                                                               ☐ Check Here if continued on back

***Plan:*** Check All That Apply:
    ☐ Protect airway (with C-Spine precaution) and administer oxygen
    ☐ Initiate automatic 24 hour observation with @ least 30 min. checks; V.S. and Neuro checks 15 min. x 4 until stable; then
      check 30 min. x 4/stable; then check 1 hr. x 4/stable; then check every 4 hrs.
    ☑ Other: Refer to Dr Nevels · Notified @ 9:55pm so back
                            (Describe)

x ____          Name: C Garcia LPN
  Nurses Signature          Printed



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Michael Brazell_ _____    Date of Request: _Oct. 3, 06_ _____
ID # _226568_ _____    Date of Birth: _11-3-84_  Location: _5B-15_ _
Nature of problem or request: _Im haveing problems with head ache's,_
_if you can help me with my problem it will be_
_greatly apprecrated. Thanks for your time and patience._

_Michael Brazell_
*Signature*

## DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM  PM
Allergies: _____

┌─────────────────────────────────┐
│           RECEIVED              │
│ Date:                           │
│ Time:                           │
│ Receiving Nurse Intials _____  │
└─────────────────────────────────┘

**(S)ubjective:**

**(O)bjective**   (V/S): T: _98⁸_   P: _76_   R: _____   BP: _132/88_   WT: _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
        If Emergency was PHS supervisor notified:     Yes ( )     No ( )
        Was MD/PA on call notified:     Yes ( )     No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

**PHS**

## Nursing Evaluation Tool:

### Headache

Facility: _ECir_

Patient Name: _Brazell     Michael_
            Last                           First

Inmate Number: _22-6568_                  Date of Birth: _11 / 3 / 84_  MI
                                            MM / DD / YYYY

Date of Report: _10 / 4 / 05_         Time Seen: _9:45_ AM / **PM** Circle One
             MM / DD / YYYY

_Subjective:_ Chief Complaint(s): _Headache_

    Onset: _1 wk p̄ Percogesic NX -_ expired  ☒ New Onset  ☐ Sudden  ☐ Gradual  ☒ Chronic

    Activity prior to onset: _none_

History: _pt was struck c̄ baseball bat as a child - resulting_
(Continue on back if necessary)
_in chronic c/o head pain_

Pain Scale: (1-10) _6_  Duration of Pain: _____    Does anything relieve the pain? _Percogesic_  ☐ Check Here if additional notes on back

Description of Pain: ☐ Throbbing ☐ Sharp ☐ Pressure ☒ Dull/Achy ☐ Other: _____
Location of pain: _all over_     Radiation: ☒ No Radiation ☐ Radiation to: _____
Associated Symptoms: Nausea ☒ NO ☐ YES  Vomiting ☒ No ☐ Yes (x_____)  ☐ Visual Changes  ☐ Photophobia
    Dizziness ☐ Sinus Problems ☐ Other:_____
Worst Headache: ☒ NO ☐ YES  Prior Headache history: ☐ NO ☒ YES
History of Head Injury? ☐ NO ☒ YES(if Yes): LOC? ☒ NO ☐ YES  Confusion: ☐ NO ☒ YES  ☐ Seizures: ☒ NO ☐ YES
Meds taken: ☐ NO ☒ YES _____    Trauma sustained in altercation with custody staff, or other
                                    inmate? ☒ NO ☐ YES (Requires notification of correctional staff)

_Objective:_ Vital Signs: (As Indicated) T: _98_ P: _76_ RR: _16_ B/P: _132_ / _88_
General Appearance: ☒ No acute distress ☒ Alert ☒ Oriented x _3_ ☐ Confused ☐ Lethargic
    ☐ Irritable / Agitated  ☒ Normal facial symmetry ☒ YES ☐ NO:
Skin: ☒ Warm ☐ Cool ☒ Dry ☐ Moist/clammy  Skin Color: ☐ Normal ☐ Pallor ☐ Flushed ☐ Jaundice
Pupil: ☒ PERRL  ☐ Pupils unequal/abnormal:
Neck: ☒ Supple with no meningeal signs ☐ Stiff neck
Musculoskeletal: ☒ Symmetric with no weakness ☐ Asymmetric/Weakness: _____
    Gait: ☒ Able to walk/normal gait ☐ Difficulty walking or abnormal gait
Signs of substance abuse: ☒ NO ☐ YES: _____
☐ Additional Examination: _____
    Continue on back if necessary

