# AFFIDAVIT

**STATE OF ALABAMA**                )
                                     )
_Barbour_ **COUNTY**                 )

I, _Beth Long_, hereby certify and affirm that I am a _Medical Records Clerk_, at _Easterling Correctional_; that I am one of the custodians of medical records at this institution; that the attached documents are true, exact, and correct photocopies of certain medical records maintained here in the institution medical file of one _Lester M. Piland_, AIS# _145652_; and that I am over the age of twenty-one years and am competent to testify to the aforesaid documents and matters stated therein.

I further certify and affirm that said documents are maintained in the usual and ordinary course of business at _Prison Health Service_; and that said documents (and the entries therein) were made at, or reasonably near, the time that by, or from information transmitted by, a person with knowledge of such acts, events, and transactions referred to therein are said to have occurred.

This, I do hereby certify and affirm to on this the _1st_ day of _February_, 2006.

_Beth Long_

**SWORN TO AND SUBSCRIBED BEFORE ME THIS THE** _1st_ **Day of** _February_, 2006.

_Linda A. Wilkinson_
Notary Public
_9/16/2007_
My Commission Expires



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PATIENT CONSENT AND AUTHORIZATION FOR DENTAL TREATMENT

**Patient Name:** Piland, Lester          BCDC#: 145657

1.    I agree to having dental X-Rays taken of my teeth and jaws in order to determine my dental problems.

2.    I have had a treatment plan explained to me, including alternatives or the recommendation of no treatment.

3.    I consent to the use of local anesthetics or other medications and that there may be side effects, including allergic reactions and this has been explained to me.

4.    I have had the opportunity to ask questions which have been answered to my satisfaction.

5.    I understand there is no guarantee of success or permanence of the treatment.


_Lester Piland_
Patient's Signature

_8/22/05_
Date


_[signature]_
Dentist's Signature

_8/22/05_
Date

PHS MD-70090



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

### DEPARTMENT OF CORRECTIONS

## DENTAL RECORD TREATMENT

**Services Rendered**

| Date | Tooth # | Diagnosis | Treatment | Initials | Class |
|------|---------|-----------|-----------|----------|-------|
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |

| PATIENT LAST NAME | FIRST | MIDDLE | DOB | R/S | ID NO. |
|-------------------|-------|--------|-----|-----|--------|
|                   |       |        |     |     |        |

PHS-MD-70022



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## DEPARTMENT OF CORRECTIONS

### MENTAL HEALTH SERVICES

# DENTAL RECORD

| DENTAL EXAMINATION | RESTORATIONS AND TREATMENTS |
|---|---|

Date of Initial Examination  5-19-05

Initial Classification

Oral Pathology ..........................
- Gingivitis
- Vincent's Infection
- Stomatitis
- Other Findings

Occlusion _____

Roentgenograms ........................
- Periapical
- Bitewing
- Other

**Health Questionnaire**

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| ☐ | ☑ | Rheumatic Fever | ☐ | ☑ | V.D. |
| ☐ | ☑ | Allergy (Novocaine, penicillin, etc.) | ☐ | ☑ | Hepatitis |
| ☐ | ☑ | Present Medication | ☐ | ☑ | Anemia or Bleeding Problems |
| ☐ | ☑ | Epilepsy | ☐ | ☑ | Heart Disease |
| ☐ | ☑ | Asthma | ☐ | ☑ | High Blood Pressure |
| ☐ | ☑ | Diabetes | ☐ | ☑ | Kidney Disease |
| ☐ | ☑ | HIV | ☑ | ☐ | Other Disease  M D |

| SERVICES RENDERED | | | | | |
|---|---|---|---|---|---|
| **Date** | **Tooth #** | **DX** | **TX** | **Initials** | **Class** |
| 8-22-05 | 27 | cc: TM; NKDA; Denies heart murmurs & cards | | | |
| | | | 2cc xylo. 1:100,000 Ep. used in mand. long | | |
| | | | buccal N block; simple forcep ext.; can | | |
| | | | not given; RX given; NTX there | | |
| | | | | | |
| | | | | | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Piland, Lester | 145657 | 6/8/64 | W | KCF |

PHS-MD-70015

LabCorp

| Specimen # | Type | Primary | Report Status | Pg |
|---|---|---|---|---|
| 181-397-0123-0 | S | MB | Final | Pg 1 |

1.20

Time 09:40    Additional Information

Clinical Information: DOB: 06/18/64  Fasting: N

CD- 51640760695

| Physician ID | Patient ID |
|---|---|
| BANERJEE | 145657 |

Patient Name: PILAND, LESTER    Sex: M    Age (Yr/Mos): 041/00

Account Easterling Corr. Facility  01488855
Prison Health Services
200 Wallace Dr.                        01
Clio AL  36017-0010
334-397-4471
PROV:

Patient Address:

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 06/30/05 | 06/30/05 | 07/01/05 | 4684 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| CBC With Differential/Platelet | | | | | |
| White Blood Cell (WBC) Count | 7.1 | | x10E3/uL | 4.0 - 10.5 | MB |
| Red Blood Cell (RBC) Count | 4.19 | | x10E6/uL | 4.10 - 5.60 | MB |
| Hemoglobin | 13.0 | | g/dL | 12.5 - 17.0 | MB |
| Hematocrit | 38.1 | | % | 36.0 - 50.0 | MB |
| MCV | 91 | | fL | 80 - 98 | MB |
| MCH | 31.0 | | pg | 27.0 - 34.0 | MB |
| MCHC | 34.1 | | g/dL | 32.0 - 36.0 | MB |
| RDW | 15.0 | | % | 11.7 - 15.0 | MB |
| Platelets | 192 | | x10E3/uL | 140 - 415 | MB |
| Neutrophils | 46 | | % | 40 - 74 | MB |
| Lymphs | 42 | | % | 14 - 46 | MB |
| Monocytes | 10 | | % | 4 - 13 | MB |
| Eos | 2 | | % | 0 - 7 | MB |
| Basos | 0 | | % | 0 - 3 | MB |
| Neutrophils (Absolute) | 3.3 | | x10E3/uL | 1.8 - 7.8 | MB |
| Lymphs (Absolute) | 3.0 | | x10E3/uL | 0.7 - 4.5 | MB |
| Monocytes (Absolute) | 0.7 | | x10E3/uL | 0.1 - 1.0 | MB |
| Eos (Absolute) | 0.1 | | x10E3/uL | 0.0 - 0.4 | MB |
| Baso (Absolute) | 0.0 | | x10E3/uL | 0.0 - 0.2 | MB |
| | | | | | |
| Hepatic Function Panel (7) | | | | | |
| Protein, Total, Serum | 7.0 | | g/dL | 6.0 - 8.5 | MB |
| Albumin, Serum | 4.0 | | g/dL | 3.5 - 5.5 | MB |
| Bilirubin, Total | 0.4 | | mg/dL | 0.1 - 1.2 | MB |
| Bilirubin, Direct | 0.09 | | mg/dL | 0.00 - 0.40 | MB |
| Alkaline Phosphatase, Serum | 66 | | IU/L | 25 - 150 | MB |
| AST (SGOT) | 41 | High | IU/L | 0 - 40 | MB |
| ALT (SGPT) | 35 | | IU/L | 0 - 55 | MB |

**Please note reference interval change**

SB, MD - schedule
7/6/05 - appt.

| Valproic Acid (Depakote),S | (43) | | | | |
| Valproic Acid (Depakote),S | Low | | ug/mL | 50 - 120 | MB |

Toxicity may occur at levels of 100-500. Measurements
of free unbound valproic acid may improve the assess-
ment of clinical response.

Detection Limit = 4

Lab: MB LabCorp Birmingham          Director: John Elgin, MD
     1801 First Avenue South, Birmingham, AL 35233
For inquires, the physician may contact: Branch: 334-792-0902 Lab: 205-581-3500

LAST PAGE OF REPORT

FINAL REPORT    ©2004 Laboratory Corporation of America® Holdings
All Rights Reserved



**LabCorp**
Laboratory Corporation of America

**LabCorp** LabCorp Montgomery Hull
Laboratory Corporation of America    543 Hull Street, Montgomery, AL 36104-0000

Phone: 334-263-5745

| SPECIMEN 153-684-3107-0 | TYPE S | PRIMARY LAB YX | REPORT STATUS COMPLETE | Page #: 1 |
|---|---|---|---|---|

| ADDITIONAL INFORMATION |
|---|

MHU          FASTING: N
DR MCGINN       DOB: 6/18/1964

| CLINICAL INFORMATION |
|---|
| CD- 41139317676 |

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| PILAND,LESTER | M | 40 / 11 |

| PHYSICIAN ID. MCGINN  J | PATIENT ID. 145657 |
|---|---|

PT. ADD.:

ACCOUNT: Kilby Correctional Facility
Prison Health Services
PO BOX 11
Mt. Meigs          AL  36057-0000

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 6/02/2005 | 9:42 | 6/02/2005 | 6/03/2005 | 11:27 | 6981 |

ACCOUNT NUMBER:  01306900

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|

CMP12+LP+TP+TSH+6AC+CBC/D/Plt                                          YX
  Chemistries                                                          YX
> Glucose, Serum          61 L    mg/dL       65  -  99    YX
  Uric Acid, Serum         4.5    mg/dL       2.4 -  8.2   YX
  BUN                      14     mg/dL       5   -  26    YX
  Creatinine, Serum        0.8    mg/dL       0.5 -  1.5   YX
  BUN/Creatinine Ratio     18                 8   -  27
  Sodium, Serum            141    mmol/L      135 -  148   YX
  Potassium, Serum         4.8    mmol/L      3.5 -  5.5   YX
  Chloride, Serum          104    mmol/L      96  -  109   YX
  Calcium, Serum           9.8    mg/dL       8.5 -  10.6  YX
  Phosphorus, Serum        4.3    mg/dL       2.5 -  4.5   YX
  Protein, Total, Serum    7.6    g/dL        6.0 -  8.5   YX
  Albumin, Serum           4.1    g/dL        3.5 -  5.5   YX
  Globulin, Total          3.5    g/dL        1.5 -  4.5
  A/G Ratio                1.2                1.1 -  2.5
  Bilirubin, Total         0.5    mg/dL       0.1 -  1.2   YX
  Alkaline Phosphatase, Serum  70  IU/L       25  -  150   YX
> LDH                      273 H  IU/L        100 -  250   YX
> AST (SGOT)               47 H   IU/L        0   -  40    YX
  ALT (SGPT)               30     IU/L        0   -  40    YX
  GGT                      36     IU/L        0   -  65    YX
  Iron, Serum              79     ug/dL       40  -  155   YX
                                                          YX
  Lipids                                                  YX
  Cholesterol, Total       186    mg/dL       100 -  199   YX
> Triglycerides            233 H  mg/dL       0   -  149   YX
> HDL Cholesterol          37 L   mg/dL       40  -  59    YX
> VLDL Cholesterol Cal     47 H   mg/dL       5   -  40
> LDL Cholesterol Calc     102 H  mg/dL       0   -  99
  Comment                                                 YX
    If initial LDL-cholesterol result is >100 mg/dL, assess for
    risk factors and refer to the ATP-III table below.

    Risk Category LDL Goal LDL Level (mg/dL)   LDL Level (mg/dL)
         mg/dL      at which to initiate   at which to
                    Therapeutic Lifestyle  consider Drug
                    Changes (TLC)          Therapy

    CHD          <100        >100         >or=130

| Pat Name: PILAND,LESTER | Pat ID: 145657 | Spec #: 153-684-3107-0 | Seq #: 6981 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Continued on Next Page



**LabCorp** LabCorp Montgomery Hull
Laboratory Corporation of America  543 Hull Street, Montgomery, AL 36104-0000

Phone: 334-263-5745

| SPECIMEN 153-684-3107-0 | TYPE S | PRIMARY LAB YX | REPORT STATUS COMPLETE | Page #: 3 |
|---|---|---|---|---|

| ADDITIONAL INFORMATION |
|---|

MHU          FASTING: N
 DR MCGINN    DOB: 6/18/1964

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| PILAND,LESTER | M | 40 / 11 |

PT. ADD :

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 6/02/2005 | 9:42 | 6/02/2005 | 6/03/2005 | 11:27 | 6981 |

| CLINICAL INFORMATION |
|---|
| CD- 41139317676 |

| PHYSICIAN ID. MCGINN J | PATIENT ID. 145657 |
|---|---|

ACCOUNT:  Kilby Correctional Facility
           Prison Health Services
           PO BOX 11
           Mt Meigs          AL  36057-0000
ACCOUNT NUMBER:   01306900

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| Eos (Absolute) | 0.2 | x10E3/uL | 0.0 - 0.4 | YX |
| Baso (Absolute) | 0.1 | x10E3/uL | 0.0 - 0.2 | YX |
| > Valproic Acid (Depakote),S | 30 L | ug/mL | 50 - 120 | YX |

    Toxicity may occur at levels of 100-500. Measurements
    of free unbound valproic acid may improve the assess-
    ment of clinical response.

                    Detection Limit = 4

| LAB: MB LabCorp Birmingham              DIRECTOR: John Elgin N MD |
|---|
| 1801 First Avenue South, Birmingham,  AL 35233-0000 |

| LAB: YX LabCorp Montgomery Hull         DIRECTOR: Alton Sturtevant B PhD |
|---|
| 543 Hull Street, Montgomery,  AL 36104-0000 |

| Pat Name:  PILAND,LESTER | Pat ID: 145657 | Spec #:  153-684-3107-0 | Seq #:  6981 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report





F-60

## TREATMENT REQUEST AND RECORD

| Date of Request | Requested By | Patient Status | Rx. Ordered |
|---|---|---|---|
| 5/19/05 | Physicals | ☐ IP  ☐ OP | |

| Clinical Diagnosis | Date of Onset |
|---|---|
| EKG | |
| | Date of Surgery |

### AREA OF TREATMENT (CIRCLE)



**PROGRESS NOTES:**

### RECORD OF TREATMENT

| MONTH | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Patient's Last Name | First | Middle | Age | R/S | ID No. |
|---|---|---|---|---|---|
| Piland | Lester | | 40 | W/M | 145657 |

F-63



**LabCorp** Laboratory Corporation of America

LabCorp Montgomery Hull
543 Hull Street, Montgomery, AL 36104-0000

Phone: 334-263-5745

| SPECIMEN 139-684-3155-0 | TYPE S | PRIMARY LAB YX | REPORT STATUS COMPLETE | Page #: | 1 |
|---|---|---|---|---|---|

| ADDITIONAL INFORMATION |
|---|

NPY-10              FASTING: N
                    DOB: 6/18/1964

| CLINICAL INFORMATION |
|---|
| CD- 41139317161 |

| PHYSICIAN ID. ROBBINS M | PATIENT ID. 145657 |
|---|---|

| PATIENT NAME | SEX | AGE(YR /MOS ) |
|---|---|---|
| PILAND,LESTER | M | 40  /  11 |

ACCOUNT:  Kilby Correctional Facility
          Prison Health Services
          PO BOX 11

PT. ADD.:

Mt. Meigs                          AL   36057-0000

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 5/19/2005 | 6:00 | 5/19/2005 | 5/19/2005 | 17:11 | 6476 |

ACCOUNT NUMBER:   01306900

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| CBC With Differential/Platelet | | | | |
| White Blood Cell (WBC) Count | 7.4 | x10E3/uL | 4.0 - 10.5 | YX |
| Red Blood Cell (RBC) Count | 4.38 | x10E6/uL | 4.10 - 5.60 | YX |
| Hemoglobin | 13.0 | g/dL | 12.5 - 17.0 | YX |
| Hematocrit | 39.7 | % | 36.0 - 50.0 | YX |
| MCV | 91 | fL | 80 - 98 | YX |
| MCH | 29.8 | pg | 27.0 - 34.0 | YX |
| MCHC | 32.9 | g/dL | 32.0 - 36.0 | YX |
| > RDW | 15.5H | % | 11.7 - 15.0 | YX |
| Platelets | 207 | x10E3/uL | 140 - 415 | YX |
| Neutrophils | 42 | % | 40 - 74 | YX |
| > Lymphs | 49 H | % | 14 - 46 | YX |
| Monocytes | 6 | % | 4 - 13 | YX |
| Eos | 2 | % | 0 - 7 | YX |
| Basos | 1 | % | 0 - 3 | YX |
| Neutrophils (Absolute) | 3.1 | x10E3/uL | 1.8 - 7.8 | YX |
| Lymphs (Absolute) | 3.6 | x10E3/uL | 0.7 - 4.5 | YX |
| Monocytes(Absolute) | 0.4 | x10E3/uL | 0.1 - 1.0 | YX |
| Eos (Absolute) | 0.1 | x10E3/uL | 0.0 - 0.4 | YX |
| Baso (Absolute) | 0.1 | x10E3/uL | 0.0 - 0.2 | YX |

