**Facility Name:** Easterling Correctional Facility

**Month/Year of Charting:** 11/05

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Depakene 250MG Cap   120.00**
Take 2 capsule(s) by mouth twice daily
Start Date: 09-07-2005   Stop Date: 11-05-2005
Prescriber: Banerjee MHM, Sreelekha   RX #: 250555854
*See new orders*

**zantac 150MG Tab   60.00**
Take 1 tablet(s) by mouth twice daily
Start Date: 09-07-2005   Stop Date: 11-05-2005
Prescriber: Banerjee MHM, Sreelekha   RX #: 250555856
*orders 11/7/05*

**Inderal 20MG Tab   60.00**
Take 1 tablet(s) by mouth twice daily
Start Date: 10-13-2005   Stop Date: 01-10-2006
Prescriber: Darbouze, Jean   RX #: 250760844

**APAP-Phenyltoloxamine 30-325MG Tab   120.00**
Take 2 tablet(s) by mouth twice daily as needed
Start Date: 10-13-2005   Stop Date: 11-11-2005
Prescriber: Floyd, Linda   RX #: 250760890

**Depakene 500mg. P.O. Bid x 14 days**
Start Date: 11/1/05   Stop Date: 11/15/05
Prescriber: Banerjee   RX #:

**Zantac 150mg. P.O. Bid x 14 days**
Start Date: 11/1/05   Stop Date: 11/15/05
Prescriber: Banerjee   RX #:

**Diagnosis**

**Allergies**

**Housing Unit:** Population
**Patient ID Number:** 226568
**Patient Name:** Brazell, Michael

**Documentation Codes**
1 Discontinued Order
2 Refused
3 Patient out of facility
4 Charted in Error
5 Lock Down
6 Self Administered
7 Medication out of Stock
8 Medication Held
9 No Show

Facility Name: Kastewling

Month/Year of Charting: 10/05

↓ Inderal 20mg.
p.o. bid X 90 days

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| 4a | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 10/11/05    Prescriber: Darbouzelle
Stop Date: 1-4-06    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

Start Date:    Prescriber:
Stop Date:    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|-----------|-------------------|---------|-------------------|---------|---------------------|
| | L. Ewing LPN | 26 | M.Payne RN | WP | 1. Discontinued Order |
| Allergies NKA | | | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit: | | | | | 5. Lock Down |
| | | | | | 6. Self Administered |
| Patient ID Number: 226567 | | | | | 7. Medication out of Stock |
| Patient Name: | | | | | 8. Medication Held |
| | | | | | 9. No Show |
| Brazell Michael    II | | Date of Birth: 11-3-84 | | | 10. Other |

| Facility Name: | Easterling Correctional Facility | | | | | | | | | | | Month/Year of Charting: | 10/05 | | | | | | | | | | | | | | | | | | |

**Depakene 250MG Cap**    120.00

Take 2 capsule(s) by mouth twice daily

Start Date: 09-07-2005    Prescriber: Banerjee MHM, Sreelekha
Stop Date: 11-05-2005    RX #: 250555854

**zantac 150MG Tab**    60.00

Take 1 tablet(s) by mouth twice daily

Start Date: 09-07-2005    Prescriber: Banerjee MHM, Sreelekha
Stop Date: 11-05-2005    RX #: 250555856

*Tylenol 500g ī po BID x5d*

Start Date: 10/4/05    Prescriber: Darboze /82
Stop Date: 10/1/05    RX #:

*Keflex 600mg ī po bid x10d*

Start Date: 10-10-05    Prescriber: Lloyd
Stop Date: 10-20-05    RX #:

*Inderal 20mg ī po tid x90d*

NEW Order 10/11/05

Start Date: 10-10-05    Prescriber: Lloyd
Stop Date: 1-10-06    RX #:

*Percogesic ī po bid prn x1 mth*

Start Date: 10-10-05    Prescriber: Darboze
Stop Date: 11-10-05    RX #:

| Diagnosis | | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|---|
| Allergies | NKA | | | | | 1 Discontinued Order |
| | | | | | | 2 Refused |
| Housing Unit: | Population | | | | | 3 Patient out of facility |
| Patient ID Number: | 226568 | | | | | 4 Charted in Error |
| Patient Name: | | | | | | 5 Lock Down |
| | | | | | | 6 Self Administered |
| **Brazell, Michael** | | | | | | 7 Medication out of Stock |
| | | | | Date of Birth: | | 8 Medication Held |
| | | | | | | 9 No Show |
| | | | | | | 10 Other |

Facility Name: Easterling Correctional Facility

Month/Year of Charting: 09/05

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Valproic Acid 250MG Cap    16.00**

TAKE 2 CAPSULE(S) BY MOUTH TWICE DAILY

Start Date: 06-10-2005    Prescriber: Banerjee MHM, Sreelekha
Stop Date: 09-07-2005    RX #: 7533822

**Ranitidine HCl 150MG Tab    60.00**

TAKE 1 TABLET(S) BY MOUTH TWICE DAILY

Start Date: 06-10-2005    Prescriber: Banerjee MHM, Sreelekha
Stop Date: 09-07-2005    RX #: 7533828

_See new orders 9/6/05_

**Percogesic :. po bid prn x 30 d**

8-15

Start Date: 8-15    Prescriber: Darbouze
Stop Date: 9-15    RX #:

**VPA 500 mg. P.O. Bid x 60 days**

Start Date: 9/6/05    Prescriber: Banerjee
Stop Date: 11/6/05    RX #:

**Zantac 150 mg. P.O. Bid x 60 days**

Start Date: 9/6/05    Prescriber: Banerjee
Stop Date: 11/6/05    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

Diagnosis

Allergies

Housing Unit: Population
Patient ID Number: 226568
Patient Name:
**Brazell, Michael**

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|

Date of Birth:

**Documentation Codes**
1 Discontinued Order
2 Refused
3 Patient out of facility
4 Charted in Error
5 Lock Down
6 Self Administered
7 Medication out of Stock
8 Medication Held
9 No Show
10 Other

| Facility Name: | Easterling Correctional Facility | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | Month/Year of Charting: | 08/05 | | | | | | | | | | | | | | | |

**Valproic Acid 250MG Cap    120.00**

TAKE 2 CAPSULE(S) BY MOUTH
TWICE DAILY

Hour: 4a / 4p

Start Date: 06-10-2005
Stop Date: 09-07-2005
Prescriber: Banerjee MHM, Sreelekha
RX #: 7533822

**Ranitidine HCl 150MG Tab    60.00**

TAKE 1 TABLET(S) BY MOUTH  TWICE
DAILY

Hour: 4a / 4p

Start Date: 06-10-2005
Stop Date: 09-07-2005
Prescriber: Banerjee MHM, Sreelekha
RX #: 7533828

Percogesic # po
Bid PRN x 30d.

