IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LESTER MARK PILAND (AIS #145657) | * |
| | * |
| Plaintiff, | |
| | * |
| V. | 2:06-CV-46-F |
| | * |
| GWENDOLYN MOSLEY, PRISON HEALTH SERVICES, INC., JEAN DARBOUZE, KAY WILSON, et al., | * |
| | * |
| Defendants. | |
| | * |

**AFFIDAVIT OF JEAN DARBOUZE, M.D.**

**STATE OF ALABAMA**

**COUNTY OF** Barbour

**BEFORE ME,** Grace M. Maloy, a notary public in and for said County and State, personally appeared **JEAN DARBOUZE, M.D.**, and being duly sworn, deposed and says on oath that the averments contained in the foregoing are true to the best of his ability, information, knowledge and belief, as follows:

"My name is Jean Darbouze. I am a medical doctor and am over twenty-one years of age. I have been a licensed physician in Alabama since 1996 and have been board certified in internal medicine since 1997. From February of 2000 through February of 2004, and again from April 16, 2004 through the present, I have served as the Medical Director for Easterling Correctional Facility in Clio, Alabama. Since November 3, 2003, and at all times relevant to this case, my employment as Easterling's Medical Director

has been with Prison Health Services, Inc., the company which currently contracts with the Alabama Department of Corrections to provide medical services to inmates.

Lester Mark Piland AIS #145657 is an inmate who has been incarcerated at Easterling Correctional Facility since June 22, 2005. I am familiar with Mr. Piland and have been involved with the medical services provided to him at Easterling. In addition, I have reviewed Mr. Piland's Complaint in this action as well as his medical records (certified copies of which are being produced to the Court along with this Affidavit).

Mr. Piland has a history that is significant for myotonic dystrophy, the most common form of muscular dystrophy. Myotonic dystrophy is a genetic disease that affects the interaction between the body's nervous and muscular systems. Unlike any of the other muscular dystrophies, myotonic dystrophy is characterized by muscle weakness associated with accompanying myotonia (delayed relaxation of the muscles after contraction) and by a variety of abnormalities associated with muscle wasting.

Mr. Piland was diagnosed with myotonic dystrophy in 1995. There is no cure for this disease; therefore, it is treated by controlling its symptoms. Mr. Piland's disease expresses itself symptomatically in the form of pain and muscle cramping. Specifically, Mr. Piland's disease has caused atrophy and weakness in his upper extremities and facial muscles. In order to treat Mr. Piland's incremental pain, I have prescribed Flexeril, Motrin, Tylenol, and Elavil as warranted by his changing condition for muscle spasm and chronic pain.

In order to make Mr. Piland's time in prison more comfortable, I have afforded him numerous specialty profiles including a "no prolonged standing," "lay in," "bottom bunk" and "release from work profile." On June 30, 2005, and again on February 10,

2006, I requested that Mr. Piland be transferred from Easterling to Hamilton Correctional Facility, a facility better equipped to treat inmates suffering from severe chronic diseases.

Based on my review of Mr. Piland's medical records, and on my personal knowledge of the treatment provided to him, it is my opinion that all of his medical conditions and complaints have been evaluated and treated in a timely and appropriate fashion. Mr. Piland has been seen and evaluated by the medical or nursing staff, and has been referred to an appropriate care provider and given appropriate care, each time he has registered any health complaints at Easterling Correctional Facility.

At all times, myself and the other healthcare providers at Easterling have exercised the same degree of care, skill, and diligence as other similarly situated health care providers would have exercised under the same or similar circumstances. In other words, it is my opinion that the appropriate standard of care has been adhered to at all times in providing medical care, evaluation, and treatment to this inmate.

At no time have I or any of the medical or nursing staff at Easterling Correctional Facility denied Mr. Piland any needed medical treatment, nor have we ever acted with deliberate indifference to any serious medical need of Mr. Piland. At all times, Mr. Piland's medical complaints and conditions have been addressed as promptly as possible under the circumstances."

Further affiant sayith not.

_____
JEAN DARBOUZE, M.D.

STATE OF ALABAMA )
)
COUNTY OF Barbour )

  Sworn to and subscribed before me on this the   2nd   day of March, 2006.

_Grace M. McKay_
Notary Public
MyCommissionExpires 03/31/07.