IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

LESTER MARK PILAND (AIS #145657)        *

                *

    Plaintiff,

                *

V.                        2:06-CV-46-F

                *

GWENDOLYN MOSLEY, PRISON HEALTH
SERVICES, INC., JEAN DARBOUZE, KAY    *
WILSON, et al.,

                *

    Defendants.

                *

                *

## AFFIDAVIT OF KAY WILSON, R.N., H.S.A.

**STATE OF ALABAMA**

**COUNTY OF Barbour**

BEFORE ME, Linda E. Teal, a notary public in and for said County and State, personally appeared **KAY WILSON, R.N., H.S.A.**, and being duly sworn, deposed and says on oath that the averments contained in the foregoing are true to the best of her ability, information, knowledge and belief, as follows:

"My name is Kay Wilson. I am over the age of twenty-one and am personally familiar with all of the facts set forth in this Affidavit. I have been a licensed, registered nurse in Alabama since 1985. I hold a Bachelor's Degree in nursing from Troy State University. Since 1985, I have practiced nursing in a variety of positions and settings. In particular, I have worked as a nurse at Easterling Correctional Facility in Clio, Alabama, since March of 2001. Since November 3, 2003, I have been employed as the Health Service Administrator (H.S.A.) for

Easterling Correctional Facility by Prison Health Services, Inc. ("PHS"), the company which currently contracts with the Alabama Department of Corrections to provide medical services to inmates. I am personally familiar with all of the facts set forth in this Affidavit.

Lester Mark Piland (AIS #145657) has been incarcerated at Easterling Correctional Facility since June 22, 2005. I am familiar with Mr. Piland and I have reviewed Piland's Complaint in this action as well as his medical records (certified copies of which are being produced to the Court along with this Affidavit).

It is my understanding that Mr. Piland has made a complaint in this matter that I have failed to properly treat his myotonic dystrophy. As a Health Services Administrator, I am not responsible for designing a plan of treatment for this inmate. I defer to Dr. Darbouze with regard to the medical treatment this inmate has received.

Based on my review of Piland's medical records, and on my personal knowledge of the treatment provided to him, it is my opinion that his medical conditions and complaints have been evaluated and treated in a timely and appropriate fashion at Easterling Correctional Facility. At all times, myself and the other healthcare providers at Easterling have exercised the same degree of care, skill, and diligence as other similarly situated health care providers would have exercised under the same or similar circumstances. In other words, it is my opinion that the appropriate standard of care has been adhered to at all times in providing medical care, evaluation, and treatment to this inmate.

At no time have I or any of the medical or nursing staff at Easterling Correctional Facility denied Piland any needed medical treatment, nor have we ever acted with deliberate indifference to any serious medical need of Piland. At all times, Piland's medical complaints and conditions have been addressed as promptly as possible under the circumstances."

2

Further affiant sayith not.

_Kay Wilson, RN/HSA_
**KAY WILSON, R.N., H.S.A.**

STATE OF ALABAMA     )
                           )
COUNTY OF _Barbour_    )

Sworn to and subscribed before me on this the ____3rd____ day of March, 2006.

_Linda E. Teal_
Notary Public

My Commission Expires:

__7-15-07__

3