**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

ELEPHONE (334) 954-3600

March 9, 30

# NOTICE OF CORRECTION

FROM:   Clerk's Office

Case Style:   Farmer v. AL Dept of Youth Services et al

Case No.:   3:03cv854-T
Document 12 Special Report
Document 13 Answer
Filed on 3/6/06

This Notice of Correction was filed in the referenced case this date to enter the corrected pdf of the referenced documents into the record. The original pdfs did not contain a signed Certificate of Service page. The corrected pdfs are attached to this Notice.