IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

RECEIVED

2006 MAR 10   A 10: 18

DEBRA P. HACKETT CLK
U.S. DISTRICT COURT

LESTER MARK PILAND,

      Palintiff,


VS:                       Action No. 2:06-CV-46-MEF


Gwendolyn Mosley, et.al.,

      Defendants,


## OBJECTION TO MAGISTRATE'S ORDER


     Comes now Plaintiff, Lester Mark Piland, Pro Se and makes this Objection to the March 1, 2006 Order entered by Magistrate Judge Delores R. Boyd granting the Defendant's 35 additional days in which to answer.

     Plaintiff asserts to this Court that the underlying action is based on a lack of medical attention and the maltreatment of Plaintiff who suffers from MYOPTIC MUSCULAR DYSTROPHY and is seeking medical attention and placement in a facility that can assist Plaintiff in the basic daily hygene.Plaintiff asserts that he has trouble cleaning him self after deficating. This court should order the Defendant's to assist him in these daily matters while they formulate a defense.


Done on this  day of March 2006

X _Lester Piland_
     Lester Mark Piland

     200 Wallace dr.

     Clio, Al 36017

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of 1) objection's to magi-
strate order, on the person's who's address's are below by placing same
in the U. S. mail postage prepaid.

Alabama Department of Corrections
Legal Division
P.O. Box 301501
Montgomery Al 36130

Done on this    day of March 2006

X _Lester Piland_
Lester Mark Piland
200 Wallace dr.
Clio, Al 36017