_Assessment: (Referral Status)_                   ☐ Check Here if continued on back
  ☐ Referral NOT Required    Preliminary Determination(s): _____
  ☒ Referral Required due to the following: (Check all that apply)
    ☐ Abnormal Vitals  ☐ Visual disturbances  ☐ Dizziness
    ☐ Altered mental status  ☐ Unequal pupils  ☐ Nausea/vomiting,  ☒ Recurrent Complaint (More than 2 visits)
    ☐ Recent Head Injury  ☐ + Meningeal signs  ☐ B/P systolic > 160, diastolic > 95
    Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

_Plan:_ Check All That Apply:
☐ Isolation for contagious conditions (communicable).
☒ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up ☒ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Instructions to return if condition worsens  ☐ Return if no improvement within 24 hours or condition worsens.
☐ Other: _____

OTC Medications given ☐ NO ☒ YES (If Yes List): _Tylenol 1gm ī po BID X 5d_
                            (Describe)
Referral: ☐ NO ☒ YES (If Yes, Whom/Where): _MD_                    Date for referral: _10 / 7 / 05_
                                                            MM  DD  YYYY
Referral Type: ☒ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____
                                                               Time
x _____                       Name: _S. Crawford RN_
    Nurses Signature                             Printed



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

M.A.B.

Print Name: _Michael Brazell_     Date of Request: _8-7-05_
ID # _226568_     Date of Birth: _11-3-84_  Location: _5A-1_
Nature of problem or request: _Having problems with head aches, my medication ran out need to see a docter. Thanks for your time and patience._

_Michael Brazell_
*Signature*

**DO NOT WRITE BELOW THIS LINE**

Date: _8/8/05_
Time: _2125_  AM PM
Allergies: _NKDA_

| RECEIVED |
| --- |
| Date: AUG 8 2005 |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:** "My head has been hurting me."

**(O)bjective  (V/S):** T: 122/98.2/98  P: 76  R: 20  BP: 122/78  WT: 178

A+O x 3, Skin w/o to touch. Resp even et unlabored. Denies having a H/A at this time. Ø acute distress noted.

**(A)ssessment:** Alteration in Comfort

**(P)lan:** Tylenol 500mg II po BID x 7days, See MD

Refer to:  (MD/PA)  Mental Health  Dental  Daily Treatment     Return to Clinic PRN
**CIRCLE ONE**
Check One:  ROUTINE X  EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_Wallimore, Lyn_
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: Michael Brazell _____ Date of Request: July 24, 05
ID # 226568 _____ Date of Birth: 11-3-84 Location: 5A-1
Nature of problem or request: The cell that Im in lights doesn't work and
the darkness is bothering my thoughts, I hate not being able to see.
I've also been depressed and this cell is driving me crazy.
I need someone to talk to, please help me
P.S. Officers keep messing with me    Michael Brazell
and Im having some real bad          Signature
thoughts,

**DO NOT WRITE BELOW THIS LINE**

Date: 7-25-05 PM
Time: 1050            AM PM

┌─────────────────────────────────┐
│          RECEIVED               │
Allergies: NKA                     │
│ Date:                           │
│ Time:                           │
│ Receiving Nurse Intials _____ │
└─────────────────────────────────┘

**(S)ubjective:** "I just want to see MHP & see if they can
get me moved to another cell."

**(O)bjective (V/S): T:** 98⁴ **P:** 74 **R:** 18 **BP:** 118/80 **WT:** 180

Denies any bad thoughts @ this time. States he has
asked for this to move him several times because this light
won't come on & he is "Clostaphobic" "anyways."