LAB: YX LabCorp Montgomery Hull          DIRECTOR: Alton Sturtevant B PhD
543 Hull Street, Montgomery,  AL 36104-0000

| Pat Name:  PILAND,LESTER | Pat ID:  145657 | Spec #:  139-684-3155-0 | Seq #:  6476 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report





**LabCorp**
Laboratory Corporation of America

LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000

Phone: 205-581-3500

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | Page #: | 1 |
|---|---|---|---|---|---|
| 140-205-5158-0 | S | MB | COMPLETE | | |

| ADDITIONAL INFORMATION |
|---|

PHY-10
5/19

FASTING: N
DOB: 6/18/1964

| CLINICAL INFORMATION |
|---|
| CD- 41139317247 |

| PHYSICIAN ID. | PATIENT ID. |
|---|---|
| ROBBINS M | 145657 |

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| PILAND,LESTER | M | 40 / 11 |

PT. ADD.:

ACCOUNT: Kilby Correctional Facility
Prison Health Services
PO BOX 11
Mt Meigs          AL   36057-0000
ACCOUNT NUMBER: 01306900

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 5/20/2005 | 6:00 | 5/20/2005 | 5/21/2005 | 7:20 | 6562 |

| | TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|---|
| | CMP14+LP+5AC | | | | MB |
| | Chemistries | | | | MB |
| | Glucose, Serum | 99 | mg/dL | 65 - 99 | MB |
| | Uric Acid, Serum | 4.9 | mg/dL | 2.4 - 8.2 | MB |
| | BUN | 23 | mg/dL | 5 - 26 | MB |
| | Creatinine, Serum | 0.7 | mg/dL | 0.5 - 1.5 | MB |
| > | BUN/Creatinine Ratio | 33 H | | 8 - 27 | |
| | Sodium, Serum | 140 | mmol/L | 135 - 148 | MB |
| | Potassium, Serum | 4.2 | mmol/L | 3.5 - 5.5 | MB |
| | Chloride, Serum | 107 | mmol/L | 96 - 109 | MB |
| | Carbon Dioxide, Total | 21 | mmol/L | 20 - 32 | MB |
| | Calcium, Serum | 10.1 | mg/dL | 8.5 - 10.6 | MB |
| | Phosphorus, Serum | 3.9 | mg/dL | 2.5 - 4.5 | MB |
| | Protein, Total, Serum | 7.0 | g/dL | 6.0 - 8.5 | |
| | Albumin, Serum | 3.9 | g/dL | 3.5 - 5.5 | MB |
| | Globulin, Total | 3.1 | g/dL | 1.5 - 4.5 | |
| | A/G Ratio | 1.3 | | 1.1 - 2.5 | |
| | Bilirubin, Total | 0.4 | mg/dL | 0.1 - 1.2 | |
| | Alkaline Phosphatase, Serum | 62 | IU/L | 25 - 150 | MB |
| > | LDH | 258 H | IU/L | 100 - 250 | MB |
| > | AST (SGOT) | 43 H | IU/L | 0 - 40 | MB |
| | ALT (SGPT) | 28 | IU/L | 0 - 40 | MB |
| | GGT | 56 | IU/L | 0 - 65 | MB |
| | Iron, Serum | 127 | ug/dL | 40 - 155 | MB |
| | | | | | MB |
| | Lipids | | | | MB |
| | Cholesterol, Total | 173 | mg/dL | 100 - 199 | MB |
| > | Triglycerides | 200 H | mg/dL | 0 - 149 | MB |
| > | HDL Cholesterol | 34 L | mg/dL | 40 - 59 | MB |
| | VLDL Cholesterol Cal | 40 | mg/dL | 5 - 40 | |
| | LDL Cholesterol Calc | 99 | mg/dL | 0 - 99 | |
| > | T. Chol/HDL Ratio | 5.1H | ratio units | 0.0 - 5.0 | |
| | Estimated CHD Risk | 1.0 | times avg. | 0.0 - 1.0 | |

T. Chol/HDL Ratio

|  |  | Men | Women |
|---|---|---|---|
| 1/2 Avg.Risk | | 3.4 | 3.3 |
| Avg.Risk | | 5.0 | 4.4 |
| 2X Avg.Risk | | 9.6 | 7.1 |
| 3X Avg.Risk | | 23.4 | 11.0 |

| Pat Name: PILAND,LESTER | Pat ID: 145657 | Spec #: 140-205-5158-0 | Seq #: 6562 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Continued on Next Page



KILBY CORRECTIONAL
PO BOX 11
MT. MEIGS, AL 36057

PATIENT NAME

*Piland, Lester*

PRISON ID

*145657*

DATE SUBMITTED

*5-19-06*

# NPY 10

| TEST NAME | RESULT | REFERENCE RANGE | COMMENTS |
|---|---|---|---|
| HIV ANTIBODY | *NR* | NEGATIVE (NEG) | |
| RPR | *NR* | NON-REACTIVE (NR) | |
| URINALYSIS | *NEG* | | |
| APPEARANCE | | | |
| pH | | pH 5- pH 6 | |
| PROTEIN | | NEGATIVE (NEG) | |
| GLUCOSE | | NEGATIVE (NEG) | |
| KETONES | | NEGATIVE (NEG) | |
| BILIRUBIN | | NEGATIVE (NEG) | |
| BLOOD | | < 5 RBC/MCL | |
| NITRITE | | NEGATIVE (NEG) | |
| UROBILINOGEN | | < 1.0 MG/DL | |
| LEUK. ESTERASE | | NEGATIVE (NEG) | |
| SPECIFIC GRAVITY | | 1.016-1.022 | |

"A"     These results are unreliable due to the age of the specimen.
"H"     These results are unreliable due to the hemolyzed condition of the specimen.
"A+H"   These results are unreliable due to the age and hemolyzed condition of the specimen.

CLIA ID NO.   01D0706289

WAYNE D. MERCER, PHD
LABORATORY DIRECTOR

SINUS RHYTHM
OTHERWISE NORMAL ECG

UNCONFIRMED REPORT

5/70

HR: 86 BPM    Axis    P: 90°
                     QRS: 38°
                     T: 59°

Intervals
RR: 720 ms
P: 132 ms
PR: 198 ms        P (III): 0.12 mV
QRS: 100 ms       S (V1): 1.03 mV
QT: 342 ms        R (V5): 1.36 mV
QTc: 417 ms       Sokol: 2.85 mV

0 mm/mV          10 mm/mV

25 mm/s

aVR    V1    V4
aVL    V2    V5
aVF    V3    V6

mmHg

0 05 35 Hz  F60  M0  23 MAY 05 06 59 43

| Facility Name: | | | | | | | | | | | | | | Month/Year of Charting: 12/05 | | | | | | | | | | | | | | | | | |

Vistaril 25 mg. 4p
P.O. q4 pm x 90 days

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: 12/14/05    Prescriber: Banerjee
Stop Date: 3/14/06    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | | | | 1. Discontinued Order |
| Allergies | | | | | 2. Refused |
| NKDA    II of II | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit: | | | | | 5. Lock Down |
| Patient ID Number: 145659 | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Stock |
| | | | | | 8. Medication Held |
| Piland, Lester | | | Date of Birth: 10/18/64 | | 9. No Show |
| | | | | | 10. Other |

Facility Name: Easterling Correctional Facility

Month/Year of Charting: 11/05

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Depakene 250MG Cap    60.00**

Take 2 capsule(s) =500mg by mouth at 4:00 p.m.

D/C 11/16/05

Start Date: 09-16-2005
Stop Date: 12-14-2005
Prescriber: Banerjee MHM, Sreelekha
RX #: 250618866

**Nortriptyline HCl 75MG Cap    30.00**

Take 1 capsule(s) by mouth at 4:00 p.m.

Start Date: 09-16-2005
Stop Date: 12-14-2005
Prescriber: Banerjee MHM, Sreelekha
RX #: 250618867

**Benadryl 25MG Cap    30.00**

Take 1 capsule(s) by mouth at 4:00 p.m.

Start Date: 09-16-2005
Stop Date: 12-14-2005
Prescriber: Banerjee MHM, Sreelekha
RX #: 250618869

**Vistaril 25MG Capsule    30.00**

Take 1 capsule(s) by mouth at 4:00 p.m.

Start Date: 09-16-2005
Stop Date: 12-14-2005
Prescriber: Banerjee MHM, Sreelekha
RX #: 250618873

**Tylenol 1gm po bid x5d**

Start Date: 11-2-05
Stop Date: 11-7-05
Prescriber: Oanborse
RX #:

**Elavil 50mg ÷ po qhs x 90 days**

Start Date: 11/7/05
Stop Date: 2/7/06
Prescriber: Oarbnize/MP
RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| Allergies | | | | | 1 Discontinued Order |
| | | | | | 2 Refused |
| | | | | | 3 Patient out of facility |
| Housing Unit: Population | | | | | 4 Charted in Error |
| Patient ID Number: 145657 | | | | | 5 Lock Down |
| Patient Name: | | | | | 6 Self Administered |
| | | | | | 7 Medication out of Stock |
| **Piland, Lester** | | | | | 8 Medication Held |
| | | | | | 9 No Show |
| | Date of Birth: 06-08-1964 | | | | 10 Other |

| Facility Name: | Easterling Correctional Facility | | | | | | | | | | | Month/Year of Charting: | | 10/05 | | | | | | | | | | | | | | | | |

**Depakene 250MG Cap    60.00**

Take 2 capsule(s) =500mg by mouth at 4:00 p.m.

| Start Date: | 09-16-2005 | Prescriber: | Banerjee MHM, Sreelekha |
| Stop Date: | 12-14-2005 | RX #: | 250618866 |

**Nortriptyline HCl 75MG Cap    30.00**

Take 1 capsule(s) by mouth at 4:00 p.m.

| Start Date: | 09-16-2005 | Prescriber: | Banerjee MHM, Sreelekha |
| Stop Date: | 12-14-2005 | RX #: | 250618867 |

**Benadryl 25MG Cap    30.00**

Take 1 capsule(s) by mouth at 4:00 p.m.

| Start Date: | 09-16-2005 | Prescriber: | Banerjee MHM, Sreelekha |
| Stop Date: | 12-14-2005 | RX #: | 250618869 |

**Vistaril 25MG Capsule    30.00**

Take 1 capsule(s) by mouth at 4:00 p.m.

| Start Date: | 09-16-2005 | Prescriber: | Banerjee MHM, Sreelekha |
| Stop Date: | 12-14-2005 | RX #: | 250618873 |

Tylenol ⅟ gm Po BID x 5d

| Start Date: | 9/30/05 | Prescriber: | Dr Darbouze |
| Stop Date: | 10/4/05 | RX #: | |

| Diagnosis | | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
| Allergies | | | | | | 1 Discontinued Order |
| | | | P | S. Scott | SIS | 2 Refused |
| | | | MP | | | 3 Patient out of facility |
| | | | | | | 4 Charted in Error |
| Housing Unit: | Population | | | Ewing LPN | LB | 5 Lock Down |
| Patient ID Number: | 145657 | | | | | 6 Self Administered |
| Patient Name: | | | | | | 7 Medication out of Stock |
| | | | | | | 8 Medication Held |
| | | | | | | 9 No Show |
| **Piland, Lester** | | | | Date of Birth: | 06-08-1964 | 10 Other |

| Facility Name: | | Month/Year of Charting: |
|---|---|---|

**HC 1% Cr bid**
**x 14 days 100p**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: 8/9/05    Prescriber: Darbou o/ Lw
Stop Date: 8/24/05    RX #:

**Motrin 600g i po BID**
**x 5d**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8a | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 8/19/05    Prescriber: Darbase/Sr
Stop Date: 8/23/05    RX #:

**Motrin 600mg**
**po BID x5 days**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4a | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 8.22.05    Prescriber: West /CY
Stop Date: 8.26.05    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | L. Ewing LN | LE | mSanders LN | SI | 1 Discontinued Order |
| Allergies NKA | | | | | 2 Refused |
| | | | | | 3 Patient out of facility |
| | | | | | 4 Charted in Error |
| | | | | | 5 Lock Down |
| | | | | | 6 Self Administered |
| Housing Unit: | | | | | 7 Medication out of Stock |
| Patient ID Number: | | | | | 8 Medication Held |
| Patient Name: | | | | | 9 No Show |

Facility Name: Easterling Correctional Facility

Month/Year of Charting: 08/05

| Medication | | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Valproic Acid 250MG Cap    60.00**

Take 2 capsule(s) (=500mg) by mouth at 4:00 p.m.

Start Date: 07-14-2005
Stop Date: 10-11-2005
Prescriber: Banerjee MHM, Sreelekha
RX #:

**Nortriptyline HCl 75MG Cap    30.00**

Take 1 capsule(s) by mouth at 4:00 p.m.

Start Date: 07-14-2005
Stop Date: 10-11-2005
Prescriber: Banerjee MHM, Sreelekha
RX #: 250202913

**Diphenhydramine HCl 25MG Cap 30.00**

Take 1 capsule(s) by mouth at 4:00 p.m.