8/15 - 9/15

Hour: 4a / 4p

Start Date: 8/15
Stop Date: 9/15
Prescriber: Dawanze
RX #:

Diagnosis

Allergies

Housing Unit: Population
Patient ID Number: 226568
Patient Name:

**Brazell, Michael**

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| CDarcia corr | 95 | Flynan Ln | Ln |
| L. Ewing VN | LE | S. Snow N | SRS |
| JDawin Lpn | JD | | |
| SWaychoff vn | SW | | |

**Documentation Codes**
1  Discontinued Order
2  Refused
3  Patient out of facility
4  Charted in Error
5  Lock Down
6  Self Administered
7  Medication out of Stock
8  Medication Held
9  No Show

# MEDICATION ADMINISTRATION RECORD

07/01/2005

STDT01                                                        (EAS-474) EASTERLING CORR. FACILITY

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

APAP/PHTLX(ACETA-,PHENA-,PHENY 325/30MG TAB
TAKE 2 TABLET(S) BY MOUTH  TWICE DAILY AS  4A
NEEDED FOR 60 DAYS                          4PM
RX:    7424930 FLOYD, N. P. , LINDA , NP
START - 05/19/2005    STOP - 07/17/2005

VALPROIC ACID (DEPAKENE) 250MG CAP          4A
TAKE 2 CAPSULE(S) BY MOUTH  TWICE DAILY      4PM

RX:    7533822 BANERJEE, M. D. (MHM), SREELEKHA
START - 06/10/2005    STOP - 09/07/2005

RANITIDINE (ZANTAC) 150MG TAB               4A
TAKE 1 TABLET(S) BY MOUTH  TWICE DAILY       4PM

RX:    7533828 BANERJEE, M. D. (MHM), SREELEKHA
START - 06/10/2005    STOP - 09/07/2005

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR          07/01/2005      THROUGH          07/31/2005

| Physician | BANERJEE, M. D. (MHM), SREELEKHA | | |
|---|---|---|---|
| Alt. Physician | | Telephone No. | Medical Record No. |
| Allergies  NO KNOWN DRUG ALLERGY | | Alt. Telephone | |
| Diagnosis | | Rehabilitative Potential | |
| Medicaid Number | Medicare Number | Composite Entries Checked By: | |
| PATIENT | | Title: RW | Date: 062205 |

BRAZELL, MICHAEL

| PATIENT CODE | ROOM NO | BED | FACILITY CO |
|---|---|---|---|
| 226560 | 1 | | EAS- |

# MEDICATION ADMINISTRATION RECORD
### 06/01/2005

STDT01

(EAS-474) EASTERLING CORR. FACILITY

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VALPROIC ACID (DEPAKENE) 250MG CAP TAKE 1 CAPSULE(S) BY MOUTH TWICE DAILY RX: 7394187 BANERJEE, M.D. (MHM), SREELEKHA START - 05/13/2005   STOP - 08/10/2005 | 4a / 4p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Percogesic π P.O. B.d Prn HA x 1mo | 4a / 4p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5-12-05 - 8-12-05 Darbaug/LH Depakene 500mg. P.O. Bid x 90 days 6/8/05 - 9/8/05 Banerjee | 4A / 4P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Zantac 150mg. P.O. Bid x 90 days 6/8/05 - 9/8/05 Banerjee | 4A / 4P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE**

| CHARTING FOR | 06/01/2005 | THROUGH | 06/30/2005 | |
|---|---|---|---|---|
| Physician | BANERJEE, M.D. (MHM), SREELEKHA | | | |
| Alt. Physician | | Telephone No. | | Medical Record No. |
| Allergies | NO KNOWN DRUG ALLERGY | Alt Telephone | | |
| | B=30  A1 | Rehabilitative Potential | | |
| Diagnosis | | | | |
| Medicaid Number | Medicare Number | Complete Entries Checked: By: H. Sungata | Title: RN | Date 5-22-05 |
| PATIENT    BRAZELL, MICHAEL | | PATIENT CODE | ROOM NO | BED | FACILITY COD |

# MEDICATION ADMINISTRATION RECORD



STDT01

| MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 |
|---|---|---|
| Tylenol 50mg ipo BID x 7d 5/10/05-5/17/05 Darboye | 4a 4p | |
| Benzoyl Peroxide apply BID 5/10/05-5/17/05 X 1 btt. Darby | 4a 4p | |
| Depakene 250 mg P.O. Bid x 90 days 5/11/05-8/11/05 Banerjee | 4A 4p | |
| Percocet ii po BID PRn HA x 2mo 5-17-05 → 8-17-05 | 4A 4p | |

| MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 |
|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR **5/10/05** THROUGH **5/3/05**

Physician **Darboye**

Alt. Physician

Allergies **NKDA**    **B-20**

Diagnosis

| Telephone No | Medical Record No. |
|---|---|
| Alt. Telephone | |
| Rehabilitative Potential | |

Medicaid Number    Medicare Number

Complete Entries Checked:
By:

PATIENT **Brazell, Michael**

PATIENT CODE    ROOM NO.    BED    FACILITY CF

Date: **5/10/05**

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tylenol ī Gm P.O. B.I.d. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PRN X 30 d. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 3-4-05 - 4-4-05  Darby/M | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

CHARTING FOR **4-1-05**    THROUGH **4-30-05**

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

Physician **Dr Darbaye**

Alt. Physician

Telephone No

Alt. Telephone

Medical Record No

Allergies **NKA**

Diagnosis

Rehabilitative Potential

Medicaid Number

Medicare Number

Complete Entries Checked.