**(A)ssessment:** AOx3 - Shows no c/o will keep @ ease -
POT for alt'd copg skills

**(P)lan:** Refer to Mental Health

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                                CIRCLE ONE
Check One:   ROUTINE (✓)   EMERGENCY ( )
     If Emergency was PHS supervisor notified:   Yes ( )   No ( )
            Was MD/PA on call notified:   Yes ( )   No ( )

_____
                        *SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Michael Brazell_     Date of Request: _May 24, 05_

ID # _226568_     Date of Birth: _11-3-84_ Location: _5B-20_

Nature of problem or request: _I was assaulted by 2 officers_
_during the assault my neck was injured it's_
_real stiff and I've been having sharp pains._

_Michael Brazell_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _5/25/05_

Time: _2130_ AM PM

Allergies: _NKDA_

| RECEIVED |
|---|
| Date: MAY 25 2005 |
| Time: |
| Receiving Nurse Intials |

**(S)ubjective:** _" is the back of my neck "_
_" Since the 23rd - when an officer jumped on me "_

**(O)bjective** (V/S): T: _99⁸_ P: _78_ R: _16_ BP: _108/60_ WT: _185_

_AAOX3, skin warm and dry, resp even and unlabored, pt makes est_
_above statement re: current complaint and area of pain, ROM-WNL, no_
_redness or swelling noted, pt indicates mid-cervical vertebrae as location_

**(A)ssessment:** _pt currently on progress - denies relief of current complaint_

_alt in comfort_

**(P)lan:** _refer to MD_

Refer to: (MD)/PA  Mental Health  Dental  Daily Treatment     Return to Clinic PRN
CIRCLE ONE

Check One: ROUTINE (X)  EMERGENCY ( )

If Emergency was PHS supervisor notified:  Yes ( )   No ( )

Was MD/PA on call notified:  Yes ( )   No ( )

_Signature_
SIGNATURE AND TITLE

WHITE:  INMATES MEDICAL FILE

YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: *Michael Brazell* _____ Date of Request: *May, 9, 05*
ID # *226568* _____ Date of Birth: *11-3-84* Location: *5B-8*
Nature of problem or request: *Im haveing headaches and my*
*face keeps breaking out.*

_____

*Michael Brazell 226368*
*Signature*

**DO NOT WRITE BELOW THIS LINE**

Date: *5/10/05*
Time: *2155* AM PM
Allergies: *NKDA*

┌─────────────────────────────┐
│         RECEIVED            │
│ Date:                      │
│ Time:                      │
│ Receiving Nurse Intials ___ │
└─────────────────────────────┘

*RB 5/17/05*

**(S)ubjective:** *" My Enteral is out ad the headachs started agan "*
*"The razor makes my face break out "*

**(O)bjective (V/S): T:** *98* **P:** *80* **R:** *16* **BP:** *112/82* **WT:** *185*
*AAo X3, skin warm ad dry, multiple acne lesions visible ad I'd on cheeks ad neck, npp even of uleborod, pt c/o recurring HA - relief c APAP*

**(A)ssessment:** *alt in skin integrity*
*alt in comfort*

**(P)lan:** *Tylenol 500g ii po BID X 7d*
*Benzoyl Peroxide X 14d*
*Sheve Profile X 6 mos*

Refer to: (MD/PA)  Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE (✓)   EMERGENCY ( )
   If Emergency was PHS supervisor notified:   Yes ( )   No ( )
      Was MD/PA on call notified:   Yes ( )   No ( )