Start Date: 07-14-2005
Stop Date: 10-11-2005
Prescriber: Banerjee MHM, Sreelekha
RX #: 250202918

**Acetaminophen 500MG Tab    180.00**

Take 2 tablet(s) =1gm by mouth Three Times Daily as needed

Start Date: 06-23-2005
Stop Date: 09-20-2005
Prescriber: Darbouze, Jean
RX #: 250029566

**Cyclobenzaprine HCl 10MG Tab    90.00**

Take 1 tablet(s) by mouth Three Times Daily as needed

Start Date: 06-23-2005
Stop Date: 09-20-2005
Prescriber: Darbouze, Jean
RX #: 250029571

ANTaCid TAbs ℥ss PO qHS X 90 d

6/2/05 - 9/2/05 DM Darbze

Start Date:
Stop Date:
Prescriber:
RX #:

Diagnosis

Allergies NKDA

Housing Unit: Population
Patient ID Number: 145657
Patient Name:

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| | | | |
| R. Ewin LPN | Ro | | |
| | | | |

Documentation Codes
1 Discontinued Order
2 Refused
3 Patient out of facility
4 Charted in Error
5 Lock Down
6 Self Administered
7 Medication out of Stock

# MEDICATION ADMINISTRATION RECORD

STD701

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Benadryl 50 mg. P.O. 4p
q 4 pm x 90 days
6/29/05 - 9/29/05 Banerjee
See new order 7/13/05

Depakene 500 mg. P.O. 4p
q 4 pm x 90 days
7/13/05 - 10/13/05 Banerjee

Pamelor 75 mg. P.O. 4p
q 4 pm x 90 days
7/13/05 - 10/13/05 Banerjee

Benadryl 25 mg. P.O. 4p
q 4 pm x 90 days
7/13/05 - 10/13/05 Banerjee

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE**

CHARTING FOR 7/1/05   THROUGH 7/31/05

| Physician | | Telephone No | Medical Record No |
|---|---|---|---|
| Alt Physician | | Alt Telephone | |
| Allergies NKDA | II of II | Rehabilitative Potential | |

Diagnosis

| Medical Name | Medical Number | Complete entries checked: By R. Flowers | Title: LPN | Date: 6/30/05 |
|---|---|---|---|---|

# MEDICATION ADMINISTRATION RECORD

SJCT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Depakene 500mg PO Bid x 90d | 4A 4p | See Below | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5/19/05 - 8/19/05 Dr Darbz | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Benadryl 50mg PO qHS x 90d | 9p | | | | | See | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5/19/05 - 8/19/05 Dr Darbz | | | | | | New | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pamelor 50mg PO qHS x 90d | 9p | | | | | Orders | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5/19/05 - 8/19/05 Dr Darbz | | | | | | 6/29/05 | | | | | | | | | | | | | | | | | | | | | | | | | |
| Depakene 1000mg HS x 90d | 9p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6/2/05 - 9/2/05 Dr Darbz | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Antacid Tabs ii PO HS x 90d | 4p | | | | | | | | 8 | W | WD DD DP W W B DD | | | | | | W DD | | | | | | | | | | | | |
| 6/2/05 - 9/2/05 Dr Darbz | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tylenol 1 gm PO Tid Prn x 90d | 4 8 4 | | | | | | | | DD DD W DD DD 8 | W | WD DD DD W DD BD | | | | | | W DD | | | | | | | | | | | | |
| 6/21/05 - 9/21/05 Dr Darbz | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Flexeril 10mg PO Tid Prn x 90d | 4 4 | | | | | | | | DD DD W DD DD 8 | WD | WD DD DD W DD N DD | | | | | | DD | | | | | | | | | | | | |
| 6/21/05 - 9/21/05 Dr Darb | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pamelor 50 mg. P.O. q 4 pm X 90 days | 4p | | | | | | | | DD DD W DD DD 8 | W | See New Orders 7/31/05 | | | | | | | | | | | | | | | | | | | |
| 6/28/05 - 9/29/05 Banerjee | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Depakene 1000 mg. P.O. q 4 pm X 90 days | 4p | | | | | | | | DD DD W DD DD 8 | W | | | | | | | | | | | | | | | | | | | | |
| 6/29/05 - 9/29/05 Banerjee | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 7/1/05   THROUGH 7/31/05

Physician Dr Darbz

Alt Physician

Telephone No

Alt Telephone

Medical Record No

Allergies NKDA

I of II   Rehabilitative Potential

Diagnosis

Complete Entries Checked:
By: [signature]   Title: [illegible]   Date: 6/25/05

PATIENT CODE   ROOM NO   BED   FACILITY CODE

# MEDICATION ADMINISTRATION RECORD

01/01/2005

STDT01

*Easterling CF*

(BU...-465) BULLOCK CORRECTIONAL FAC

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

VALPROIC ACID (DEPAKENE) 250MG CAP
TAKE 2 CAPSULE(S) BY MOUTH (500MG) TWICE
DAILY **WITH FOOD**
RX: 6478708 MCGINN, M.D. (MHM PSY, JOSEPH
START - 11/06/2004   STOP - 02/03/2005
Hour: 1100 / 1700

BENZTROPINE (COGENTIN) 2MG TAB
TAKE 1 TABLET(S) BY MOUTH TWICE DAILY
RX: 6520542 MCGINN, M.D. (MHM PSY, JOSEPH
START - 11/16/2004   STOP - 02/13/2005
Hour: 1100 / 1700

NORTRIPTYLINE (PAMELOR) 75MG CAP
TAKE 1 CAPSULE(S) BY MOUTH AT BEDTIME
RX: 6520548 MCGINN, M.D. (MHM PSY, JOSEPH
START - 11/16/2004   STOP - 02/13/2005
Hour: 1700

Flexillum potid
prn start when
available
1/4-2/4/05
Hour: 0900 / 1100 / 1700

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR          01/01/2005       THROUGH        01/31/2005

| Physician | MCGINN, M.D. (MHM PSY, JOSEPH | Telephone No | | Medical Record No |
|---|---|---|---|---|
| Alt Physician | | Alt Telephone | | |
| ...rgies | NO KNOWN DRUG ALLERGY | Rehabilitative Potential | | |

Diagnosis

Complete Entries Checked:
By: P Sm___ R___      Title: LPN      Date: 6/29/04

# MEDICATION ADMINISTRATION RECORD

STUTO!

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pamelor 50 mg. P.O. 4 p ⊽ 4 pm × 90 days 6/29/05 - 9/29/05 Banerjee | 4 p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Depakene 1000 mg. P.O. ⊽ 4pm × 90 days 4 p 6/29/05- 9/29/05 Banerjee | 4 p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Benadryl 50mg. P.O. 4 p ⊽ 4 pm × 90 days 6/29/05- 9/29/05 Banerjee | 4 p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 6/05   THROUGH 6/30/05

| Physician | | Telephone No | Medical Record No. |
|---|---|---|---|
| Alt. Physician | | Alt Telephone | |
| Allergies NKDA | II OЬ II | Rehabilitative Potential | |
| Diagnosis | | | |
| Medicaid Number | Medicare Number | Complete Entries Checked: ℞. Flowers | Title: LPN  Date: 6/22/05 |

PATIENT CODE    ROOM NO    BED  FACILITY CODE

# MEDICATION ADMINISTRATION RECORD

Received ETH 6-2-205

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Motrin 600mg PO Bid x 30 days d/9/05      d/9/05 | 0900 1800 | | | | | | | | | | | | | | | | | | Complete | | | | | | | | | | | | | |
| Depakene 500mg PO Bid x 90days d/9/05 — 8/19/05 | 0900 1800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Benadryl 50mg PO qhs x 90days 5/19/06      8/19/05 | 0800 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pamelor 50mg PO qhs x 90days d/9/05      8/19/05 | 0800 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Depakene 1000mg HS x 90d 6/2/05-9/2/05 | 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Antacid tabs ii po HS x 90d 6/2/05 - 9/2/05 | 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tylenol 1 gm po tid PRN x 90 days 6/2/05 → 9/2/05 | 4A 12P 4P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Flexeril 10 mg po tid PRN x 90 days 6/2/05 → 9/2/05 | 4A 12P 4P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR  6/1/05          THROUGH  6/30/05

Physician

Alt Physician                                    Telephone No.                    Medical Record No.
                                                 Alt Telephone

Allergies     NKA                    I of II         Rehabilitative Potential

Diagnosis

Medicaid Number          Medicare Number           Complete Entries Checked:
                                                    By:  A. [signature] RN          Title:          Date:

# MEDICATION ADMINISTRATION RECORD

Ibuprofen 600mg po
bid x 30d

5/19/05 - 6/19/05
DEPAKENE 500mg PO        0900
BID x 90 DAYS
5/19/05 - 8/19/05        1800

BENADRYL 50mg PO
QHS x 90 DAYS            2000
5/19/05 - 8/19/05

PAMELOR 50mg PO
QHS x 90 DAYS            2000
5/19/05 - 8/19/05

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

5/19/05    THROUGH 5/31/05

Physician: Webb

NKDA

| | Telephone No | Medical Record No. |
|---|---|---|
| | Alt. Telephone | 145657 |
| | Rehabilitative Potential | |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Lester Piland_     Date of Request: _11/1/05_
ID # _14.56.57_     Date of Birth: _6/18/64_ Location: _6B - 26_
Nature of problem or request: _Haveing severe Pain due_
_To Muscular Dystrophy._
_____

                      _Lester Piland_
                           *Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
|---|
| Date: |
| Time: NOV 2 2005 _CW_ |
| Receiving Nurse Initials _CW_ |

**(S)ubjective:**

**(O)bjective**   (V/S):   T: _____   P: _____   R: _____   BP: _____   WT: _____

**(A)ssessment:**      *See Next*

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment    Return to Clinic PRN
                            CIRCLE ONE
Check One:   ROUTINE ( )    EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )    No ( )
             Was MD/PA on call notified:   Yes ( )    No ( )

                     _____
                         *SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

 **PHS**

Nursing Evaluation Tool:                    <u>General Sick Call</u>

Facility: _ECF_

Patient Name: _Piland_ _____ _Lester_
            Last                           First

Inmate Number: _145657_         Date of Birth: _6_/_18_/_64_
                                              MM  DD   YYYY

Date of Report: _11_/_2_/_05_   Time Seen: _10:30_  AM (PM) Circle One
               MM  DD  YYYY

<u>Subjective:</u>  Chief Complaint(s): _Pain due to muscular dystrophy_
        Onset: _He said to "Stated for a while"_

Brief History: _"I have a chronic condition which_
(Continue on back if necessary)  _Causes a lot of pain"_
_____
_____

□ Check Here if additional notes on back

<u>Objective:</u>  Vital Signs: (As Indicated) T: _98_  P: _70_  RR: _16_  B/P: _108_/_64_

Examination Findings: _No body pain related to_
(Continue on back if necessary)  _muscular dystrophy_
_____
_____
_____

□ Check Here if additional notes on back

**Assessment:** *(Referral Status)* Preliminary Determination(s): _____

  □ Referral <u>NOT REQUIRED</u>

  ☑ Referral <u>REQUIRED</u> due to the following: (Check all that apply)
      ☑ Recurrent Complaint (More than 2 visits for the same complaint)
      □ Other: _____
_____
_____

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:**  Check All That Apply:
      ☑ Instructions to return if condition worsens.
      ☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☑ YES □ NO (If No then schedule patient for appropriate follow-up visits)
      □ Other: _____
                (Describe)
OTC Medications given □ NO ☑ YES (If Yes List): _Tylenol 1gm po bid x 5d_
Referral: □ NO ☑ YES (If Yes, Whom/Where): _Dr Darbouze_  Date for referral: _11_/_7_/_05_
                                                                        MM  DD  YYYY
Referral Type: ☑ Routine □ Urgent □ Emergent (if emergent who was contacted?): _____  Time

x _C Carkin_                    Name: _C Carkin_
    Nurses Signature                      Printed



## Nursing Evaluation Tool:

### Dermatitis (Rashes)

Facility: _____

Patient Name: **PILAND** , **LESTER**
                       Last                    First

Inmate Number: **145657**          Date of Birth: **6 / 18 / 64**
                                                    MM    DD    YYYY

Date of Report: **9 / 29 / 2005**      Time Seen: _____ AM / PM  Circle One
               MM   DD   YYYY

**_Subjective:_** Chief Complaint: ☐ Itching ☐ Burning ☐ Redness ☐ Swelling ☐ Weeping ☐ Blisters ☐ Lice/Scabies/Nits
☒ Other: **CRAMPING / DRAWING ® ARM**

Onset: **YESTERDAY**

Location: **® ARM**

History: **Dx'd ī MD in 1995 — States getting worse**
(Continue on back if necessary)

Associated Symptoms: ☐ None ☐ Fever ☐ Upper Respiratory Symptoms ☐ Tongue Swelling/Throat Closing ☐ Facial/Neck Swelling   ☐ Check Here if additional notes on back
☐ Difficulty breathing ☒ Other: **PAIN / CRAMPING**

Recent environmental contacts (allergens/Irritants): **N/A**

History of new medication: **Depakine, Pamelor, Benadyl, Vistaril since 9-14-05**

**_Objective:_** Vital Signs: (If Indicated) T: **97.8** P: **100** RR: **20** B/P: **110 / 80**

Exam: Lesion(s): ☐ NO ☐ YES  Description: _____

Redness/Swelling/Streaking: ☒ NO ☐ YES (If Yes, Describe): _____

☐ Additional Examination: _____
Continue on back if necessary

**_Assessment: (Referral Status)_**    ☐ Check Here if continued on back
☐ Referral **NOT Required**      Preliminary Determination(s): _____

☒ Referral **Required** referral due to the following: (Check all that apply)
☐ Respiratory distress  ☐ Tongue or facial swelling ☐ Hives ☐ Wheezing
☐ New medication  ☐ Signs of infection  ☐ Recurrent Complaint (More than 2 visits)
☒ Other: **Chronic problem**
(Describe)

**_Plan:_** Check All That Apply:
☒ Meds given per approved OTC med list: ☒ **Tylenol ī gm po BID X5 days**

☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☒ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☒ Education signs and symptoms of severe allergic reaction: (Difficulty breathing, throat or facial swelling). Pt instructed to seek immediate seek immediate medical attention if these should occur.
Other OTC Medications given ☒ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☒ YES (If Yes, Whom/Where): **D. Dabaza**    Date of referral: **10 / 6 / 05**
                                                                         MM   DD   YYYY
Referral Type: ☐ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____  Time _____

x **S. Im̄** LPN
   Nurses Signature

Name **Shelley L. Smothers,** LPN
        Printed



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Lester Piland_  Date of Request: _9/28/05_
ID # _145657_  Date of Birth: _6-18-64_ Location: _6B-26_
Nature of problem or request: _Need to see Doctor_
_About Muscular Dystrophy._

_Lester Piland_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _9/29/05_
Time: _11:85_ AM (PM)
Allergies: _NKDA_

| RECEIVED |
|---|
| Date: _9-29-05_ |
| Time: |
| Receiving Nurse Intials _CWS_ |

**(S)ubjective:**

**(O)bjective** (V/S): T: _97.8_  P: _100_  R: _20_  BP: _110/80_  WT: _147#_

**(A)ssessment:** _See_
_NET_

**(P)lan:**

Refer to:  MD/PA  Mental Health  Dental  Daily Treatment     Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )   EMERGENCY ( )
    If Emergency was PHS supervisor notified:   Yes ( )   No ( )
        Was MD/PA on call notified:   Yes ( )   No ( )

_____
_SIGNATURE AND TITLE_

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Lester Pilard_  Date of Request: _8-17-05_
ID # _145657_  Date of Birth: _6-18-64_ Location: _6B-26_
Nature of problem or request: _need to see the Dentist_

_Lester Pilard_
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: _8/18/05_
Time: _7:50_  ~~AM~~ PM
Allergies: _NKDA_

| RECEIVED |
|---|
| Date: _8/18/05_ |
| Time: |
| Receiving Nurse Intials _MP_ |

**(S)ubjective:** " _To get the rest of these teeth pulled_ "

**(O)bjective** (V/S): T: _98⁸_  P: _88_  R: _16_  BP: _128/72_  WT: _155_
_AAOX3, skin warm and dry, resp even and unlabored, pt c/o tooth_
_pain — "only five left", and requests to have all remaining teeth pulled_

**(A)ssessment:**
_alt in comfort_

**(P)lan:** _Motrin 600g ī po BID X 5 d, refer to ~~MD~~ dental_

Refer to:   MD/PA   Mental Health  (Dental)  Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE (X)     EMERGENCY ( )
  If Emergency was PHS supervisor notified:   Yes ( )   No ( )
  Was MD/PA on call notified:   Yes ( )   No ( )

_SIGNATURE AND TITLE_

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Lester Piland_    Date of Request: _8/1/05_
ID # _145657_    Date of Birth: _6/18/61_ Location: _6B-26_
Nature of problem or request:
_Im disabled and I need to_
_get some profiles._

_Lester Piland_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _2-1 Aug 25_
Time: _2125_ AM PM
Allergies: _NKMA_

| RECEIVED |
|---|
| Date: _8.2.05_ |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:** _Need Profiles... For prolong standing_

**(O)bjective** (V/S): T: _98.4_    P: _88_    R: _16_    BP: _100/64_    WT: _144_
_Hist. of MD._

**(A)ssessment:**
_Potential for Injury d/t MD_

**(P)lan:** _See MD 8 Aug 05_

Refer to: (MD/PA)  Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )      EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )    No ( )
Was MD/PA on call notified:   Yes ( )    No ( )

_8/9/05_

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PRISON
HEALTH
SERVICES
INCORPORATED**

## PROGRESS NOTES

| Date/Time | Inmate's Name: Piland, Lester | D.O.B.: 6/18/64 |
|---|---|---|

6/30/05    WT. 144   BP 100/64   p 88    R 16   T 98⁴

S/C Back pain

**~**   mom - c/o Myotonic Muscular Dystrophy % not able to
walk long distance 2° to weakness and unsteadiness - Pt is
seeking a medical Transfer to Bullock.