By: **H. Swington**    Title: **RN**    Date: **3-24-**

PATIENT **Brazell, Michael**

PATIENT CODE **226564**    ROOM NO    BED    FACILITY CO

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tylenol 500mg x2 PO TID x 7 days 3-2-205 – 3-9-205 DAdn | 4 AM 9AM 4PM | | | | | | | | | | See New Order | | | | | | | | | | | | | | | | | | | |
| Tylenol 1gm po Bid PRN x 30d. 3/4 – 4/4/05 Dawborone/BB | 4a 4p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 3-2-2005          THROUGH

| | | | |
|---|---|---|---|
| Physician Darlin | | Telephone No. | Medical Record No. |
| Alt. Physician | | Alt. Telephone | |
| Allergies NKA | 3 to B8 | Rehabilitative Potential | |

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked: By: D Sam | Title: fn | Date: 3-2-2005 |
|---|---|---|---|---|

| PATIENT BRAzell- Mid/af | | PATIENT CODE 226568 | ROOM NO. ser | BED | FACILITY C |

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Motrin 600g i po TID x 3d 2/15/05 - 2/8/05 Darborg | 8a 9a 4p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE**

| CHARTING FOR | THROUGH | |
|---|---|---|
| Physician | Telephone No. | Medical Record No |
| Alt. Physician | Alt. Telephone | |
| Allergies | Rehabilitative Potential | |

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked: By: | | Title: | Date 2/15/05 |
|---|---|---|---|---|---|
| PATIENT Brazelli, Michael | | | PATIENT CODE | ROOM NO. | BED | FACILITY CO |

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Motrin 600mg T po
TID prn x 14 days   4a 9a 4p
2-18-05/3-4-05 Darbouze prior

Tylenol 500m # p.o. t,d   4A 9A 4p
x 7 days
2/28/05 - 3/7/05 Darbouze re/ DC record 2 x Not received until 3-2  See new adm

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 2-1-05   THROUGH 2-28-05

Physician Darbouze   Telephone No   Medical Record No

Alt. Physician   Alt. Telephone

Allergies NKDA   Rehabilitative Potential

Diagnosis

Medicaid Number   Medicare Number   Complete Entries Checked: By: M Mobley   Title: RN   Date: 2-18-0

PATIENT Brazell, Michael

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

MOTRN 600mg PO BID
X 10 DAYS
1-21-2005 - 1-31-2005 West /m

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE**

CHARTING FOR 1-1-2005  THROUGH 1-31-2005

Physician West

Alt. Physician

Telephone No

Alt. Telephone

Medical Record No

Allergies NKA

Rehabilitative Potential

Diagnosis

Medicaid Number | Medicare Number

Complete Entries Checked:

By: ___

Title: RN

Date: 1-21-205

PATIENT BRAZell - Michael

PATIENT CODE 226568

ROOM NO SC

BED | FACILITY CO

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pen V K 500mg 1 go tid x 10 days 10-26-04 — 11-5-04 D/c'ed | 4a 9a 7p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| H2O2 Rinses B.i.d x 2 wks 10-26-11-14  cued | 4a 7p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR 11-1-04 | THROUGH 11-30-01 | | |
|---|---|---|---|
| Physician  Darbage | | Telephone No. | Medical Record No |
| Alt Physician | | Alt Telephone | |
| Allergies  NKA    A25 | | Rehabilitative Potential | |

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked: By: H. Swington | Title: RN | Date 10-27-01 |
|---|---|---|---|---|

PATIENT

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Motrin 600mg ẛ po tid x 3d. 10/26 – 10/29 | 4a 9a 4p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pen VK 500mg ẛ po tid x 10d. 10/26 – 11/5 | 4a 9a 4p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| H2O2 Rinses Bid x 20k 10/26 – 11/14 | 4a 4p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR Oct '04    THROUGH

Physician ___   Telephone No ___   Medical Record No ___

Alt. Physician ___   Alt Telephone ___

Allergies NKDA    Rehabilitative Potential ___

Diagnosis ___

Medicaid Number ___   Medicare Number ___   Complete Entries Checked By SBush   Title LPN   Date 10/26

PATIENT Brazell Michael   PATIENT CODE 2265268   ROOM NO POP   BED ___   FACILITY ECF



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Michael Brazell_     Date of Request: _1/6/06_

ID # _226568_     Date of Birth: _11-3-84_   Location: _5-B-8_

Nature of problem or request: _Having problems with head-aches, if you can help it will be greatly appreciated, thanks for your time and patience_

_Michael Brazell_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___

Time: _____ AM PM

Allergies: _____

```
┌─────────────────────────────────┐
│           RECEIVED              │
│  Date: 1-9-06                   │
│  Time:  11                      │
│  Receiving Nurse Initials ____  │
└─────────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective**   (V/S): T: _____   P: _____   R: _____   BP: _____   WT: _____

**(A)ssessment:**    See Net    1/9/06

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment    Return to Clinic PRN
CIRCLE ONE

Check One: ROUTINE ( )    EMERGENCY ( )

If Emergency was PHS supervisor notified:   Yes ( )    No ( )

Was MD/PA on call notified:   Yes ( )    No ( )

*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE

YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



**Nursing Evaluation Tool:**                    <u>**General Sick Call**</u>

Facility: _ECF_
Patient Name: _Brazell_                    _Michael_
                      Last                        First
Inmate Number: _226568_                    Date of Birth: _11_ / _3_ / _1984_
                                                              MM   DD    YYYY
Date of Report: _1_ / _9_ / _2006_         Time Seen: _9:40_ AM (PM) Circle One
                 MM   DD   YYYY

_Subjective:_  Chief Complaint(s): _"Having problems with headaches"_
        Onset: _Since he was 12_
Brief History: _He said he was hit the head when he was_
(Continue on back if necessary) _12 years old and it hurts every since then._

□ Check Here if additional notes on back

_Objective:_  Vital Signs: (As Indicated) T: _98.6_ P: _68_ RR: _18_ B/P: _120_ / _58_

Examination Findings: _Pt states he was on percogesic's and they ran_
(Continue on back if necessary) _out._

□ Check Here if additional notes on back

_Assessment: (Referral Status)_ Preliminary Determination(s): _____
        □ Referral <u>NOT REQUIRED</u>
        ☑ Referral <u>REQUIRED</u> due to the following: (Check all that apply)
                ☑ Recurrent Complaint (More than 2 visits for the same complaint)
                □ Other: _____

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

_Plan:_  Check All That Apply:
        ☑ Instructions to return if condition worsens.
        ☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. □ YES □ NO (If NO then schedule patient for appropriate follow-up visits)
        □ Other: _____
                  (Describe)
OTC Medications given □ NO ☑ YES (If Yes List): _Motrin 200mg PO BID X 5days_
Referral: □ NO ☑ YES (If Yes, Whom/Where): _Dar bouze_          Date for referral: _1_/_13_/_2006_
                                                                               MM  DD   YYYY
Referral Type: ☑ Routine □ Urgent □ Emergent (if emergent who was contacted?): _____ Time _____

x _J. Chery TRN_          Name: _J. Ivey TRN_
    Nurses Signature                    Printed



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Michael Brozell_____ Date of Request: _____
ID # _226565_____ Date of Birth: _11-3-84_ Location: _5B-8_____
Nature of problem or request: _I put in a sick call slip a few weeks ago about_
_my head aches, I was put in to see the doctor but I haven't seen anyone._
_Im having severe head aches, I need to see someone A.S.A.P._
_Thanks for your time and patience. Im also having numbness in_
_my left wrist and fingers, Im_ _Michael Brazell_____
_also having nerve problems._         Signature

**DO NOT WRITE BELOW THIS LINE**

Date: _12 / 5 / 2005_
Time: _____ AM  PM
Allergies: _____

|  | RECEIVED |
| --- | --- |
|  | Date: _____ |
|  | Time: _12/5/05_ |
|  | Receiving Nurse Intials _MP_ |

(S)ubjective:  _Waiver_   _Dr App._

(O)bjective   (V/S): T: _____  P: _____  R: _____  BP: _____  WT: _____

(A)ssessment:

(P)lan:

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                                    CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )      No ( )
                Was MD/PA on call notified:   Yes ( )      No ( )

_____
                                    _SIGNATURE AND TITLE_

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Michael Brazell_        Date of Request: _11-10-05_
ID # _226568_        Date of Birth: _11-3-84_ Location: _5B-8_
Nature of problem or request: _I got a sty on my left eye, need_
_help A.S.A.P._

_____

_Michael Brazell_
*Signature*

## DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM  PM
Allergies: _____