_____  *SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 2-28-05<br>5⁰⁰a | S. 'I'm still here'<br>0- W/m standing in Safe cell A≈0 ×3 sleep for<br>short intervals during nite sits in cord of room<br>8pm<br>a MHO.<br>P. cont. to Monitor ___ ___, RN |
| 3-1-05<br>6:30a | S. no Reply<br>0- W/m lying in safe cell because up at<br>during night z correctional officer.<br>P. cont to monitor ___ Gyton, RN |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Brazill Micheal | 226528 | 11-3-84 | 11-3-84 | East |

**Complete Both Sides Before Using Another Sheet**

109

| Time | Inmate's Name: | | D.O.B.: / / |
|---|---|---|---|

3-05/05 S — I'm Doing About The Same

O — A+ct — Oriented X 3 — Talking to D. Front new

Safe Cell - Safe Cond — No Complaints of harming himself or others

A- Suicide Watch

P- Continue to Monitor _____

3-27-05  S. No Reply

6ᵒᵒ  O - lying on Mat in safe cell A + O x 3. Up standing in cell at intervals during 11—7

A. M/O

P. cond to Monitor _____ Taylor RN

1/26/05  S. "Can I have my medicine"

Late Entry  9AM  O- W/m ambulatory in Safe Cell. A, O x3. C/o feels depressed. Good Eye Contact noted. Request pain medicine for pain in hand. Ø Injury noted to body upon physical assessment.

A. Suicide Watch

P- Medication given p no orders. Continue Current 2 _____ SMcClanahan

3/27/05 8AM  S- "I'm alright"

O- W/m ambulatory in Safe Cell. Dressed in gown. A, O x3. C/o Suicidal thoughts. Ø Injury noted to body. Good Eye Contact noted.

A- Suicide Watch

P- Continue Current 2 _____ SMc

| Date/Time | Inmate's Name: | D.O.B.: / / |
|---|---|---|

**2/18/05 3ᴬᴹ** — S: I'm OK
O: Sleeping most of shift, received sandwich, meal & milk. Denies thoughts of suicide @ this time
A: Stable
P: Continue to monitor — VP signs up ↑

**2/19/05 6ᴬ** — S: "I feel a little better."
O: A0x3 WM aroused easily for V.S. Resp even & unlabored. No injury noted. Quiet & cooperative. BP 118/70 68 16 T97.3 BLUE go out & meet intact. A: Alt coping.
P: Monitor PRN. —— L. Ewing LPN

**2-19-2005** — S: I'm Doing OK
O: Alt — oriented x3. — Safe cell - Safe conv. Watches what is going on - but does not cause any problem. Ask for more tonight. Civel - Voices no complaints of hurting himself or others.
A: Suicide Watch
P: Continue to monitor _____

**2-20-2005** — 4 PM S: I'm OK
O: Alt - Safe conv - Safe cell - Talks to us. Request medicine for pain given
A: Suicide Watch
P: Continue to monitor _____

**2-21-2005** — 4 pm S: I Respond OK. but I still would like my mom
O: Alt - oriented x3 - Safe cell - Safe conv. No complaints of hurting himself or others
A: Suicide Watch
P: Continue to monitor _____



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Michael A. Brazell_ Date of Request: _2-1-05_
ID # _226568_ Date of Birth: _11-3-84_ Location: _HCU_
Nature of problem or request: _Haveing constant head aches from past_
_head injury, also haveing problems with my right_
_hand, thanks for your time and patience._
_Sincerlly Michael A. Brazell_
_Signature_

**DO NOT WRITE BELOW THIS LINE**

Date: _3/2/2005_
Time: _915_ AM (PM)
Allergies: _NKA_

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:** I have headaches 2 or 3 A month that last for 2 days at a time day & night and then they will go away - I have them from a car accedit my hand does not hurt anymore but it's kinda soft.