**O** - lungs clear         throat: ...
     ext: ...
     Neuro: + tremor

3+   3+
3+ 4-2+
4+

**Rx/** Myotonic muscular Dystrophy
     - Tylenol PRN
     - Request for Medical Transfer to transfer on
Bullock c.f. unable to walk long distance



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Lester Piland_     Date of Request: _6-25-05_
ID # _145657_     Date of Birth: _6-18-64_ Location: _7B-110_
Nature of problem or request: _Haveing Severe Pain_
_And Cramp's, Due to muscular Dystrophy._

_Lester Piland_
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: _6/27/05_
Time: _920_ AM (PM)
Allergies: _NKDA_

| RECEIVED | |
|---|---|
| Date: | |
| Time: | _6/27/05_ |
| Receiving Nurse Intials | _MP_ |

**(S)ubjective:** "_I'm having alot of pain and cramps due to muscular dystrophy. I can't walk to pill call for my med._"

**(O)bjective (V/S):** T: _976_  P: _96_  R: _20_  BP: _110/60_  WT: _144_
_W/m to HCU. Ab ox 3. Skin warm et dry to touch Resp even et Unlabored. C/o pain Severe and Cramping_

**(A)ssessment:** _due to Muscular dystrophy. Pt states he cannot walk from dorm to HCU for pill call. Has Rx for Tylenol & Flexeril_

**(P)lan:** _Alt in Comfort_
_Refer to MD_

Refer to:   (MD)/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE (✓)   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_6/30/05_

_JScott RN_
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

**MHM Correctional Services, Inc.**



## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.: / / | |
| ALLERGIES: | |
| Use Last    Date: / / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.: / / | |
| ALLERGIES: | |
| Use Fourth    Date: / / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.: / / | |
| ALLERGIES: | |
| Use Third    Date: / / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.: / / | |
| ALLERGIES: | |
| Use Second    Date: / / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Piland Lester #145657 | DIAGNOSIS Mood Disorder 2° Medical Condition (Muscular Dystrophy) |
|---|---|
| D.O.B.: 6/18/64 | ① Depakote 500 po BID x 90d |
| E-60 | ② Benadryl 50 po ≥ hs x 90d |
| ALLERGIES: N/CDA | ③ Penelov 50 po ≥ hs x 90d |
| | ④ Profile II & VPA level 2wks |
| | noted Thatsen    Joseph RNP Benson |
| Use First    Date: 5/19/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

**WHITE** – MEDICAL RECORDS COPY    **CANARY** – PHARMACY COPY

24019  BRIGGS, Des Moines  IA 50306  (800) 247-2343  PRINTED IN U.S.A.

Region 4
NON-FORMULARY PHARMACY REQUEST FORM
Form must be complete and legible  You must Type or Print
PHS

| Site Name and Number | Patient Name: (Last, First) | Todays Date: (mm/dd/yy) |
|---|---|---|
| Easterling Correctional Facility - 0835 | PILAND LUSTRR | 11/7/05 |

**Site Phone #**
(334) 397-3128

**Inmate #**
145657

**Date of Birth: (mm/dd/yy)**
6/18/64

**Site Fax #**
(334) 397-3128

**SPP ID #**
A-474

**PHS Custody Date**

**Diagnosis**
Muscular Dystrophy

☒ Male    ☐ Female

**Medication Allergies**
NKDA

FAX

**Requested Non-Formulary and Strength:**
Elavil 50 mg i t. QHS

**Directions:**
i t. QHS

**Duration of Therapy:**
(Maximum approval is 90 days per request)

☐ 7 days   ☐ 10 days   ☐ 30 days   ☐ 60 days   ☒ 90 days   ☐ Other _____

**Justification for this non-formulary drug. Include previous therapeutic interventions including lifestyle changes.**
chronic pain not eased by Analgesic or Muscle
Relaxant

**Compliance:**   ☒ > 80%   ☐ < 80%   (Determined by Review of MAR)

**Practioner Information:**   ☒ Physician   ☐ NP/PA   ☐ Dentist

Name: Dawson MD   J. A

Signature: _____

Daytime Phone: _____   Pager Number: _____

It is the prescribing practitioner's personal responsibility to legibly fill out all of the above fields. Incomplete non-formulary requests will not be reviewed. Any delay in therapy caused by an incomplete/illegible non-formulary request is the responsibility of the prescribing practitioner. Verbal approval is acceptable if the prescribing practitioner is not available.

**Determination:**   ☐ Approved   ☐ Additional information requested   ☐ Alternative clinical rational

**Corporate/Regional Medical Director/Designee**

Name: _____

Signature: _____

Date: _____



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: | DIAGNOSIS (If Chg'd) |
| D.O.B.     /     / | |
| ALLERGIES: | |
| Use Last     Date     /     / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| | |
|---|---|
| NAME: | DIAGNOSIS (If Chg'd) |
| D.O.B.     /     / | |
| ALLERGIES: | |
| Use Fourth     Date     /     / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| | |
|---|---|
| NAME: | DIAGNOSIS (If Chg'd) |
| D.O.B.     /     / | |
| ALLERGIES: | |
| Use Third     Date     /     / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| | |
|---|---|
| NAME: | DIAGNOSIS (If Chg'd) |
| D.O.B.     /     / | |
| ALLERGIES: | |
| Use Second     Date     /     / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| | |
|---|---|
| NAME: PILAND, LESTER 145657 | DIAGNOSIS Mood D/O NOS 2° to Medical Condition |
| noted 12/4/05 R Howse LPN | Δ Pamelor 50 mg. po. q̄ 4:00 PM |
| | Benadryl 25 mg. po. q̄ 4:00 PM  x90 |
| D.O.B. 6/8/64 | Vistaril 25 mg. po. q̄ 4:00 PM days |
| ALLERGIES: NKDA | S Banerjee, MD |
| Use First     Date 12/4/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

MEDICAL RECORDS COPY

60110 (4/03)

| Facility Name: Easterling Correctional Facility | | Month/Year of Charting: 12/05 |

**Nortriptyline HCl 75MG Cap    30.00**
Pamelor
Take 1 capsule(s) by mouth at 4:00 p.m.

Start Date: 09-16-2005
Stop Date: 12-14-2005
Prescriber: Banerjee MHM, Sreelekha
RX #: 250618867

**Benadryl 25MG Cap    30.00**
Take 1 capsule(s) by mouth at 4:00 p.m.

Start Date: 09-16-2005
Stop Date: 12-14-2005
Prescriber: Banerjee MHM, Sreelekha
RX #: 250618869

**Vistaril 25MG Capsule    30.00**
Take 1 capsule(s) by mouth at 4:00 p.m.

Start Date: 09-16-2005
Stop Date: 12-14-2005
Prescriber: Banerjee MHM, Sreelekha
RX #: 250618873

Elavil 50mg ± PO qHS
X 90d

Start Date: 11/7/05
Stop Date: 2/7/06
Prescriber: Dr Darbour

Pamelor 50 mg.
P.O. q̄ 4 pm
X 90 days

Start Date: 12/14/05
Stop Date: 3/14/06
Prescriber: Banerjee

Benadryl 25 mg.
P.O. q̄ 4 pm X
90 days

Start Date: 12/14/05
Stop Date: 3/14/06
Prescriber: B anerjee

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| I Dx II | | | | | 1 Discontinued Order |
| Allergies | | | | | 2 Refused |
| | | | | | 3 Patient out of facility |
| | | | | | 4 Charted in Error |
| Housing Unit: Population | | | | | 5 Lock Down |
| Patient ID Number: 145657 | | | | | 6 Self Administered |
| Patient Name: | | | | | 7 Medication out of Stock |
| | | | | | 8 Medication Held |
| | | | | | 9 No Show |
| | | | | | 10 Other |

**Piland, Lester**

Date of Birth:    06-08-1964



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| | |
| D.O.B.    /    / | |
| ALLERGIES: | |
| Use Last        Date    /    / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Piland, Lester | DIAGNOSIS (If Chg'd) Muscular Dystrophy |
| 145657 | Elavil 50 mg ꝓ po QHS x 90 days |
| D.O.B. 6/8/64 noted 1/7/05 NFowler LPN | |
| ALLERGIES: NKA | |
| Use Fourth    Date 1/7/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Piland, Lester | DIAGNOSIS (If Chg'd) |
| #145657 noted SB 9.29.05 | Tylenol ~~…~~ PO BID x 5 days |
| D.O.B. 6/18/64 | D/O. Sr Dabour D/5 50° |
| ALLERGIES: NKDA | |
| Use Third    Date 9/29/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: PILAND, LESTER | DIAGNOSIS (If Chg'd) Mood D/O NOS 2° to Medical Condition |
| 145657 noted 9/14/05 | Depakene 500 mg. po. q 4:00 PM |
| RFlowers LPN | Pamelor 75 mg. po. q 4:00 PM |
| D.O.B. 6/18/64 | Benadryl 25 mg. po. q 4:00 PM x 90 day |
| ALLERGIES: NKA | Vistaril. 25 mg. po. q 4:00 PM |
| | S Banerjee, MD |
| Use Second    Date 9/14/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Piland, Lester | DIAGNOSIS |
| 145657 noted CColliemore LPN 8-22-05 | Motrin 600mg ꝓ bid x 5 days |
| D.O.B. 6/18/64 NKA | |
| ALLERGIES: NKDA | |
| Use First    Date 8/22/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

60110 (4/03)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

---

NAME: Piland, Lester
# 145657

D.O.B. 6|18|64   noted
ALLERGIES: NKA   L Cross
                  8|9|05

Use Last    Date 8|9|05

DIAGNOSIS (If Chg'd) Muscular Dystrophy

Hydrocortisone 1% cr BID X 14 days top
No prolong standing, long N, Bother a week,
release from work X 6 Mnth

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: PILAND, LESTER
145657   noted
D.O.B. 6|18|64   7/13/05
ALLERGIES: NKDA   R Flowers, LPN

Use Fourth    Date 7|13|05

DIAGNOSIS (If Chg'd) Mood D/O NOS 2° Medical Condition
∆ Depakene 500 mg. po. @ 4:00 PM
∆ Pamelor 75 mg. po. @ 4:00 PM    x90 day
∆ Benadryl 25 mg. po. @ 4:00 PM

SBanerjee, MD

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Piland Lester

D.O.B. 6|18|64   noted
                  6|28|05
                  M Payne RN
                  215 PM
ALLERGIES: NKDA

Use Third    Date 6|29|05

DIAGNOSIS (If Chg'd) Muscular Dystrophy

Transfer to Hamilton or Bullock (unable
to walk long distance)

Myerson

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: PILAND, LESTER
145657   noted
D.O.B. 6|18|64   6/29/05
ALLERGIES: NKDA   R Flowers LPN

Use Second    Date 6|29|05

DIAGNOSIS (If Chg'd) Mood D/O NOS 2° Medical Conditi
∆ Pamelor 50 mg. po. @ 4:00 PM X 90 days
∆ Depakene 1000 mg. po. @ 4:00 PM x90 day
∆ Benadryl 50 mg. po. @ 4:00 PM X 90 days
VPA level, CBC, LFT's

SBanerjee, MD.

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Piland Lester
# 145657

D.O.B. 6|18|64
ALLERGIES: NKDA

Use First    Date 6|8|05

DIAGNOSIS

Tylenol 1g po TID prn X 90 days & Protein
Flexeril 10mg po TID prn X 90 days

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

60110 (4/03)


**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

DEPARTMENT OF CORRECTIONS
## TRANSFER & RECEIVING SCREENING FORM

RECEIVED: Inmate/Health Record

Institution: _____

Date: _____ Time: _____ AM/PM

RECEIVED FROM:
Institution/Work Release Center/Free-World Hospital
_____

RECEIVING MEDICAL STATUS
- [ ] Population
- [ ] Infirmary
- [ ] Isolation

RELEASED: Inmate/Health Record

Institution: KCF

Date: 6/17/05  Time: 1800  AM/(PM)

RELEASE FROM:
- [ ] Infirmary   [ ] Segregation
- [x] Population   [ ] Mental Health
- [ ] Other _____

RELEASE TO:
- [ ] DOC   [ ] Infirmary   [ ] Mental Health
- [ ] Institution/Work Release Center/Free-World Hospital

ALLERGIES:
NKA

PHYSICAL EXAMINATION
Date of last exam: 5/18/05

Chest X-Ray Date: _____ Result: _____

PPD Reading 5/21/05  0mm

Classification: _____

Limitations: _____
_____

| LAB RESULTS - - LAST REPORT | Date | Normal | Abnormal |
|---|---|---|---|
| CBC | 5/19/05 | | |
| Urinalysis | | ⊠ | |

| | YES | NO |
|---|---|---|
| Wears Glasses/Contacts | | [x] |
| Dental Prosthesis | | [x] |
| Hearing Aide | | |
| Other Prosthesis | | [x] |

J Sw RN
Recieving Nurse

CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS

Mood disorder, muscular diptrophy,

CURRENT MEDICATION - - DOSAGE AND FREQUENCY

Depakene 1000mg p.o. qhs (only) x 90d
Antacid tabs III p.o. q hs x 90d
Illuprofen 600mg p.o. bid x 30d
Beradryl 50mg p.o. qhs x 90d
Pamelor 50mg p.o. qhs x 90d

SCHEDULE FOR CHRONIC CARE CLINIC

DATE: _____ LAST CLINIC: _____

| | Sent w/ inmate | Not sent w/ inmate |
|---|---|---|
| MEDICATIONS | [ ] | [ ] |
| X-RAY FILM | [ ] | [ ] |
| HEALTH RECORD | [x] | [ ] |

Released to: ADOC

Date: _____ Time: _____ AM/PM

| | Received | Not Received |
|---|---|---|
| MEDICATIONS | [x] | [ ] |
| X-RAY FILM | [ ] | [ ] |
| HEALTH RECORD | [x] | [ ] |
| CHART REVIEWED | [ ] YES | [ ] NO |

Received by: J Sw RN
Signature of Receiving Nurse
Date: 6-20-05  Time: 950  AM/PM

FOLLOW-UP CARE NEEDED       Date       Time       With Whom - - Location (Sending Nurse)       Date/Appt. Made w/Whom (Rec. Nurse)

- [ ] Medical   [ ] Dental   _____ _____ _____
- [ ] Mental Health   _____ _____ _____

NURSING ASSESSMENT (SENDING NURSE)
(Noted from health record documentation)

| HISTORY | | Yes | No |
|---|---|---|---|
| | Drug Use | [x] | |
| | Mental Illness | | [x] |
| | Suicide Attempt | | [x] |
| | Chronic Care | | [x] |

| STATUS | | | |
|---|---|---|---|
| | Special Diet | | [x] |
| | Appearance | | [x] |

OTHER PERTINENT NURSING ASSESSMENT

NURSING ASSESSMENT (RECEIVING NURSE)
(Noted from inmate assessment)

| SKIN | | Yes | No |
|---|---|---|---|
| | Open Sores | | [x] |
| | Lice | | [x] |
| | Edema | | [x] |
| | Warm & Dry | [x] | |
| | Cool & Moist | | [x] |

| CONDITION | | | |
|---|---|---|---|
| | Alert | [x] | |
| | Oriented | [x] | |
| | Uncooperative | | |
| | Depressed | | |

INTAKE

Sick Call Procedures Explained
Height           5' 8"
Weight           148
Blood Pressure   110/70
Temperature      97
Pulse Resp.      85 - 18
Other _____

A. Willis RN
Signature of Nurse Completing Assessment (Sending Nurse)

6/17/05
Date

J Sw RN
Signature of Intake Screening Nurse (Receiving Nurse)

6-20-2005
Date

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | Race/Sex | FAC |
|---|---|---|---|---|
| Wilcox, Lester | 145657 | 1/18/64 | WM | KCF |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## RELEASE OF RESPONSIBILITY

Inmate's Name: _Lester Piland #145651_

Date of Birth: _6-18-64_          Social Security No.: _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_

Date: _11/22/05_          Time: _10:28_          (A.M.) P.M.