```
RECEIVED
Date: 11-14-05
Time: 11:30A
Receiving Nurse Intials:
```

**(S)ubjective:**

**(O)bjective** (V/S): **T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:**   Waiver Signed

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )    No ( )
Was MD/PA on call notified:   Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Michael Brazell_ _____ Date of Request: _11-14-05_ _____

ID # _226568_ _____ Date of Birth: _11-3-84_ Location: _5B-8_

Nature of problem or request: _Still haveing problems with headaches,_
_need help A.S.A.P Thanks for your time and_
_patience._

_Michael Brazell_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: ____/____/____

Time: _____ AM PM

Allergies: _____

┌─────────────────────────────────┐
│         RECEIVED               │
│ Date: _11-15-05_               │
│ Time:                          │
│ Receiving Nurse Intials _MP_   │
└─────────────────────────────────┘

**(S)ubjective:**

**(O)bjective** **(V/S): T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE

Check One:   ROUTINE ( )     EMERGENCY ( )

If Emergency was PHS supervisor notified:    Yes ( )    No ( )

Was MD/PA on call notified:    Yes ( )    No ( )

_____

*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**Nursing Evaluation Tool:**                    <u>General Sick Call</u>

Facility: _ECF_

Patient Name: _Brazell        Michael_
                    Last                    First

Inmate Number: _22 6568_          Date of Birth: _11 / 3 / 84_ MI
                                                                MM   DD   YYYY

Date of Report: _11 / 15 / 05_          Time Seen: _9:20_ AM / PM Circle One
                MM   DD   YYYY

---

_Subjective:_  Chief Complaint(s): _headaches_

Onset: _chronic_

Brief History: _pt c/o continual chronic headaches due to past_
(Continue on back if necessary) _traumatic head injury - pt states percogisics give_
_relief - pt requests continual rx_

☐ Check Here if additional notes on back

_Objective:_  Vital Signs: (As Indicated) T: _99.8_  P: _84_  RR: _14_  B/P: _112 / 78_

Examination Findings: _____
(Continue on back if necessary)
_____
_____
_____
_____

☐ Check Here if additional notes on back

_Assessment: (Referral Status)_ Preliminary Determination(s): _____

☐ Referral <u>NOT REQUIRED</u>

☑ Referral <u>REQUIRED</u> due to the following: (Check all that apply)
    ☑ Recurrent Complaint (More than 2 visits for the same complaint)
    ☐ Other: _____
    _____
    _____

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

_Plan:_  Check All That Apply:
☐ Instructions to return if condition worsens.
☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☑ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____
         (Describe)
OTC Medications given  ☑ NO  ☐ YES (If Yes List): _____

Referral: ☐ NO  ☑ YES (If Yes, Whom/Where): _MD_          Date for referral: _11 / 21 / 05_
                                                                              MM   DD   YYYY

Referral Type: ☑ Routine  ☐ Urgent  ☐ Emergent  (if emergent who was contacted?): _____  Time _____

X _____  Name: _Sword RN_
     Nurses Signature                    Printed



**Nursing Evaluation Tool:**     **Altered Mental Status**

Facility: Easterling
Patient Name: Brazee     Michael
    Last     First
Inmate Number: 226668     Date of Birth: 11 / 3 / 84 MI
    MM   DD   YYYY
Date of Report: 10 / 7 / 05     Time Seen: 9:40   AM **PM** Circle One
    MM   DD   YYYY

**Altered Mental Status "AEIOU Tips"**

A – Alcohol            T – Trauma
E – Electrolytes/Encephalopathy/Endocrinopathy   I – Infection
I – Insulin (too much, too little)       P – Psychiatric
O – Opiates and other drugs (contact poison control)   S – Seizure/Shock
U – Uremia and other metabolic disorders

**Subjective:** Chief Complaint: "I want to kill myself"

Onset: Today

History: "I just want to kill myself, and I will harm anybody right now, I drank some cleaner about 3-4 hours ago, con
(Continue on back if necessary)     ☐ Check Here if additional notes on back

Source of History: ☐ Bystander(s)   ☐ Patient   ☐ Both patient and bystander(s)

**Objective:** Vital Signs: (As Indicated) T: 98.8   P: 92   RR: _____   B/P: 110 / 88   Wt 186

Pulse Ox %: 97 % ☐ Room Air   O2 LPM: _____    Blood Glucose: _____   POx 97%

Airway: ☑ Clear   ☐ Partial obstruction
Breathing: ☐ Spontaneous   ☑ Normal   ☐ Shallow   ☐ Irregular
Circulation: ☐ Pulse present   ☑ Strong   ☐ Weak   ☑ Regular   ☐ Irregular

Repeat Vital Signs and Neurologic checks on Neurologic Flow Sheet if indicated.

Neurologic: (AVPU) ☑ Awake   ☐ Responds to Voice   ☐ Responds to Pain   ☐ Unresponsive
(Check the appropriate highest response level)
Pupil: ☐ PERRL   ☐ Pupils unequal/abnormal: _____

Initial Glascow Coma Scale: _____    *See Neurological Flow Sheet for components*

Trauma: ☑ NO   ☐ YES (If trauma to the head use C-Spine precautions)
Skin: ☐ Warm   ☐ Cool   ☑ Dry   ☐ Moist/clammy   Skin Color: ☐ Normal   ☐ Pallor   ☐ Flushed   ☐ Jaundice
Incurred injuries: ☐ None apparent   ☐ Yes _____

☑ Additional Examination: WM A&O x3 Resp even & unlabored Skin w/p Stated he drank some cleaner will feels better p he threw up
Continue on back if necessary        ☑ Check Here if continued on back

**Assessment:** Referral Status)
☐ **Referral NOT Required**    Preliminary Determination(s): _____
   ☐ Normal exam; patient with no risk factors or significant past medical history   _____
   ☐ Hypoglycemia due to short-acting insulin corrected with glucose administration

☑ **Referral Required** due to the following: (Check all that apply)
   ☐ Due to trauma             ☐ Low blood sugar caused by long acting glucose medication
   ☐ Significantly altered level of consciousness   ☐ Abnormal exam findings for this patient
   ☐ At risk patient due to past medical History   ☐ Recurrent Complaint (More than 2 visits)
   ☑ Other (Describe): _____

☐ Check Here if continued on back

**Plan:** Check All That Apply:
   ☐ Protect airway (with C-Spine precaution) and administer oxygen
   ☐ Initiate automatic 24 hour observation with @ least 30 min. checks; V.S. and Neuro checks 15 min. x 4 until stable; then
      check 30 min. x 4/stable; then check 1 hr. x 4/stable; then check every 4 hrs.
   ☑ Other: Refer to Dr Nevels · Notified @ 9:55pm so back

x _____ (Nurses Signature)        Name: C Garcia LPN
                 Printed



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Michael Brazell_          Date of Request: _Oct. 3, 06_