**(O)bjective (V/S):** T: _98_ P: _90_ R: _16_ BP: _118/90_ WT: _suicide cell_

Alert - Orientated X 3 - states he has headaches several times a month and would like Dr to order him something for him maybe for 30 days or longer

**(A)ssessment:** he can states motrin does not help - He also has soft
Alt. Comfort of hand tissue of Rt hand - no swelling noted - soft probably
due to healing

**(P)lan:** see Dr - Already has tylnol order for 9 days he is going to try it
and see how it works - then he is be able to tell Dr if
it helps

Refer to: (MD)/PA  Mental Health  Dental  Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE (X)  EMERGENCY ( )
If Emergency was PHS supervisor notified:  Yes ( )  No ( )
Was MD/PA on call notified:  Yes ( )  No ( )

_d. Barber RN_
*SIGNATURE AND TITLE*

WHITE:  INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: Michael Brazell _____ Date of Request: 1-19-05

ID # 226568 _____ Date of Birth: 11-3-84 Location: 5A-19

Nature of problem or request: Haveing problem with my wisdom teeth, need to see a dentist.

_____

_____

Michael Brazell
                                        Signature

**DO NOT WRITE BELOW THIS LINE**

Date: 1/20/2005

Time: 3:00 AM (PM)

Allergies: NKA

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:** RT- BOTTOM WISDOM TOOTH Comig IN Thinks iT is AbN Loox To feel

**(O)bjective (V/S):** T: 98   P: 70   R: 16   BP: 100/70   WT:

**(A)ssessment:** Alert - oreintored X3 — SKIn WArm & Dry - NO Swellig Noted Has RT- Lower Wisdom TOOTH Comig IN Pushing Against Other TOOTH - STated he WAs only Antibiotics (400 Ago - W/w) iT came on Thru he Who Suppose To sign up To see iT CAN be puld MOTRIN 600g 105 ID X 10 DAys/ DR-West/ D.Brw / 1 dose J.xw 9/m 1-20-2005

**(P)lan:** ALT. Comfot Decter pAN See Dentist

Refer to:   MD/PA   Mental Health  (Dental)  Daily Treatment   Return to Clinic PRN
                                        CIRCLE ONE

Check One:  ROUTINE (√)   EMERGENCY ( )
   If Emergency was PHS supervisor notified:   Yes ( )   No ( )
         Was MD/PA on call notified:   Yes ( )   No ( )

_____
                    *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Michael Brazell_     Date of Request: _2-15-05_
ID # _226568_     Date of Birth: _11-3-84_ Location: _HCU_
Nature of problem or request: _Constant Headaches, have a problem_
_sleeping_

_Michael Brazell_
Signature _226568_

### DO NOT WRITE BELOW THIS LINE

Date: _2/15/05_
Time: _2015_ AM/PM
Allergies: _NKDA_

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:** _"I have been having migraines since I was a kid"_

**(O)bjective**   (V/S): T: _98 8_    P: _76_    R: _16_    BP: _124/84_   WT: _unk._
_AAO x3, skin warm/dry, resp. ~~even~~ even ad unlabored_

**(A)ssessment:** _alteration in comfort ad sleep_

**(P)lan:** _Motrin 600g + po TID x 3d_

Refer to:   (MD)/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
                      CIRCLE ONE
Check One: ROUTINE (✓)    EMERGENCY ( )
    If Emergency was PHS supervisor notified:   Yes ( )    No ( )
        Was MD/PA on call notified:   Yes ( )    No ( )

_2/18/05_

_____
            SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

DEPARTMENT OF CORRECTIONS
# TRANSFER & RECEIVING SCREENING FORM

| RECEIVED: Inmate/Health Record | RELEASED: Inmate/Health Record | ALLERGIES: |
|---|---|---|
| Institution: _Easterling_ | Institution: _Kilby_ B80 | _NKDA_ |
| Date: 6/14/04  Time: 800  AM/PM | Date: 6/2/04  Time: ___ AM/PM | PHYSICAL EXAMINATION |

RECEIVED FROM:
Institution/Work Release Center/Free-World Hospital
_____

RELEASE FROM:
- [X] Infirmary
- [ ] Segregation
- [X] Population
- [ ] Mental Health
- [ ] Other _____