This is to certify that I, _Lester Piland_ , currently in
(Print Inmate's Name)

custody at the _Easterling Correctional Facility_ , am refusing to
(Print Facility's Name)

accept the following treatment/recommendations: _Hepb Vaccine_
(Specify in Detail)

_____

_____

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

_Lester Piland #145651_          _S Bushur_
(Signature of Inmate)**          (Signature of Medical Person)

_Charlotte Wilson_          _____
(Witness)          (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

Recoped 12-13-05 (due to original copy torn) cw

**Date:** 8-9-05

**To:** DOC

**From:** HCU

**Inmate Name:** Piland, Lester          **ID#:** 145657

**The following action is recommended for medical reasons:**

1.  House in _____

2.  Medical Isolation _____

3.  Work restrictions _____

4.  May have extra _____ until _____

5.  Other _____

**Comments:**

No prolonged standing, lay in profile, bottom bunk profile, release from work x 6 months 8/9/05 - 2/9/06

**Date:** 8-9-05   **MD Signature:** Dr Darbouze cw      **Time:** 11 35 Am

60418

X Lester Piland



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## RELEASE OF RESPONSIBILITY

Inmate's Name: _Lester Piland #145657_

Date of Birth: _6-18-64_　　　　Social Security No.: _____

Date: _10/6/12_　　　　Time: _8 A.M._　　　A.M.
　　　　　　　　　　　　　　　　　　　　　　　　　　　P.M.

This is to certify that I, _Piland, Lester_ , currently in
　　　　　　　　　　　　(Print Inmate's Name)

custody at the _Eastwling Correctional Facility_ , am refusing to
　　　　　　　　　　(Print Facility's Name)

accept the following treatment/recommendations: _Feeling some better_
　　　　　　　　　　　　　　　　　　　　　　　　　　　(Specify in Detail)

_Refused m.D. appt 10/6/05_

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

_Lester Piland #145657_　　　　　_L. Ewing LPN_
　(Signature of Inmate)**　　　　　　　　　　(Signature of Medical Person)

　　　　　　　　　　　　　　　　　　　_S Bushman_
_____　　　　　_____
　　　(Witness)　　　　　　　　　　　　　　(Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)





# SPECIAL NEEDS COMMUNICATION FORM

**PRISON HEALTH SERVICES INCORPORATED**

**Date:** 8/9/05

**To:** DOC

**From:** HCU

**Inmate Name:** Piland Lester          **ID#:** 145657

**The following action is recommended for medical reasons:**

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____ until _____
5. Other _____

**Comments:**

No prolonged Standing, Lay In profile,
Bottom Bunk, Release From work X Lema.
8/9/05 - 2/9/06

**Date:** 8/9/05   **MD Signature:** Dr. Darbouze LE   **Time:** 11:35 AM

Lester Piland
145657

60418

**ALABAMA DEPARTMENT OF CORRECTIONS**
MENTAL HEALTH SERVICES

**PSYCHOTROPIC MEDICATION REPORT**

INMATE NAME: Piland, Chester

AIS #: 145657                    LOCATION: 7B-110

**PSYCHOTROPIC MEDICATION(S) PRESCRIBED:**

| Medication | Dosage | Frequency | Stop Date ___ |
|---|---|---|---|
| Benadryl | 50 mg. | q hs | |
| Pamelor | 50 mg. | q hs | |
| Depakene | 1000 mg. | q hs | |

**PROBLEM REPORTED:**
Side effects: ____  Medication-Related Problem: ____  Non-Compliance: X
Explanation:

3 evening doses of Benadryl, Pamelor & Depakene missed

Reported by: R. Flowers, LPN          Date: 6/27/05

**MENTAL HEALTH NURSE FOLLOW-UP:** Week of 6/21 - 6/27/05
Inmate states "I have Muscular Dystrophy & my legs are swollen & it hurts me to walk."

Instructed inmate to go to pill call & is scheduled to see Dr. Banerjee on 6/29/05          Lester Piland
Follow-Up by: R. Flowers, LPN          Date: 6/29/05

**PSYCHIATRIC REVIEW/PLAN:**

Please review progress notes dated 6/29/05.
                    SBanerjee, MD

Follow-Up by: _____          Date: _____

| Inmate Name Piland, Chester | AIS # 145657 |
|---|---|

DOC Form #458-01

AR 458 – August 30, 2001



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## SPECIAL NEEDS COMMUNICATION FORM

**Date:** _6 - 20 - 2005_

**To:** _Doc_

**From:** _HCu_

**Inmate Name:** _P,/And. Lester MAK_          **ID#:** _145657b_

**The following action is recommended for medical reasons:**

1.  House in _____

2.  Medical Isolation _____

3.  Work restrictions _____

4.  May have extra _____until_____

5.  Other _____

**Comments:**

_____ Come to HCu At 8:30m iN A.m. _____

_____ To See Dr- Dalhew _____

_____

_____

**Date:** _6-20-205_ **MD Signature:** _Dr- Dalhw /D Dalhw lw_ **Time:** _10:4_

_Lester Piland_

60418



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

### DEPARTMENT OF CORRECTIONS

## KITCHEN CLEARANCE
## PHYSICAL ASSESMENT

|  | YES | NO |
|---|---|---|
| ANY OPEN SORES OR RASHES ON HANDS, ARMS, FACE & NECK | | ✓ |
| TB TEST CURRENT | ✓ | |
| DOES PT. SHOW ANY OBVIOUS SIGNS OF ANY OTHER DISEASE | | |

OTHER: _NOT Medical Clear_

THIS PATIENT HAS BEEN INFORMED OF THE NEED FOR THE FOLLOWING:

PROPER HANDWASHING, NOT TO HANDLE FOOD WHILE SICK, SEEK MEDICAL
EVALUATION WHEN NECESSARY AND TO NOTIFY THE DIETARY SERVICES SHIFT
SUPERVISOR OF ANY ILLNESS.

MEDICAL AUTHORITY: _P. Sure M_     DATE: _6-20-2005_

I attest that the above statement is true to the best of my knowledge.
PATIENT SIGNATURE: _Lester P Nord_     DATE: _6-20-2008_

EXPIRATION DATE: _Indefit_

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|---|
| Piland - Lester Mac | 145657 | 2-6-1864 | W/M | EAF. |

## EASTERLING CORRECTIONAL FACILITY
### PROCEDURE FOR ACCESS TO HEALTH CARE

**ACCESS TO HEALTHCARE:** All inmates have access to healthcare 24 hours a day, 7 days a week.

**SICK CALL SCREENING:** Treatment for routine medical, dental and mental health complaints are processed through nurse screening seven days a week. You must complete a sick-call screening form and turn this form into medical services for processing. You may obtain screening forms from any dorm cube or shift commander's office. You need to place the screening form in the locked box located at the dining hall. Sick Call forms for Segregation will be picked up by the nurse on the 4:00am medication rounds. Sick Call Screening for population is held Sunday through Friday on second shift at 7:30pm. Segregation Sick Call Screening is held during the 9:00pm pill call. Doctor's clinic is held Monday through Friday excluding holidays or an unexpected emergency.

**FEE FOR SERVICE:** *Sunday Through Thursday* All health service requests are subject to a $3.00 co-pay that will be deducted from your PMOD account by The Department of Corrections, depending on the nature of your request. Prison Health Services does not receive the monies collected from the co-pay. Please realize that no one is denied care based on their inability to pay for services.

**NOTIFICATION OF SCHEDULED APPOINTMENTS:** All scheduled appointments are placed in the inmate news letter on a daily basis. It is your responsibility to check the newsletter on a daily basis. If you fail to appear for any scheduled appointment, you will be required to sign a Release of Responsibility.

**PILL CALL TIMES:**

| POPULATION | DIABETIC | SEGREGATION |
|------------|----------|-------------|
| 4:00am     | 3:00am   | 4:00am      |
| 9:00am     | 9:00am   | 10:00am     |
| 5:00pm     | 3:00pm   | 5:00pm      |

**MEDCIAL EMERGENCIES:** Medical request on weekends and holidays are reviewed. Any request for medical attention that cannot wait until the next sick-call clinic will be processed at that time. All other request will be held until regular Sunday through Friday sick call. Medical emergencies, such as those involving intense pain, potential life-threatening situations, or when delaying treatment might cause permanent damage are dealt with at any time. Advise the nearest Correctional Officer of an emergency, so prompt access to health care is provided.

**DENTAL SICK CALL:** You are required to sign up for Dental sick call using the same procedure as medical sick call. There is a $3.00 co-pay for dental screening. There is no charge for follow up care scheduled through dental screening. Population and Segregation Dental Screenings are held during sick call screenings at 7:30pm in the Health Care Unit. Follow-up care, if needed, is scheduled at this time. Emergency dental service is provided 24 hours a day with a dentist on call. Those not meeting scheduled appointments must sign a refusal of treatment form.

**ACCESS TO MENTAL HEALTH TREATMENT:** You can access mental health by filling out a sick call form and coming to sick call. There is no co-pay for mental health services. If you have a mental health emergency you should notify the nearest Correctional Officer so that prompt access is provided.



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 5/19/05

**To:** ADOC

**From:** Physicals

**Inmate Name:** Piland, Lester     **ID#:** 145657

**The following action is recommended for medical reasons:**

1.  House in _____

2.  Medical Isolation _____

3.  Work restrictions _____

4.  May have extra _____ until _____

5.  Other _____

**Comments:**

① Bottom bunk x 90 days (8/19/05). ② Clippin

Shave x 90 days (8/19/05)

_____

_____

_____

**Date:** 5/19/05   **MD Signature:** Webb CRNP / LPa     **Time:** 10:02

60418

# RECEIVING SCREENING FORM

INMATE'S NAME: _PiLand, Lester_   DATE: _5/18/05_ TIME: _8:25AM_

DOB: _6/18/64_   OFFICER: _Darnell Moore_   INSTITUTION: __KILBY__

## RECEIVING OFFICER'S VISUAL OPINION

|  | YES | NO |
|---|---|---|
| Is the inmate conscious? | ✓ | — |
| Does the inmate have any obvious pain or bleeding or other symptoms suggesting the need for doctor's care? | — | ✓ |
| Are there any visible signs of trauma or illness requiring immediate emergency or doctor's care? | — | ✓ |
| Any obvious fever, jaundice, or other evidence of infection which might spread through the institution? | — | ✓ |
| Is the skin in poor condition or show signs of vermin or rashes? | — | ✓ |
| Does the inmate appear to be under the influence of alcohol, or drugs? | — | ✓ |
| Are there any signs of alcohol or drug withdrawal? (Extreme perspiration, shakes, nausea, pinpoint pupils, etc.) | — | ✓ |
| Is the inmate making any verbal threats to staff or other inmates? | — | ✓ |
| Is the inmate carrying any medication or report that he is on any medication which must be continuously administered or available? | — | ✓ |
| Does the inmate have any obvious physical handicaps? | — | ✓ |

## FOR THE OFFICER

Was the new inmate oriented on sick/dental call procedures? _✓_

This inmate was   _✓_   a. Released for normal processing

_____   b. Referred to health care unit

_____   c. Immediately sent to the health care unit.

_Darnell Moore_
Officer's Signature

This form will be completed at receiving and will be filed in the inmate's medical jacket to comply with NCCH Standards.

## Alabama Department of Corrections Mental Health Services
## Treatment Plan: Outpatient Care (*Review*)

**Treatment Plan Reviewed on:** 1/3/06
**Inmate's Current Housing Location:**

**Treatment Plan Initiated on:** 7/12/05
**Institution:** Easterling Correctional Facility

### CURRENT STATUS

Problem # 1 Inmate continues to display occasional signs and symptoms of Mood disorder secondary to medical condition as evidenced by mood swings, depressed mood, feeling of hopelessness, irritability, anxiety, poor sleep and worrying associated with his muscular dystrophy

Target Date for Resolution: 6 months

Status:     Resolved          No Change  X                    Modified

Outcome/Modification: Inmate will continue to receive individual monthly counseling and 90dys psychiatric follow-up. Inmate will continue to comply with treatment team recommendations. MHP will consult with supervising Psychologist to initiated better treatment for inmate. Inmate was seen by psychiatrist on 12/14/05 and reported " I am fine", " I have no problem now", " my mood is good", " I am not depressed anymore". Inmate was seen by MHP on 1/3/06 and reports experiencing situational depression associated with not being able to complete task because of his medical condition.

Staff Member Responsible: Psychiatrist, MHP, Nurse                    Frequency: 90dys, Monthly, Weekly

Problem # 2 Inmate was previously medication non-complaint. However, since he was last seen on 11/16/05 he has been medication complaint according to inmate's MAR.

Target Date for Resolution: 6 months

Status:     Resolved  X        No Change                    Modified
Outcome/Modification:  Inmate mental stability/medication compliance will be monitored by Psychiatrist, MHP and MHN. Inmate was seen by Psychiatrist on 11/16/05 to address the issue of non-compliance. Since that time, inmate has been compliant with medication regime.

Staff Member Responsible: Psychiatrist, MHP, Nurse                    Frequency: Weekly, 90dys, Monthly

Problem # 3

Target Date for Resolution:

Status: Resolved          No Change                    Modified

Outcome/Modification:

Staff Member Responsible:                    Frequency:

Psychiatrist: *SBanerjee, MD*                    Date: 1/11/06

Mental Health Nurse: *R Flowers, LPN*                    Date: 1/11/06

Treatment Coordinator: *V. White, psa*                    Date: 1/11/06

Inmate Agreement: *Lester Piland*                    Date: 1-11-06

Next Treatment Plan Review to be Conducted by:                    (within six months)

| Inmate Name: Piland, Lester | AIS#145657 |

## Alabama Department of Corrections Mental Health Services
## Treatment Plan: Outpatient Care

**Treatment Plan Initiated on:** 07/12/2005         **Treatment Coordinator.** T. White
**Institution:** ECF                                **Inmate's Location:** Population

**DSM IV Diagnosis: Mood Disorder NOS secondary to medical condition (muscular dystrophy), Hx of Cannabis Abuse**
**Axis I: Mood Disorder NOS secondary to medical condition, Hx of Cannabis Abuse**
**Axis II: Deferred**
**Axis III: Muscular Dystrophy**
**Axis IV: Incarceration**
**Axis V: Gaf-65-70 (current)**

Problem # 1 Inmate displays signs/symptoms of Mood Disorder NOS as evidenced by feelings of hopelessness, depressed mood, irritability and poor sleep,  associated with his incarceration, current medical condition and not receiving his medication regularly.
Goal : Elimination and Minimization of depressive episodes.
Target Date for Resolution: 6 months

Intervention(s): Inmate will continue to receive monthly counseling, psychiatric follow-up care every 90dys, MHP, MHN and Psychiatrist will monitor inmate's mental stability /medication compliance. Inmate will comply with treatment team recommendations.

Staff Member(s) Responsible: MHP, MHN, Psychiatrist                Frequency: Monthly,
Daily, 90dys

Problem # 2  Inmate has a history of Cannabis abuse.

Goal : Inmate will refrain from drug use while in a controlled environment.

 Target Date for Resolution: 6 months

Intervention(s): Inmate will learn ways in which drugs affect his mental illness.  Inmate will be encouraged to enroll in court ordered DOC SAP treatment.
Staff Member(s) Responsible: MHP, ADOC staff
Frequency: Monthly, 90dys,

Problem # 3 Inmate has a history of medication non-compliance as a result of missing several dosage because of his muscular dystrophy.
Goal : Inmate will become 100% complaint with recommended drug treatment regime.

Target Date for Resolution: ongoing

Intervention(s): MHP, MHN and Psychiatrist will monitor inmate's mental stability and medication compliance, inmate will take recommended prescribed medication regime, inmate will be referred to MHN for medication non-compliance issues.  MHP will discuss with inmate during monthly counseling the importance of taking psychotrophic medications.