ID # _226568_          Date of Birth: _11-3-84_   Location: _5B-15_
Nature of problem or request: _I'm haveing problems with head ache's,_
_if you can help me with my problem it will be_
_greatly apprecrated. Thanks for your time and patience._

_Michael Brazell_
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM PM
Allergies: _____

┌─────────────────────────────┐
│          RECEIVED           │
│ Date:                       │
│ Time:                       │
│ Receiving Nurse Intials ____│
└─────────────────────────────┘

**(S)ubjective:**

**(O)bjective**   (V/S): **T:** 98⁸   **P:** 76   **R:**        **BP:** 132/86   **WT:**

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )     EMERGENCY ( )
       If Emergency was PHS supervisor notified:     Yes ( )     No ( )
              Was MD/PA on call notified:     Yes ( )     No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

**PHS**

## Nursing Evaluation Tool:

**Headache**

Facility: _ECF_

Patient Name: _Brazell          Michael_
                  Last                    First          MI

Inmate Number: _22-6568_          Date of Birth: _11 / 3 / 84_
                                                  MM   DD   YYYY

Date of Report: _10 / 4 / 05_          Time Seen: _9:45_ AM / (PM) Circle One
                  MM   DD   YYYY

**Subjective:** Chief Complaint(s): _headache_

Onset: _1 wk p̄ Percogesic Rx - expired_  ☑ New Onset ☐ Sudden ☐ Gradual ☑ Chronic

Activity prior to onset: _none_

History: _pt was struck c̄ baseball bat as a child - resulting_
(Continue on back if necessary)  _in chronic c/o head pain_

Pain Scale: (1-10) _6_  Duration of Pain: _____  Does anything relieve the pain? _Percogesic_  ☐ Check Here if additional notes on back

Description of Pain: ☐ Throbbing ☐ Sharp ☐ Pressure ☑ Dull/Achy ☐ Other: _____

Location of pain: _all over_          Radiation: ☑ No Radiation ☐ Radiation to: _____

Associated Symptoms: Nausea ☑ NO ☐ YES  Vomiting ☑ No ☐ Yes (x_____)          ☐ Visual Changes  ☐ Photophobia
                      Dizziness ☐ Sinus Problems ☐ Other: _____

Worst Headache: ☐ NO ☐ YES  Prior Headache history: ☐ NO ☑ YES

History of Head Injury? ☐ NO ☑ YES(if Yes): LOC? ☑ NO ☐ YES  Confusion: ☐ NO ☑ YES  ☐ Seizures: ☑ NO ☐ YES

Meds taken: ☐ NO ☑ YES _____          Trauma sustained in altercation with custody staff, or other
                                        inmate? ☑ NO ☐ YES (Requires notification of correctional staff)

**Objective:**  Vital Signs: (As Indicated) T: _98_  P: _76_  RR: _16_  B/P: _132 / 88_

General Appearance: ☑ No acute distress ☑ Alert ☑ Oriented x _3_ ☐ Confused ☐ Lethargic
                    ☐ Irritable / Agitated          ☑ Normal facial symmetry ☑ YES ☐ NO:

Skin: ☑ Warm ☐ Cool ☑ Dry ☐ Moist/clammy  Skin Color: ☐ Normal ☐ Pallor ☐ Flushed ☐ Jaundice

Pupil: ☑ PERRL          ☐ Pupils unequal/abnormal:

Neck: ☑ Supple with no meningeal signs ☐ Stiff neck

Musculoskeletal: ☑ Symmetric with no weakness ☐ Asymmetric/Weakness: _____

Gait: ☑ Able to walk/normal gait ☐ Difficulty walking or abnormal gait

Signs of substance abuse: ☑ NO ☐ YES: _____

☐ Additional Examination: _____
     Continue on back if necessary

**Assessment: (Referral Status)**          ☐ Check Here if continued on back

☐ Referral NOT Required          Preliminary Determination(s): _____

☑ Referral Required due to the following: (Check all that apply)
   ☐ Abnormal Vitals          ☐ Visual disturbances      ☐ Dizziness
   ☐ Altered mental status    ☐ Unequal pupils           ☐ Nausea/vomiting,          ☑ Recurrent Complaint (More than 2 visits)
   ☐ Recent Head Injury       ☐ + Meningeal signs        ☐ B/P systolic > 160, diastolic > 95
   **Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure
   of the appropriate care to be given.

**Plan:**  Check All That Apply:

☐ Isolation for contagious conditions (communicable).

☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as
   appropriate follow-up ☑ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)

☐ Instructions to return if condition worsens.          ☐ Return if no improvement within 24 hours or condition worsens.

☐ Other: _____

OTC Medications given ☐ NO ☑ YES (If Yes List): _Tylenol 1gm ī po BID X 5d_
                                    (Describe)

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): _MD_          Date for referral: _10 / 7 / 05_
                                                                              MM  DD  YYYY

Referral Type: ☑ Routine ☐ Urgent ☐ Emergent  (if emergent who was contacted?): _____
                                                                              Time

x _[signature]_                              Name: _S. Crawford RN_
     Nurses Signature                              Printed



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

*M.A.B.*

Print Name: _Michael Brazell_    Date of Request: _8-7-05_
ID # _226568_    Date of Birth: _11-3-84_ Location: _5A-1_
Nature of problem or request: _Having problems with head aches, my_
_medication ran out need to see a docter. Thanks for_
_your time and patience._

_Michael Brazell_
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: _8/8/05_
Time: _2125_  AM PM
Allergies: _NKDA_

> **RECEIVED**
> Date: AUG  8 2005
> Time:
> Receiving Nurse Intials _____

**(S)ubjective:** "My head has been hurting me."

**(O)bjective    (V/S):** T: 122/98.2/78  P: 76  R: 20  BP: 122/78  WT: 178

A+0 x 3, Skin w/o to touch. Resp even et unlabored. Denies having a H/A at this time. Ø acute distress noted.

**(A)ssessment:** Alteration in Comfort

**(P)lan:** Tylenol 500mg II po BID x 7 days, See MD

Refer to: (MD/PA)  Mental Health  Dental  Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One: ROUTINE X  EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )

_Wallace, Lyn_
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: Michael Brazell _____ Date of Request: July 24, 05
ID # 226568 _____ Date of Birth: 11-3-84 Location: 5A-1
Nature of problem or request: The cell that Im in lights doesn't work and
the darkness is bothering my thoughts. I hate not being able to see.
I've also been depressed and this cell is driving me crazy.
I need someone to talk to, please help me
P.S. Officers keep messing with me     Michael Brazell
and Im having some real bad         Signature
thoughts.

**DO NOT WRITE BELOW THIS LINE**

Date: 7-25-05 PM
Time: 100 AM PM
Allergies: NKA