RECEIVING MEDICAL STATUS
- [X] Population
- [ ] Infirmary
- [ ] Isolation

RELEASE TO:
- [X] DOC
- [ ] Infirmary
- [ ] Mental Health

Institution/Work Release Center/Free-World Hospital

PHYSICAL EXAMINATION
Date of last exam: _5/27/04_
Chest X-Ray Date: _____ Result: _____
PPD Reading _5/30/04  0mm_
Classification: _____
Limitations: _____

| LAB RESULTS - - LAST REPORT | | | | | YES | NO |
|---|---|---|---|---|---|---|
| | Date | Normal | Abnormal | Wears Glasses/Contacts | [ ] | [X] |
| CBC | _____ | [ ] | [ ] | Dental Prosthesis | [ ] | [X] |
| Urinalysis | _____ | [ ] | [ ] | Hearing Aide | [ ] | [X] |
| | | [ ] | [ ] | Other Prosthesis | [ ] | [X] |

_DScott LPN_
Recieving Nurse

CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS
_none_

CURRENT MEDICATION - - DOSAGE AND FREQUENCY
_none_

SCHEDULE FOR CHRONIC CARE CLINIC

DATE: _____ LAST CLINIC: _____

| MEDICATIONS | [ ] Sent w / inmate | [ ] Not sent w / inmate |
|---|---|---|
| X-RAY FILM | [ ] Sent w / inmate | [ ] Not sent w / inmate |
| HEALTH RECORD | [X] Sent w / inmate | [ ] Not sent w / inmate |

Released to: _____

Date: _____ Time: _____ AM/PM

| MEDICATIONS | [ ] Received | [X] Not Received |
|---|---|---|
| X-RAY FILM | [ ] Received | [ ] Not Received |
| HEALTH RECORD | [X] Received | [ ] Not Received |
| CHART REVIEWED | [X] YES | [ ] NO |

Received by: _DScott LPN_
Signature of Receiving Nurse
Date: _6/14/04_ Time: _800_ AM/PM

| FOLLOW-UP CARE NEEDED | Date | Time | With Whom - - Location (Sending Nurse) | Date/Appt. Made w/Whom (Rec. Nurse) |
|---|---|---|---|---|
| [ ] Medical  [ ] Dental | _____ | _____ | _____ | _____ |
| [ ] Mental Health | _____ | _____ | _____ | _____ |

NURSING ASSESSMENT (SENDING NURSE)
(Noted from health record documentation)

| HISTORY | | Yes | No |
|---|---|---|---|
| | Drug Use | X | | IV use |
| | Mental Illness | | X |
| | Suicide Attempt | | X |
| | Chronic Care | | X |

| STATUS | | | |
|---|---|---|---|
| | Special Diet | | X |
| | Appearance | | X |

OTHER PERTINENT NURSING ASSESSMENT

NURSING ASSESSMENT (RECEIVING NURSE)
(Noted from inmate assessment)

| SKIN | | Yes | No |
|---|---|---|---|
| | Open Sores | | ✓ |
| | Lice | | ✓ |
| | Edema | | ✓ |
| | Warm & Dry | ✓ | |
| | Cool & Moist | | |

| CONDITION | | | |
|---|---|---|---|
| | Alert | ✓ | |
| | Oriented | ✓ | |
| | Uncooperative | | ✓ |
| | Depressed | | ✓ |

INTAKE
Sick Call Procedures Explained _Yes_
Height _5'9"_
Weight _175_
Blood Pressure _100/60_
Temperature _____
Pulse Resp. _52-18_
Other _____

_Nassel LPN_
Signature of Nurse Completing Assessment (Sending Nurse)

_6/2/4_
Date

_DScott LPN_
Signature of Intake Screening Nurse (Receiving Nurse)

_6/14/04_
Date

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|---|
| Brazell, Michael. A. | 226568 | 11/3/84 | W/M | KCF |

MD-70009   **(White - Medical Jacket, Yellow - Transfer Coordinator)**