Staff Member(s) Responsible: Psychiatrist, MHP, MHN             Frequency: Monthly, 90dys, Daily

| | | |
|---|---|---|
| Psychiatrist: *SBanerjee, MD.* | Date: 7/20/05 | |
| Treatment Coordinator: *T. White* | Date: 7/20/05 | |
| Mental Health Nurse: *R Flowers, LPN* | Date: 7/20/05 | |
| Inmate Agreement: *Lester Piland* | Date 7/20/05 | |

Treatment Plan Review to be Conducted by:                 (within six months)

Inmate Name: Piland, Lester                              AIS# 145657

# Monthly Activities

Date: _O2_ / _7_ / 2005

Inmate Name: _Lester Piland_____   AIS# _145657_____

Was offered the following recreational activities during the month of:

**Gospel, Book Club, Creative Writing, Reality Orientation, Music Therapy, Movies, Therapeutic Animation, Schizophrenia, ADL, Social Activities, Effective Communication, Med Education, Primary Social Skills, Therapeutic Art (Puzzles), Anger Management, Self Expression, Western, Conflict Resolution, Depression, Anger/Stress, Current Events, Sleep, Concept, Open Recreation, Mental Stimulation, Bingo, Mental Health Education.**

His level of participation was generally **(active/marginal/reluctant/resistant/refused)** to participant in the previously mentioned group(s). This is **(consistent/inconsistent)** with his use of recreational services to date. Affect was generally **(angry/hostile/animated/ blunt/euthymic/flat/inappropriate/neutral/sad)**. Mood appeared **(angry/sad/neutral/ euthymic/depressed/surly/belligerent/indifferent)**. Hygiene was **(good/WNL/poor)**. Inmate was generally **(on time/late)**. General appearance was **(neat/WNL/disheveled/ shabby)**. Speech was generally **(clear/mumbling/slurred/unintelligible)**. Interpersonal interactions were generally **(relevant/irrelevant/insightful/superficial/confrontational/ indifferent/no interaction)**.

Comments:_____

_____

_____

_____

Therapeutic services will continue to be offered on a regular basis. His level of participation **(will be/has been)** communicated to his treatment team.

_Patricia M. Arnold_
Signature

# Monthly Activities

Date: _____ 05 / 04 / 2005

Inmate Name: Lester Piland _____    AIS# 145657 _____

Was offered the following recreational activities during the month of:

**Gospel, Book Club, Creative Writing, Reality Orientation, Music Therapy, Movies, Therapeutic Animation, Schizophrenia, ADL, Social Activities, Effective Communication, Med Education, Primary Social Skills, Therapeutic Art (Puzzles), Anger Management, Self Expression, Western, Conflict Resolution, Depression, Anger/Stress, Current Events, Sleep, Concept, Open Recreation, Mental Stimulation, Bingo, Mental Health Education.**

His level of participation was generally (**active/marginal/reluctant/resistant/refused**) to participant in the previously mentioned group(s)  This is (**consistent/inconsistent**) with his use of recreational services to date. Affect was generally (**angry/hostile/animated/ blunt/euthymic/flat/inappropriate/neutral/sad**).  Mood appeared (**angry/sad/neutral/ euthymic/depressed/surly/belligerent/indifferent**).  Hygiene was (**good/WNL/poor**). Inmate was generally (**on time/late**).  General appearance was (**neat/WNL/disheveled/ shabby**).  Speech was generally (**clear/mumbling/slurred/unintelligible**).  Interpersonal interactions were generally (**relevant/irrelevant/insightful/superficial/confrontational/ indifferent/no interaction**).

Comments: _____

_____

_____

_____

Therapeutic services will continue to be offered on a regular basis.  His level of participation (**will be/has been**) communicated to his treatment team.

_R. Pasley_____
Signature

INTE    ISCIPLINARY PROGRESS NOTE

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 1/3/06 | 15:30pm | monthly individual contact | |
| | | S- The PI/and reported "I have been getting a little discouraged b/c of muscular dystrophy". The pt/does experience any add'l/add'l prob/sms /distress at this time. The PI/and denies feeling depressed at the this & and is not experiencing any suicidal/homicidal ideations. The continues to report feelings of irritability and frustration associated with having difficulty completing tasks as a result of the medical condition. The PI/and is currently medically compliant and states "I can tell the difference when I don't take it" | |
| | | O- pt/alert when asked, coherent, cooperative, relatively talkative, speaks relatively, dressed grooming neat, good eye contact. The describes his mood as being "frustrated". The PI/and reports eating 1-2 meals a day and sleeping 4-5 hrs a night. | |
| | | A- The continues to clinically stable at this time & and is not displaying any signs/symptoms of mood d/o 2° to medical condition. The denies feeling depressed at this time, but reports feelings of frustration associated with medical condition. | |
| | | P- cont with monthly counseling, monitor mental stability/medication compliance, consult with supervising psychologist about possible transfer to mental unit & or for psychiatrist follow-up. | |
| | | | T. White, MS MHP |
| 1/11/06 | | Im seen for Tx team meeting. Reviewed and discussed tx plan c Im. He understands and agrees c Tx plan. Continue care. | |
| | | | SBanerjee, MD. |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| PI/and, Lester | 145 657 | 41 | Whm | ECF |

F-61

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
PSYCHIATRIC PROGRESS NOTES

DATE: 2/14/05    TIME:

| Target Symptoms | Behavioral Rating Scale  0=No problem  5= worst | Today vs Before |
|---|---|---|
| Mood Swings | | 0/0 |
| Depressed Mood | | 0/0 |
| Feelings of hopelessness | | 0/0 |
| Irritability / Anxiety | | 0/0-1 |
| Poor sleep / worry | | 0/0-1 |

Medications:

Compliance: Inmate report 100 % vs MAR 100 % % inmate-patient:    Pamelor, Benadryl, Vistaril.    Informed Consent ✓

In addition to the information in the tables above and below, then inmate-patient:

S   "I am fine, I have no problem now. My mood is good. I am not depressed anymore." Reports ∅ other s/s of mood, anxiety or thought d/o.

Side effects:

O   ∅ thoughts to hurt himself or anyone else. Voices no other concerns at this time. A+O x3. Good eye contact. Mood: euthymic. Affect: Appropriate

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | ✓ | | ∅ s/s of psychosis, ∅ SI, ∅ HI, ∅ HA |
| Serious Depression | ✓ | | ∅ s/s of mood d/o noted / ∅ delusion |
| Self-Injurious Thoughts | ✓ | | Denies |
| Suicidal Intent | ✓ | | Denies ✓ |
| Aggressive | ✓ | | None noted |
| Seriously Impulsive | ✓ | | None noted |
| Situational Upset | ✓ | | None noted |

Thought Process logical & loose associa- tions noted.

Lab info: None at this time from mental health    Labs Ordered:    Labs Reviewed:    AIMS:

ASSESSMENT/Diagnosis (DSM-IV)
Mood D/o NOS 2° to Medical Condition
Hx of Cannabis Abuse

PLAN: I'm responding well to his current psychotropic meds. I'm clinically stable at present time. Will continue current meds. Continue current Tx plan.

Return to clinic: RTC 90 days    Print Last Name: DR. BANERJEE    Sign: SBanerjee, MD / Continue care.

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| PILAND, LESTER | 145657 | | W/M | SMI | ECF |

Disposition: Medical File

ADOC AR 632, 633, 623,615
ADOC Form MH-025 March 2, 2005

**ALABAMA DEPARTMENT OF CORRECTIONS**
MENTAL HEALTH SERVICES

PSYCHOTROPIC MEDICATION REPORT

INMATE NAME: Piland, Lester

AIS #: 145657          LOCATION: 6 - B 26

**PSYCHOTROPIC MEDICATION(S) PRESCRIBED:**

| Medication | Dosage | Frequency | Stop Date___ |
|---|---|---|---|
| Depakene | 500mg. | 9 pm | |

**PROBLEM REPORTED:**
    Side effects:____  Medication-Related Problem:____  Non-Compliance: X
Explanation:
7 evening doses of Depakene missed
Inmate states "It was making my stomach upset & I feel a lot better not taking it."

Reported by: R. Flowers, LPN          Date: 11-14-05  Lester Piland

MENTAL HEALTH NURSE FOLLOW-UP: week of 11/8- 11/14/05
Instructed inmate on importance of not taking medication & possible signs & symptoms of not taking medicine on routine basis. Will be scheduled for med non- compliance with psychiatrist on 11/16/05.

Follow-Up by: R. Flowers, LPN          Date: 11-15-05

PSYCHIATRIC REVIEW/PLAN:

Please review progress notes dated 11/16/05
                                        SBanerjee, MD.

Follow-Up by:                          Date:

| Inmate Name | AIS # |
|---|---|
| Piland, Lester | 145657 |

DOC Form #458-01

AR 458 – August 30, 2001

**ALABAMA DEPARTMENT OF CORRECTIONS**
MENTAL HEALTH SERVICES

**PSYCHOTROPIC MEDICATION REPORT**

INMATE NAME: Piland, Lester

AIS #: 145657          LOCATION: 6B-26

**PSYCHOTROPIC MEDICATION(S) PRESCRIBED:**

| Medication | Dosage | Frequency | Stop Date___ |
|---|---|---|---|
| Depakene | 500 mg. | 9 pm | |

**PROBLEM REPORTED:**
Side effects:_____ Medication-Related Problem: X   Non-Compliance: X

Explanation:

7 evening doses of Depakene missed. Inmate states "I'm doing good now that I'm not taking it. It was making my stomach hurt & gave me a burning feeling in my stomach when I took it."

Reported by: R. Flowers, LPN          Date: 11-8-05

**MENTAL HEALTH NURSE FOLLOW-UP:** week of 11/1 - 11/7/05

Instructed inmate of importance of taking medication as ordered & possible signs & symptoms of not taking medication on routine basis. Will be seen by Dr. Banerjee on 11/16/05 for med non-compliance

Follow-Up by: R. Flowers, LPN          Date: 11-10-05  Lester Piland

**PSYCHIATRIC REVIEW/PLAN:**

Please review progress notes dated 11/16/05

S. Banerjee, MD.

Follow-Up by:                    Date:

| Inmate Name | AIS # |
|---|---|
| Piland, Lester | 145657 |

DOC Form #458-01

AR 458 – August 30, 2001

DOB - 6-18-6

Name - Lester Piland AIS = 145657    6B-26

Mrs. Flowers. I wont The Debacoat i was takeing to be "D.C". It was ~~beginning~~ Beginning to Hurt my stomach And just all around make me feel Bad. Since i stoped takeing it, I feel much Better.

Thanks
Lester Piland

Rec'd 11/8/05 & talked
with inmate. Will be
Seen by Dr. Banerjee on 11/16/05
R. Flowers, LPN

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 11/16/05 | | for about two weeks now. Reported of doing well without taking Depakene. Im was last seen for his 90 day follow up on 9/14/05. His next scheduled 90 day follow up due on 12/14/05. Continue care. | |
| | | | SBanerjee, MD. |
| 12/1/05 | 10:35 AM | Monthly Individual Follow-up | |

S - The I/m Piland reported "doing pretty good" "I am doing real good". The inmate experiences any additional physical distress at this time. However, The does report experiencing some discomfort due to muscular dystrophy. The inmate feeling depressed at the time and states his last depressive episode was quite sometime ago. The inmate feeling suicidal/homicidal. The Piland also reports experiencing stable mood swings. The is medication compliant at the time and states "it is doing ok. I think sometime next month I am going to try to get off it".

O - 41 yr old white male alert, coherent, cooperative, anxiously talkative, dress/grooming fair, good eye contact, The describes his mood as being "good". The reports eating 2/3 meals a day and sleeping 6-8 hrs a night.

A - The is mentally stable at the time and does not display any signs/symptoms of mood p/o 2° to medical condition #1 signs/symptoms of mood p/o 2° to medical condition #2. The also feeling depressed at the time and states his last depressive episode was quite sometime ago. #2 medication non compliance - I/m's Depakene medication was discontinued recently.

P - Cont. with monthly counseling, mental/mood stability/medication compliance, 90 days psychiatric follow-up.

T-Wms
MHP

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| PILAND, LESTER | 145657 | 41 | W/M | ECF |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 11/1/05 | 15:00pm | Monthly scheduled contact | |

S - I/m P/land reported "Doing, pretty good." "To be honest with you I took myself off the Depakote" "I feel a lot better since I stop taking it." I/m denies experiencing any additional problems/distress at the time. I/m denies feeling depressed at the time and is not suicidal/homicidal. I/m P/land also denies experiencing any auditory/visual hallucinations. I/m is currently medication compliant at the time and states "to be honest with you I took myself off the Depakote" "I feel a lot better since I stop taking it."

O - 41 y/old who alert, coherent, cooperative, spoke logically, mumbled speech, good eye contact, dress/grooming fair, I/m describes HB mood content. I/m reports eating 3 meals a day and sleeping 5-7 hours a night.

A - I/m is clinically stable at the time and is not displaying any external symptoms of mood d/o - Appears to be medically compliant. *No external symptoms of mood d/o - I/m continues to be asymptomatic at the time and is functioning well.

P - cont. with monthly counselling, monitor psych status/Hy/medication compliance, & ed. psychiatric follow-up.

T. White, M.S.
MHP

| 11/16/05 | | I/m seen for med non-compliance. Discussed c̄ him the importance of his taking his psychotropic meds. He understands and agrees to comply c̄ taking his meds. but refusing Depakene at this time. I/m exhibits ф s&s all signs of Bipolar D/o at present. Will D/c Depakene at this time. I/m has been refusing Depakene | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| P/land, Lester | 145655 | 41 | W/m | ECF |

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## PSYCHIATRIC PROGRESS NOTES

DATE: 9/14/05    TIME:

| Target Symptoms | Behavioral Rating Scale  0=No problem  5=worst | Today vs Before |
|---|---|---|
| Mood swings | | 0 / 0 - 1 |
| Depressed mood | | 0 / 0 - 1 |
| Feelings of hopelessness | | 0 / 0 - 1 |
| Irritability / Anxiety | | 0-1 / 0-1 |
| Poor sleep / Worry | | 0-1 / 0-1 |

Medications:    Depakene, Pamelor    Informed Consent

Compliance: Inmate report 100 % 0% vs MAR 100 % Vistaril, Benadryl ✓

In addition to the information in the tables above and below, then inmate-patient:

**S** "I am doing little better with the medicines. I get anxious and worried sometimes." Reports ∅ other sx's of mood, anxiety or thought d/o.

**O** ∅ thoughts to hurt himself or anyone else. Voices no other issues or concerns. A+O x3. Good eye contact. Mood: occasional anxious mood noted. Affect — mildly anxious affect noted.

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | ✓ | | ∅sx's of psychosis, ∅SI, ∅HI, ∅HA mild sx of anxiety noted. Sx's of depression/mood d/o improving. |
| Serious Depression | ✓ | | |
| Self-Injurious Thoughts | ✓ | | Denies |
| Suicidal Intent | ✓ | | Denies ✓ |
| Aggressive | ✓ | | None noted |
| Seriously Impulsive | ✓ | | None noted } at present time |
| Situational Upset | ✓ | | None noted |

Lab info: VPA level 43 ng/mL    Labs Ordered: on 7/1/05.    Labs Reviewed:    AIMS?: His sx's are stable c current dose of VPA

**ASSESSMENT**/Diagnosis (DSM-IV)
Mood D/O NOS 2° to Medical Condition
Hx of Cannabis Abuse.

**PLAN:** Im clinically stable. Responding well to his current psychotropic meds. at current doses. Exhibits mild sx's of anxiety. Will start him on Vistaril 25 mg/d. Will continue current meds. at current doses as it is giving good sx control.

Return to clinic: RTC 90 days    Print Last Name: DR. BANERJEE    Sign: S.Banerjee, MD

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| PILAND, LESTER | 145657 | | W/M | SMI | ECF |

Disposition: Medical File

ADOC AR. 632, 633, 623,615
ADOC Form MH-025 March 2, 2005

Discussed Tx plan c Im. He understands and agrees c Tx plan. Continue care.