```
┌─────────────────────────────────┐
│          RECEIVED               │
│ Date:                           │
│ Time:                           │
│ Receiving Nurse Intials _____ │
└─────────────────────────────────┘
```

**(S)ubjective:** "I just want to see Mental Health & See if they can
get me moved to another cell."

**(O)bjective   (V/S): T:** 98.4 **P:** 74 **R:** 18 **BP:** 118/80 **WT:** 180
Pt Denies any bad thoughts @ this time. States he has
asked for this to move him several times because the light
**(A)ssessment:** won't come on & he is "Clostrophobic" "anyways."
Alert - Showld/to will keep a close -
Pt for alt w Coping Skills

**(P)lan:** Refer to Mental Health

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment   Return to Clinic PRN
                    CIRCLE ONE
Check One:   ROUTINE (✓)   EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )   No ( )
              Was MD/PA on call notified:   Yes ( )   No ( )

_____
              *SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Michael Brazell_    Date of Request: _May 24, 05_

ID # _226568_    Date of Birth: _11-3-84_ Location: _513-20_

Nature of problem or request: _I was assaulted by 2 officers_
_during the assault my neck was injured it's_
_real stiff and I've been having sharp pains._

_Michael Brazell_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _5/25/05_

Time: _2130_ AM PM

Allergies: _NKDA_

| RECEIVED |
|---|
| Date: MAY 2 5 2005 |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:** _"is the back of my neck"_
_"Since the 23rd - when an officer jumped on me"_

**(O)bjective** (V/S): T: _99.8_  P: _78_  R: _16_  BP: _108/60_  WT: _185_

_AAOx3, skin warm and dry, resp even and unlabored, pt makes ext_
_above statement re: current complaint and area of pain, ROM-WNL, no_
_redness or swelling noted, pt indicates mid-cervical tenderness as location'_

**(A)ssessment:** _pt currently on periogesics - denies relief of current complaint_

_alt. in comfort_

**(P)lan:** _refer to MD_

Refer to: (MD)/PA  Mental Health  Dental  Daily Treatment    Return to Clinic PRN
CIRCLE ONE

Check One:  ROUTINE (X)    EMERGENCY ( )

If Emergency was PHS supervisor notified:  Yes ( )    No ( )

Was MD/PA on call notified:  Yes ( )    No ( )

_____
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE

YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Michael Brazell_                Date of Request: _May, 9, 05_
ID # _226568_ _____            Date of Birth: _11-3-84_ Location: _5B-8_
Nature of problem or request: _Im haveing headachs and my_
_face keeps breaking out._
_____

_Michael Brazell 226568_
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: _5/10/05_
Time: _2155_ AM PM          ┌─────────────────────────┐
Allergies: _NKDA_            │        RECEIVED         │          ⟨B⟩ 5/17/05
                            │ Date:                   │
                            │ Time:                   │
                            │ Receiving Nurse Intials ___ │
                            └─────────────────────────┘

**(S)ubjective:** " _My Enteral is out ad the headachs started again_ "
" _The razor makes my face break out_ "

**(O)bjective   (V/S): T:** _98_  **P:** _80_  **R:** _16_  **BP:** _112/82_  **WT:** _185_
_A Ao x 3, skin warm ad dry, multiple acne lesions visible ad I'd nuckens on_
_cheeks and neck, ny eves of whiteboard, pt c/o recurring HA - relief c̄_
_APAP_

**(A)ssessment:** _alt in skin integrity_
_alt in comfort_

**(P)lan:** _Tylenol 500g ⅱ po BID x 7d_
_Benzoyl Peroxide x 14 d_
_Derm Profile x 6 mos_

Refer to: (MD/PA)  Mental Health  Dental  Daily Treatment      Return to Clinic PRN
                    CIRCLE ONE
Check One:  ROUTINE (✓)  EMERGENCY ( )
      If Emergency was PHS supervisor notified:  Yes ( )  No ( )
            Was MD/PA on call notified:  Yes ( )  No ( )

_____ _SIGNATURE AND TITLE_

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 2-28-05 5⁰⁰a | S 'I'm still here' O - W/M standing in Safe cell A&O x3 sleep for short intervals during nite sits in coord of room prn a MHO. P. cont. to Monitor ~ Taylor, RN |
| 3-1-05 6:30a | S. No Reply O. W/M lying in safe cell. Because up set during night z correctional officer. P. cont to monitor ~ Taylor, RN |

---

INMATE NAME (LAST, FIRST, MIDDLE)
Brazill Micheal

| DOC# | DOB | R/S | FAC. |
|---|---|---|---|
| 226528 | 11-3-84 | 11-3-84 | "East" |

PHS-MD-70049      **Complete Both Sides Before Using Another Sheet**

109

| Time | Inmate's Name: | D.O.B.: / / |

3-20-05 — I'm Doing About The Same

O - A+A+ - Oriented X 3 — Talking to D. Front are