## INTERDISCIPLINARY PROGRESS NOTE

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 9/12/05 | 10:15 | A- I/m B clinically stable at this time and is not displaying any clinical symptoms of mood disorder 4° signs/symptoms of mood disorder. I/m reports occasional depressed mood associated with physical disability. | |
| | | P- cont with monthly counseling, monitor mental stability/medication compliance, psychiatric follow-up. Q 90 days. | |
| | | | J. Williams MHP |
| 10/4/05 | 11:00 AM | Monthly scheduled contact | |
| | | S- I/m Pllard reported "doing better" "I been thinking about asking Dr. Bradshaw to come off my benadryl and depakote." "I have not felt any symptoms of bipolar symptoms for awhile." I/m denies feeling depressed at this time and is not suicidal/homicidal at this time. I/m Pllard also denies experiencing auditory/visual hallucinations. I/m is medication compliant at this time, but does not feel like he needs to take the benadryl and depakote. | |
| | | O- 41 yr old who alert, coherent, minimally talkative, cooperative, spoke logically, good eye contact, dress/grooming fair. I/m Pllard describes his mood as being "upbeat". I/m reports eating 1-2 meals a day and sleeping 6 hours a night. | |
| | | A- I/m is clinically stable at this time and is not displaying any clinical symptoms of mood disorder d/t medical condition 4° signs/symptoms of mood disorder - I/m is asymptomatic at this time and reports experiencing improved mood. I/m states paxil/wellbutrl medication is helping. | |
| | | P- cont with monthly counseling, monitor mental stability/medication compliance, 90 days psychiatric evaluation. | |
| | | | J. Williams MHP |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Pllard, Lester | 145657 | 41 | W/m | ECF |

F-61

**INTERDISCIPLINARY PROGRESS NOTES**

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 8/10/05 | 13:20 | Monthly counseling | |

S - I/m Piland reported "just tired", "I am losing weight I can't walk to the chow hall." (I/m has muscular dystrophy) I/m continues to report feeling depressed at the time. I/m continues to report feeling depressed daily. I/m denies suicidal/homicidal ideations, as well as auditory/visual hallucinations. I/m stated "I feel like I'am ready to give up". I/m is medication compliant and denies experiencing side effects to medication regimen.

O - 41 yr old w/m alert, coherent, cooperative, rationally talkative, maintained eye contact, dress/grooming fair, I/m describes his mood as being "down". No nonverbal. I/m reports eating 1/3 meals a day and slightly less than 8 hrs a night.

a - I/m is relatively stable at the time, but is displaying signs/symptoms of mood disorder "w/ signs/symptoms of mood disorder - I/m continues to report feelings of depression associated with physical disability/prison environment "@ time of loss of loss glasses - I/m completed SAI a Burnett c E.

p - cont with monthly counseling, monitor mental stability/medication compliance, so dys psychiatric follow-up, refer to dys roster prn.

T. Willey M.S.
MHP

| 9/13/05 | 11:40 am | |

S - I/m Piland reported "Doing alright" "feeling a little better than last month" "just agitated about the walking" (muscular dystrophy). I/m denies feeling depressed at the time. I/m denies experiencing suicidal/homicidal ideations, as well as auditory/visual hallucinations. I/m Piland states his medication regimen is working "ok" not having any side effects.

O - 41 yr old w/m alert, coherent, cooperative, talkative, spoke logically, good eye contact, dress/grooming fair, I/m describes his mood as being "optimistic". I/m reports eating 3 meals a day and sleeping 4 hrs a night.

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Piland, Lester | 145667 | 41 | w/m | ECF |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 7/13/05 | | Since 6/29/05). Continue care. | |
| | | | SBanerjee, MD |
| 7/13/05 | | S- Im, reports having difficulty getting to pill call and showers. He was referred by Mr. White to consider sending Im back to Bullock. Im reports feeling depressed, but denies SI/HI. O- Im presents w/ sad affect and has limited range of motion in both hands. Im was oriented and exhibits speech and thoughts WNL. A- Im would likely be more appropriate for Bullock, which is where he was before being sent here from CSU at Kilby. P- Consider transfer and consult w/ psychiatrist. [signature] | |
| 7/20/05 | | Im seen in Tx team meeting. Reviewed and discussed Tx plan c̄ Im. He understands and agrees c̄ Tx plan. Continue care. | |
| | | | SBanerjee, MD. |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|------|------|------|------|------|
| PILAND, LESTER | 145657 | 41 | W/M | ECF |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 7/12/05 | 10:05 AM | TN/HDL monthly contact | |

Ths P/I and Lester is a 41 yr old w/m from Lexington county, AL serving a 15/3 split sentence for possession of marijuana. This is this inmate's first DOC commitment. I/m was at Bennet county [?] Facility. I/m has three children ages 22, 14, and 6. I/m has no previous mental health history prior to coming to prison. I/m has a history of marijuana abuse and muscular dystrophy. I/m has completed the ninth grade. I/m P/I and reports feeling "down" today. I/m reports feeling depressed about his medical condition, not being able to receive medications, and being incarcerated. I/m reports feeling depressed everyday for the last couple of weeks. I/m then reports crying spells, insomnia, nervousness, sleeplessness, low energy and nervousness. I/m denies s/h ideation as well as a/v hallucinations. I/m states he would like resume working when he is able to receive [?], but because of muscular dystrophy he does not run it regular. I/m is alert, coherent, cooperative, speaks rapidly, dress/grooming poor, minimal eye contact. I/m describes mood as being depressed, flat affect. I/m reports eating 1-2 meals a day and sleeping 3 hrs a night. I/m is not/no s/h able at this time, but is displaying s/n and signs/symptoms of depression #1 evidence of depression. I/m is depressed at this time #2 Hx of substance abuse. I/m has a history of marijuana abuse possible LAB placement plan will continue to monitor mental stability/medical compliance, #1 psych/HXP follow up, refer to psychiatrist for possible transfer to [?]

Parker, LMS

| 7/13/05 | | I/m seen for his labs. VPA level 43 ug/mL. He reports of ↑ depression at this time. Reports of sx's of mania. Will ↓ VPA to 500 mg/d. ↑ Pamelor to 75 mg/d. I/m was last seen on 6/29/05. Discussed Tx plan c I/m. He understands and agrees c Tx plan. RTC in 60 days (90 day follow up | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| P/I and, Lester | 145657 | 41 | W/M | ECF |

F-61

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## PSYCHIATRIC PROGRESS NOTES

DATE: 6/29/05    TIME:

| Target Symptoms | Behavioral Rating Scale  0=No problem  5=worst | Today vs Before |
|---|---|---|
| Mood Swings | | 0-1 / 4 |
| Depressed Mood | | 0-1 / 3 |
| Feelings of hopelessness | | 0-1 / 3 |
| Irritability | | 0-1 / 4 |
| Poor Sleep | | 0-1 / 2 |

Medications: Depakene, Pamelor, Benadryl    Informed Consent

Compliance: Inmate report 80 % vs MAR 80 %

In addition to the information in the tables above and below, then inmate-patient:

S cc "I am taking the medicines but at times it is difficult for me to go to the pill call line because of my muscular dystrophy." Wanted his pill call time to be changed to 4:00 pm.

O Reports ∅ other s/s of mood, anxiety or thought d/o. ∅ thoughts to hurt himself or anyone else. Voices no other issues or concerns.

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | ✓ | | ∅ s/s of psychosis, ∅ SI, ∅ HI, ∅ HA, ∅ delusion |
| Serious Depression | | ✓ | s/s of mood d/o improving. |
| Self-Injurious Thoughts | ✓ | | Denies |
| Suicidal Intent | ✓ | | Denies |
| Aggressive | ✓ | | None noted |
| Seriously Impulsive | ✓ | | None noted |
| Situational Upset | ✓ | | None noted |

Lab info: VPA level    Labs Ordered: CBC, LFT's ordered    Labs Reviewed:    AIMS:?

## ASSESSMENT/Diagnosis (DSM-IV)
Mood d/o NOS 2° to Medical condition
Hx of Cannabis Abuse

## PLAN:
I'm clinically stable. Responding well to his current meds (psychotropics). Will change med timing to 4:00 pm for better med compliance. Continue current meds. Continue current tx plan. Discussed tx plan ī pm. He

Return to clinic: RTC 90 days    Print Last Name: DR. BANERJEE    Sign: Banerjee, M.D.

understood and agrees ī tx plan. Continue care.

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| PILAND, LESTER | 145657 | 41 | W/M | SMI | ECF |

Disposition: Medical File

ADOC AR 632, 633, 623,615
ADOC Form MH-025 March 2, 2005

## PSYCHOLOGICAL UPDATE

Name: _P___l___ L___b___r_ AIS#: _1_t_5_6_5_1_3_ R/S: _w/m_

Date: _6_ / _1_ / _05_    Date of Birth: _6_ / _18_ / _64_    Age: _40_

Inmate _P___l___n___d_ was last evaluated by ADOC psychology staff member
_Clay Colly?_ on _4_ / _1_ / _7_. 
A diagnosis of _dep_ was made and the inmate was
recommended for participation in _____ CBD , jMP _____
_____
_____
_____

The following observations and recommendations are made as a result of the current interview:

I.  <u>Educational Needs</u>
   ___ a. ABE      ___ b. Special Education      ___ c. Trade School      ___ d. Junior College

II. <u>Mental Health Needs</u>

___ A. Refer to psychiatrist      ___ E. Sexual adjustment      ___ I. Self-concept enhancement

___ B. Substance abuse counseling      ___ F. Reality therapy      ___ J. Healthy use of leisure

✓ C. Depression      ___ G. Anger-induced acting out      ___ K. Personal development

✓ D. Stress management      ___ H. Values clarification

   Date referred to psychiatrist      _____ / _____ / _____

III. RECOMMENDATIONS/REMARKS: _Disable muscular_
_dystrophy and chronic depression_
_S) claims he is back on in_
_his eye — cosd had sentnc_
_N) and was bought back_
_to be balance at old post_
_S) feeling of chron_
_dep with t disability_
_S) needs SAP need_
_____

MENTAL HEALTH CODE:    (SMI)    HARM    HIST    NONE

Evaluation Completed by: _____ Date: _6_ / _1_ / _05_

N-259 A (2/2001)
*White to Central Records*
*Yellow to Institutional File*
*Pink to Data Entry and forwarding to Medical Record*

RECEIVED JUN 0 2 2005

**ALABAMA DEPARTMENT OF CORRECTIONS**
MENTAL HEALTH SERVICES

### PSYCHOTROPIC MEDICATION REPORT

INMATE NAME: _Piland Lester_

AIS #: _145657_          LOCATION: _M170_

**PSYCHOTROPIC MEDICATION(S) PRESCRIBED:**

| Medication | Dosage | Frequency | Stop Date___ |
|---|---|---|---|
| UPA | 500mg | Bid | |

---

**PROBLEM REPORTED:**
Side effects:_____ Medication-Related Problem:_____ Non-Compliance:_____
Explanation: _IM Messed Missed 6 Am doses. IM stats they don't call pill call all the time in Am. Requests Both doses in PM_

Reported by: _K Calvern_                     Date: _6/1/05_

**MENTAL HEALTH NURSE FOLLOW-UP:**
_IM Counseled on Med Compliance the problem and side effects that can occur from Not taking meds. Will speak c̄ mD about A of med to just PM_

Follow-Up by: _K Calee RN_                Date: _6/2/05_

**PSYCHIATRIC REVIEW/PLAN:**
_A UPA to 1000mg qPM_
_Add q. A-Ambi 11̄g hs._

Follow-Up by: _[signature]_         Date: _6/2/05_

| Inmate Name _Piland Lester_ | AIS # _145657_ |
|---|---|

DOC Form #457-01

AR 457 – August 30, 2001

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

## PSYCHIATRIC EVALUATION FORM
Page 1 of 2                                    6/8/64

**Referred by:**
☐ Admission to Institution   ☐ Mental Health Staff   ☐ Medical Staff   ☐ Other_____

**Reason for Referral (Presenting Problem):**

Depakote, Benadryl- Clonazepam

**Psychiatric History (inpatient/outpatient/dates of treatment/medications prescribed):**

40 y.o. WM ī mood disorder and myotonic muscular dystrophy.
last seen by me ~1 yr ago states VPA helped his mood, anxiety and some of
his myotonic muscle jerks. He was @ Bullock
   VPA, Elavil, Benadryl left 14 Feb. from Bullock to County jail
for additional case. That has now been prosecuted. He does not recall being
on Klonopin / Clonazepam @ Bullock

**Pertinent Medical History (allergies):** NKDA

SS7                   myotonic
                     muscular dystrophy

**Substance Abuse History:**

M.J.

**Pertinent Personal/Family History (inmate's sentence):** Grew in Andalusia / Canyita Co.
WAR on disability for                    has 2 girls 12, 11 y/o
   muscular dystrophy

**Institutional Adjustment (current placement):**  FTR
Convicted of                VOP jas C-S.                Sent. 18 months
   POS-S  C-S.

| Inmate Name | Poland, Lester | AIS # | 145667 |

ALDOC Form 455-01

5 of 7

AR 455 – February 27, 2002

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

RECEPTION MENTAL HEALTH SCREENING

Institution: _Kilby_     Date/Time Inmate Received: _5-18-05_
Date/Time of Screening: _5-18-05   10:25am_   Signature/Title of Screener: _S Demml mhp_

*MENTAL HEALTH TREATMENT PRIOR TO ENTERING THE ALDOC:*
- ☑ Yes ☐ No   Psychotropic medication: _Depakene, Benadryl, Clonzepan_
- ☐ Yes ☑ No   Medication turned over to ALDOC upon arrival?
- ☑ Yes ☐ No   Mental health follow-up in last 90 days: ✓
- ☐ Yes ☑ No   Suicide/self-harm attempts in last 90 days: _____

*MENTAL HEALTH HISTORY   Does inmate report a history of the following (if yes, provide details):*
- ☑ Yes ☐ No   Outpatient treatment: _M.H Covington County_ ✓
- ☐ Yes ☑ No   Inpatient treatment: _____
- ☑ Yes ☐ No   Psychotropic medication: _Xanax_ ✓
- ☐ Yes ☑ No   Suicidal attempts: _____
- ☐ Yes ☑ No   Suicidal thoughts: _____
- ☑ Yes ☐ No   Head injury: _Car wreck 1990"_
- ☑ Yes ☐ No   Seizures: _____
- ☑ Yes ☐ No   Violent behavior: _____
- ☐ Yes ☑ No   Substance abuse: _____
- ☐ Yes ☑ No   Substance abuse treatment: _____
- ☐ Yes ☑ No   Special education classes: _____

*INMATE SELF-REPORT OF CURRENT STATUS:*
- ☐ Yes ☑ No   First incarceration (reaction): _2nd_
- ☑ Yes ☐ No   Reports family support: _____
- ☐ Yes ☑ No   Reports serious depression/remorse: _____
- ☐ Yes ☑ No   Thinking about suicide: _____
- ☐ Yes ☑ No   Has plan for suicide: _____
- ☐ Yes ☑ No   Possible to implement plan: _____
- ☐ Yes ☑ No   Reports hallucinations: _____

*BEHAVIORAL OBSERVATIONS:*
- ☐ Poor eye contact
- ☐ Disoriented
- ☐ Crying
- ☐ Illogical speech content
- ☐ Hostile
- ☐ Poor hygiene
- ☐ Overly anxious
- ☐ Memory deficits
- ☐ Appears to be hearing voices or seeing things
- ☐ Other unusual behavior: _____
- ☐ Unable to pay attention
- ☐ Unable to follow directions
- ☐ Signs of self-mutilation
- ☐ Unresponsive
- ☐ Unable to read
- ☐ Afraid
- ☐ Paranoid

*DISPOSITION/ PLACEMENT RECOMMENDATION (based on reception mental health screening):*
- ☐ Routine housing and mental health follow-up
- ☐ Priority mental health follow-up but not emergency
- ☐ Current psychotropic meds verified/interim supply ordered
- ☐ Emergency mental health referral
- ☐ Safe cell placement recommended
- ☐ Parole violator interim assessment referral

| Inmate Name _Piland, Lester_ | AIS # _145657-B_ |

ALDOC Form 450-01

## ALABAMA DEPARTMENT OF CORRECTIONS
## INMATE ORIENTATION TO MENTAL HEALTH SERVICES

The Alabama Department of Corrections provides the following mental health services:

- Assessment and treatment of mental illness
- Referral to a psychiatrist, if necessary for medication
- On-going psychiatric treatment
- Group and individual counseling
- Assistance in dealing with stressful problems (adjustment to prisons, grief and loss, family problems)
- Crisis intervention
- Residential mental health treatment and hospitalization, if necessary

If you wish to speak with mental health staff about routine matters such as scheduling for group or individual counseling, send in a Health Services Request form.