Safe cell - Safe Conn'd — No Complaints of hurting himself or others
A - Suicide Watch
P - Continue To Monitor _____ Johnson _____

3-27-05    S. No Reply
6:00 am   O - lying on Mat in safe cell A+O x 3. Up standing
in cell at intervals during 11-7
A. M+O
P. cond to Monitor _____ Taylor RN

1/26/05    S. "Can I have my medicine"
Late 9AM O - W/m ambulatory in Safe cell. A, O x 3.
Entry   C/o feels depressed. Good Eye Contact Noted.
Request pain medicine for pain in hand. Ø
Injury noted to body upon physical
assessment.
A. Suicide Watch
P - Medication given p no orders. Continue Current
2X _____ S maclnnach _____

3/27/05 8AM S - "I'm alright"
O - W/m ambulatory in safe cell. Dressed in
gown. A, O x 3. C/o suicidal thoughts. Ø Injury
noted to body. Good Eye Good Contact Noted
A - Suicide Watch
P - Continue Current 2X _____ S mac _____

| Date/Time | Inmate's Name: | | D.O.B.: / / |
|---|---|---|---|

27/8/05 3am S In Okay
O Sleeping most of shift received sandwich meal + milk denies thoughts of suicide @ this time
A Stable
P Continue to monitor — VS signs up ↑

2/19/05 6a S — "I Feel a little better."
O — Ax3 WM aroused easily for V.S. Resp even of unlabored. No injury noted. Quiet & cooperative. BP 118/70 68 16 T 97.3 BLVE goals meet intact. A. Alt. coping.
P— Monitor PRN. ————— L. Ewing LPN

2-19-2005 S — I'm Doing OK
O — Alt — oriented x 3. — Safe cell — Safe conn Watches what is going on — but does not cause any problem. Ask for modem tonight. Given — Voices no complaints of hurting himself or others.
A— Suicide Watch
P— Continue To monitor [signature]

2-20-2005 4PM S— I'm OK
O — Alt — Safe conn — Safe cell — Talks to us. Request medicine for pain given
A— Suicide Watch
P— Continue to monitor [signature]

2-21-2005 4pm S — I Recing OK. but I still want like my mom
O— Alt — oriented x3 — Safe cell — Safe conn No complaints of of hurting himself or others
A— Suicide Watch
P— Continue To monitor [signature]



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Michael A. Brazell_ ___ Date of Request: _2-1-05_

ID # _226568_ ___ Date of Birth: _11-3-84_ Location: _HCU_

Nature of problem or request: _Haveing constant head aches from past head injury, also haveing problems with my right hand, thanks for your time and patience._

_Sincerlly_ _Michael A. Brazell_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _3/2/2005_
Time: _915_ AM (PM)
Allergies: _NKA_

RECEIVED
Date:
Time:
Receiving Nurse Intials _____

**(S)ubjective:** I have head Aches 2 or 3 A month That last for 2 days At A Time Day e Night And Then They will go AwAy — I have Then From A CAR Accdt My hand does Not hurt Any more but it's kinda soft.

**(O)bjective (V/S):** T: _98_  P: _90_  R: _16_  BP: _118/90_  WT: suicide cell

Alert - Orientated X 2 — States he has head Aches severAl times A month And Would like DR To order him Some Thing For him mAybe For 30 days or long ho

**(A)ssessment:** he cAN  states motren does Not help — He Also hAs soft Alt. Comfort of Lethew Tissue of RT hand - No swelling Noted - soft probAbly due to heAling

**(P)lan:** See DR — AlreAdy hAs tylnol ordrd For 7dAys he is going To TRy iT And see how iT Works — Then he is be Able To Tell DR if iT helps

Refer to: (MD)/PA  Mental Health  Dental  Daily Treatment  Return to Clinic PRN
CIRCLE ONE

Check One: ROUTINE (X)  EMERGENCY ( )
If Emergency was PHS supervisor notified:  Yes ( )  No ( )
Was MD/PA on call notified:  Yes ( )  No ( )

_L. Barker RN_
SIGNATURE AND TITLE

WHITE:  INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT
GLF-1002  (1/4)



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Michael Brazell_ _____ Date of Request: _1-19-05_

ID # _226568_ _____ Date of Birth: _11-3-84_ Location: _5A-19_

Nature of problem or request: _Haveing problem with my wisdom teeth, need to see a dentist._

_Michael Brazell_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _1/20/2005_
Time: _9:00_ AM (PM)
Allergies: _NKA_

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:** RT- Bottom Wisdom Tooth Coming in Thinks it is Abt Come To Pain

**(O)bjective   (V/S): T:** 98  **P:** 70  **R:** 16  **BP:** 100/70  **WT:**

Alert - oriented X3 — Skin warm & dry - No Swelling noted Has RT-Lower Wisdom Tooth Coming in Pushing Against other Tooth - Stated **(A)ssessment:** he was only Antibiotics two ago - w/u it came on then he was suppose to sign up to see it can be pulled   Motrin 600 105 ID X 10 days/

Alt. Comfort during PAN
**(P)lan:** See Dentist
DR- West / D. Brown
1 dose given S/M 1-20-2005

Refer to:   MD/PA   Mental Health  (Dental)  Daily Treatment      Return to Clinic PRN