In emergency situations or if you have concerns that need to be addressed immediately, contact any correctional officer so that you may receive mental health assistance as soon as possible.

Your participation in mental health services is voluntary except in emergency situations or when you have been provided due process through administrative review.

If you believe the mental health services provided to you are inadequate, you may file an inmate grievance.

Information about the mental health services provided to you is confidential except in the situations when mental health staff believe that you may be:

- Suicidal
- Homicidal
- Presenting a clear danger of injury to self or others
- Presenting a reasonable clear risk of escape or creation of institutional disorder
- Receiving Psychotropic medication
- Requiring movement to a special unit or cell for observation and treatment
- Requiring transfer to a psychiatric hospital outside of the prison
- Requiring a new program assignment for mental health reasons

Mental health staff has a legal duty to report to appropriate authorities any unreported suspected abuse or neglect of a child.

Mental health and medical staff will have access your mental health records when completing their duties. The following persons may have access to your mental health records on a need to know basis:

- Warden of the institution or designee
- Internal investigation staff and legal counsel working with the ADOC
- Departmental and accrediting audit staff
- Persons authorized by a court order or judgment

All other persons or agencies require an authorization for release of information signed by you before gaining access to your mental health records.

***This information on this form has been explained to me and I have received a copy of the information for my future reference.***

| | | |
|---|---|---|
| *Lester Piland* | 145657B | 5-18-05 |
| Inmate Signature | AIS # | Date Signed |

Piland, Lester

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
REFERRAL TO MENTAL HEALTH

Inmate Name: _Pitard, Lester_ AIS# _145657_ Date of Referral: _5/19/05_

REASON FOR REFERRAL:

☐ CRISIS INTERVENTION
    ☐ Family problem: _____
    ☐ Problems with other inmates: _____
    ☐ Recent stress: _____
    ☐ Other: _____

☐ EVALUATION OF MENTAL STATUS
    ☐ Suicidal
    ☐ Homicidal    ☐ Anxious    ☐ Physical complaints
    ☐ Mutilative    ☐ Depressed    ☐ Sleep disturbance
    ☐ Hostile, angry    ☐ Withdrawn    ☐ Hallucinations/delusions
    ☐ Other inappropriate behavior: ___  ☐ Poor hygiene    ☐ Suspicious

☐ EVALUATION OF NEED FOR PSYCHIATRIC EVALUATION

☑ HISTORY OF PSYCHOTROPIC MEDICATION PRIOR TO RECEPTION/TRANSFER

☐ OTHER: _____

COMMENTS: Elavil 50mg q HS
Valproic Acid 1000mg b.d
Vistaril 50mg b.d

Referred by: _____ Phone Contact #: _691_
☐ Referral for psychiatrist (referral has been screened by mental health or medical staff)

MENTAL HEALTH FOLLOW-UP: EVALUATION/TREATMENT/DISPOSITION

5/19/05

Follow-Up by:

| Inmate Name | Date: | |
|---|---|---|
| | | AIS # |

# DISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 5/19/05 | | | |

Psychiatry

The potential benefits and side effects of _Depakote_ within the dosage range of _300-2000_ have been discussed with the inmate and the inmate has agreed to accept the medication.   X _(signature)_

The potential benefits and side effects of _Ponstan_ within the dosage range of _25-50/100g_ have been discussed with the inmate and the inmate has agreed to accept the medication.   X _(signature)_

The potential benefits and side effects of _Benadryl_ within the dosage range of _25-150_ have been discussed with the inmate and the inmate has agreed to accept the medication.   X _(signature)_

Ordered   VPA 500 BID
PAM 50 hs            X Goal
BEN 50 ghs.
Profile II & VPA  2 wks

_(signature)_ MD
MHM Correctional Services
Dr. Joseph McGinn

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Piland, Lester | 145657 | | W/M | KCF |

F-61



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

### INTAKE HEALTH EVALUATION

NAME: _Pilcand, Lester_
AIS # : _145657_
D.O.B.: _6-18-64_

Age _40_  Sex _M_  Race _W_  Height _5'8"_  Weight _145_

Temp: _97³_  B/P: _136 / 72_  Pulse: _86_  Resp: _18_
** B/P – If greater than 140/90, repeat in 1 hour. Refer to Mid-Level if B/P remains up.

Do you now or have you ever had, or been treated for:

| Problem | Y | N | Problem | Y | N | Problem | Y | N |
|---|---|---|---|---|---|---|---|---|
| Head Trauma | ✓ | | Gastritis | | ✓ | **HIV/AIDS ***** | | ✓ |
| Loss of Consciousness | ✓ | | Ulcers | | ✓ | ***Medications Verified | | |
| Severe Headaches | | ✓ | Bleeding | | ✓ | Hepatitis - Type | | ✓ |
| Vertigo/Dizziness | | ✓ | Gall Bladder/Pancreas | | ✓ | Gonorrhea | | ✓ |
| Vision Problems | | ✓ | Liver Problems | | ✓ | Syphilis | | ✓ |
| Hearing Problems | | ✓ | Arthritis | | ✓ | Lice, Crabs, Scabies | | ✓ |
| Seizures | | ✓ | Joint/Muscle Problem | ✓ | | | | |
| Strokes | | ✓ | Back/Neck Problem | ✓ | | **LMP** | | |
| Nervous Disorders | ~~✓~~ | ✓ | Kidney Stones/Dz | | ✓ | Date | | |
| DT's | | ✓ | Bladder/Kidney Infection | | ✓ | Duration | | |
| Heart Condition | | ✓ | Alcoholism | | ✓ | Normal | | |
| Angina/Heart Attack | | ✓ | Drug Abuse _8ᵈ_ | ✓ | | Regularity | | |
| High Blood Pressure | ✓ | | Psychiatric History | ✓ | | Gravida/Para | | |
| Anemia/Blood Disorder | | ✓ | Suicidal Thoughts** | | ✓ | AB/Miscarriage | | |
| Sickle Cell or Trait | | ✓ | **Immediate M.H. Referral | | | Contraception | | |
| Lung Condition | | ✓ | **T.B.** | | | Type: | | |
| Asthma * | | ✓ | PPD - date given: _5/19/05_ | | | | | |
| | | | RFA/LFA | | | **Lab Tests - Dates** | N | Ab |
| *Peak Flow Reading | | | Date read: _5-21-05_ | | | Diagnostic Profile II | | |
| Bronchitis | | ✓ | Results: _0mm_ | | | RPR | | |
| Emphysema | | ✓ | **Visual Acuity** | | | Urine Dip Stick | | |
| Pneumonia | | ✓ | OD    OS | | | | | |
| Diabetes | | ✓ | OU _20/25_ | | | **EKG** (@ age 35) | | |
| Hay Fever/Allergies | | ✓ | | | | | | |

Immunization History: _Td 2004  Stated current Status_

Immunizations Needed: _Ø_

***HIV Medications: _Ø_

Acute or Chronic Problem Noted:  (Y)   N    Refer to Mid-Level or M.D. if yes.

_W. Depn_                                    _5/19/05 @ 09:05_
**RN or Mid-Level, Signature**                **Date/Time**

I have read the *access to health care* information sheets and have been given a copy.    I understand how to access health care.

Name _*Lester Piland*_                    Date _8-19-05_

AIS# _145657_

Medical Staff _____    Date _5/19/05_

4/13/04



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# INTAKE SCREENING

| Date. 5-18-05 | AIS#. 145657 |
|---|---|

| Last Name: Piland | First: Lester | Middle: Mark |
|---|---|---|
| Birthplace: 6-18-64 Covington CO | DOB: 6-18-64 | SS#: 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 |

| **FEMALES:** Pregnancy test: (circle one) Positive Negative | B/P 8/70   Temp 98⁴   Pulse 74   Resp. 20   Weight 160 |
|---|---|
| | FSBS 94   If level > 200, repeat within 48 hours. Above 300 call M.D. |

Previous Hospitalizations/Surgeries/Major Illness/Current Illness: What? Where?
Myotonic muscular Dystrophy

Previous Incarcerations (Date & Facility)
2004 Bullock

| Medications: ☐None Klonpin Depakote Benadryl | Special Diet (Prescribed) NO |
|---|---|
| Allergies: ☐NKA | Past Positive TB Skin Test (circle one) YES - (Complete TB Screening Form) **NO** |

ANY INMATE WHO IS UNCONSCIOUS, SEMICONSCIOUS, ACTIVELY BLEEDING, IN ACUTE PAIN AND URGENTLY IN NEED OF MEDICAL ATTENTION SHOULD IMMEDIATELY BE REFERRED FOR EMERGENCY CARE

## CLINICAL OBSERVATIONS

1) Level of Consciousness (✓) Alert   (✓) Oriented; time, place, person
() Lethargic () Stuporous () Comatose

Describe:

2) General Appearance   (✓)Normal () Abnormal

3) Signs of Trauma   () Yes   (✓)No

3) Substance Abuse:   ()Yes   () No   () Suspected
() Current intoxication/Abuse   (✓)Use   () Withdrawal Symptoms
() Drugs () Alcohol

Describe- What kind? Amount/Frequency?  marij

• If confirmed Benzo use, then call M.D. If can not be confirmed, call M.D.

Last Use: (Time/Date):

4a) Behavior/Conduct: (✓)Calm   (✓)Cooperative   (✓)Non-Violent
() Agitated () Uncooperative () Violent
() Manipulative () Disorganized

Describe:

4b) Affect/Mood (✓) Normal () Manic   () Depressed
() Euphoria   () Flat   () Emotionally Confused

Describe:

4c) Perceptions:   () Delusional   () Hallucinations   () Hearing Voices

| 5a) Is there h/o actual suicide attempt?   () Yes (✓)No | 5b) Does pt describe current suicidal thoughts or ideations? () Yes (✓)No |
|---|---|
| 5c) Is there evidence | 5d) High risk pt may become assaultive towards staff? () Yes (✓)No |

If ANY of the above in #5 are circled, staff MUST describe here, include previous history and dates:

**\*Any abnormal observations #4 or 5 require immediate Mental Health Referral.**

Triggers for Suicide Watch
- Currently Suicidal
- History of actual attempt
- Fails to maintain control on Close Watch   Y or N

Triggers for Close Watch
- Emotionally distraught and unable to regain composure by end of intake process
- Actively hallucinating or not making any sense   Y or N

| 6a) Communication Difficulties   () Yes (✓)No | 6b) Memory Defects   () Yes (✓)No |
|---|---|
| 6c) Hearing Impairment   () Yes (✓)No | 6d) Speech Difficulties   () Yes (✓)No |

7) Physical Aids (✓)None   () Glasses   () Contacts   () Hearing Aid   () Dentures   () Cane   () Crutches
() Walker   () Wheelchair   () Braces   () Artificial Limb   () Other

8) Additional comments, complaints, symptoms:   None

S)

O)   Fever   Y (N)      Swollen Glands   Y (N)      Signs of Infection   Y (N)      Skin Intact (Y) N

A)

P)

If known Diabetic * Call M.D. for order _____ . Initial Insulin given:_____ .

I have answered all questions truthfully. I have been told and shown how to obtain medical services. I hereby give my consent for

health services to be provided to me by and through PRISON HEALTH SERVICES.

_Lester Piland_
Inmate's Signature/Date

_Susan Williams RN_
Health Provider Signature/Date

60412-AL



**PRISON HEALTH SERVICES, INC.**

## DEPARTMENT OF CORRECTIONS

## NOTIFICATION OF NEXT OF KIN

**In the event of a serious injury or illness, I request the following person be notified:**

*Virgina Brunson*                    *Sister*
**Name**                             **Relationship**

*1856 Speigle st*                    *( 334 ) 264-8898*
**Street Address**                   **Phone Number**

*Montgomery*          *Al*           *36107*
**City**              **State**      **Zip Code**

*Lester Piland*    *14857*  *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*  *5-18-05*
**Inmate Signature**      **AIS#**   **SS#**    **Date**

*Susie Williams RN*                  *05/18/05*
**Witness**                          **Date**

| INMATE NAME (LAST, FIRST, MIDDLE) | AIS# | D.O.B. | RACE/SEX | FACILITY |
|---|---|---|---|---|
| Piland, Lester | 145657 | 06/18 1964 | WM | KCF |

INTAKE HEALTH APPRAISAL

NAME:_____
AIS#:_____
D.O.B.:_____ R/S_____

**HEALTH CLASSIFICATIONS:**
(Circle One)

**1 - No Restrictions**

**2 – Temporary Restrictions**
See Special Needs Form

**3 – Permanent Restrictions**
See Special Needs Form

**4 – A&I (Aged & Infirmed)**

**5 – Not Determined**
Recheck_____.

**PLACEMENT:**

| General Population | ( ) |
| Emergency Department | ( ) |
| Isolation | ( ) |
| Medical Observation | ( ) |
| Other_____ | |

**REFERRAL:**
CCC Placement    ( )

Clinic(s)_____
See MD/Mid-Level flow sheet
for clinic(s).

| Medical | ( ) |
| Dental | ( ) |
| Mental Health | ( ) |
| Other_____ | |

When: ( ) Immediately
( ) Next Sick Call

**IMMUNIZATIONS ORDERED:**

_____

_____

| APPRAISAL | N | Abn/Comment |
|---|---|---|
| **General Movement** Deformity Pain, Bleeding Habitus, Hygiene | ✓ | limp |
| **Neuro** Mental Status Intox Withdrawal, Tremor Neuro-Deficits | ✓ | A10 |
| **Skin** Injury, Bruises, Trauma Jaundice Diaphoretic Rash, Lesions, Infestations Needle Marks Color, Turgor | ✓ | multiple tatoos (L) ankle scar |
| **Head** Normocaphalic Atraumatic Hair, Scalp | | scars forehead |
| **Eyes** Glasses/Vision Pupils Sclera, Conjunctiva | ✓ | PERRLA |
| **Ears** Appearance Canals, TMs, Hearing | ✓ | |
| **Nose** Epistaxis Sinuses | ✓ | |
| **Throat** Teeth, Gums, Dentures Mouth, Tongue, Tonsils Airway | ✓ | |
| **Neck** C-Spine, Mobility Veins, Carotids Thyroid, Lymph Nodes | | full ROM |
| **Chest** Config. Ausc/Resp Cough/Sputum Breast/Masses | ✓ | CTAB |
| **Heart** Ausc Rate, Rhythm Murmurs, Ectopy | ✓ | HRRR |
| **Abdomen** Bowel Sounds Palp, G/R/T, Hernia | ✓ | +BS |
| **GU** Flank Tenderness Bladder Tenderness/Distention | ✓ | |
| **Back** ROM, Spasm, Injury | ✓ | full ROM |
| **Extremities** Edema, Pulse | | knee Atrophy |
| **Genitals** Injuries/Lesions | | deferred |
| **Pelvic Pap** | | |
| **Rectal/Guiac** (required @ 45 and up) Deferred/follow-up: | | |

Medications Ordered: Ibuprofen

_____

M.D. or Mid-Level Signature

05/19/05 0850
Date/Time

# ALABAMA DEPARTMENT OF CORRECTIONS

# PROBLEM LIST

INMATE NAME Piland, Lester          AIS# 145657

Medication Allergies: NKDA

Medical: Chronic (Long-Term) Problems
          Roman Numerals for Medical/Surgical

Mental Health Code: SMI HARM HIST NONE
          Capital Letter for Psychiatric Behavior

| Date Identified | Chronic Medical Problem | Mental Health Code | Date Resolved | Provider Initials |
|---|---|---|---|---|
| 5-21-05 | PPD – 0mm B Hadsden LPN / JW Murdy, NP | | | |
| 6/21/05 | Muscular Dystrophy diagnosed in 1995 | | | |
| | s/p MVC and close head injury 1957 | | | |
| 12/14/05 | Mood D/o NOS 2° to Medical Condition | SMI | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**If Asthmatic label:  Mild – Moderate – or Severe.