CIRCLE ONE

Check One:  ROUTINE (√)   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_____
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT
GLF-1002   (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Michael Brazell_    Date of Request: _2-15-05_

ID # _226568_    Date of Birth: _11-3-84_ Location: _HCU_

Nature of problem or request: _Constant Headaches, have a problem_
_sleeping_

_Michael Brazell_
Signature _226568_

### DO NOT WRITE BELOW THIS LINE

Date: _2/15/05_
Time: _2015_ AM/PM
Allergies: _NKDA_

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:** _"I have been having migraines since I was a kid"_

**(O)bjective   (V/S):** T: _98.8_   P: _76_   R: _16_   BP: _124/84_   WT: _unk._
_AAOX3, skin warm/dry, resp. even and unlabored_

**(A)ssessment:** _alteration in comfort and sleep_

**(P)lan:** _Motrin 600g 1 po TID X 3d_

Refer to:  (MD)/PA  Mental Health  Dental  Daily Treatment    Return to Clinic PRN
CIRCLE ONE

Check One: ROUTINE (X)   EMERGENCY ( )
If Emergency was PHS supervisor notified:  Yes ( )   No ( )
Was MD/PA on call notified:  Yes ( )   No ( )

_M 2/18/05_

_____
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

DEPARTMENT OF CORRECTIONS
# TRANSFER & RECEIVING SCREENING FORM

| RECEIVED: Inmate/Health Record | RELEASED: Inmate/Health Record | ALLERGIES: |
|---|---|---|

RECEIVED: Inmate/Health Record

Institution: Easterling

Date 6/14/04    Time: 800    AM/PM

RECEIVED FROM:
Institution/Work Release Center/Free-World Hospital
_____

RECEIVING MEDICAL STATUS
- [✓] Population
- [ ] Infirmary
- [ ] Isolation

RELEASED: Inmate/Health Record

Institution: Kilby B80

Date: 6/12/04    Time: _____ AM/PM

RELEASE FROM:
- [✗] Infirmary   [ ] Segregation
- [✗] Population   [ ] Mental Health
- [ ] Other _____

RELEASE TO:
- [✓] DOC   [ ] Infirmary   [ ] Mental Health
- [✗]

Institution/Work Release Center/Free-World Hospital

ALLERGIES: NKDA

PHYSICAL EXAMINATION

Date of last exam: 5/27/04

Chest X-Ray Date: _____ Result: _____

PPD Reading 5/30/04 0mm

Classification: _____

Limitations: _____

---

LAB RESULTS - - LAST REPORT

| | Date | Normal | Abnormal | | YES | NO |
|---|---|---|---|---|---|---|
| CBC | _____ | [ ] | [ ] | Wears Glasses/Contacts | [ ] | [✓] |
| Urinalysis | _____ | [ ] | [ ] | Dental Prosthesis | [ ] | [✓] |
| | | [ ] | [ ] | Hearing Aide | [ ] | [✓] |
| | | [ ] | [ ] | Other Prosthesis | [ ] | [✓] |

DScott lpn
Recieving Nurse

CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS

CURRENT MEDICATION - - DOSAGE AND FREQUENCY

| | | |
|---|---|---|
| MEDICATIONS | [ ] Sent w / inmate | [ ] Not sent w / inmate |
| X-RAY FILM | [ ] Sent w / inmate | [ ] Not sent w / inmate |
| HEALTH RECORD | [✗] Sent w / inmate | [ ] Not sent w / inmate |

Released to: _____

Date: _____ Time: _____ AM/PM

| MEDICATIONS | [ ] Received | [✓] Not Received |
|---|---|---|
| X-RAY FILM | [ ] Received | [ ] Not Received |
| HEALTH RECORD | [ ] Received | [ ] Not Received |
| CHART REVIEWED | [✓] YES | [ ] NO |

Received by: DScott lpn
Signature of Receiving Nurse

Date: 6/14/04    Time: 800 AM/PM

SCHEDULE FOR CHRONIC CARE CLINIC

DATE: _____ LAST CLINIC: _____

---

FOLLOW-UP CARE NEEDED

| | Date | Time | With Whom - - Location (Sending Nurse) | Date/Appt. Made w/Whom (Rec. Nurse) |
|---|---|---|---|---|
| [ ] Medical   [ ] Dental | _____ | _____ | _____ | _____ |
| [ ] Mental Health | _____ | _____ | | |

---

NURSING ASSESSMENT (SENDING NURSE)
(Noted from health record documentation)

| HISTORY | Yes | No |
|---|---|---|
| Drug Use | [✗] | |
| Mental Illness | | [✗] |
| Suicide Attempt | | [✗] |
| Chronic Care | | [✗] |

IV use

| STATUS | Yes | No |
|---|---|---|
| Special Diet | | [✗] |
| Appearance | [✗] | |

OTHER PERTINENT NURSING ASSESSMENT

NURSING ASSESSMENT (RECEIVING NURSE)
(Noted from inmate assessment)

| SKIN | Yes | No |
|---|---|---|
| Open Sores | | [✓] |
| Lice | | [✓] |
| Edema | | [✓] |
| Warm & Dry | [✓] | |
| Cool & Moist | | |

| CONDITION | | |
|---|---|---|
| Alert | [✓] | |
| Oriented | [✓] | |
| Uncooperative | | [✓] |
| Depressed | | [✓] |

INTAKE

Sick Call Procedures Explained   Yes

Height   5'9"

Weight   175

Blood Pressure   100/60

Temperature   _____

Pulse Resp.   52-18

Other _____

---

Hassel lpn
Signature of Nurse Completing Assessment (Sending Nurse)

6/12/14
Date

DScott lpn
Signature of Intake Screening Nurse (Receiving Nurse)

6/14/04
Date

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|---|
| Brazell, Michael A. | 226568 | 11/3/84 | W/M | KCF |

MD-70009    **(White - Medical Jacket, Yellow - Transfer Coordinator)**