IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LESTER MARK PILAND, #145657, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cv-46-MEF |
| | ) | |
| WARDEN GWENDOLYN MOSLEY, | ) | |
| et al., | ) | |
| | ) | |
| DEFENDANTS. | ) | |

# **ORDER**

This cause is before the court on the Objection to Magistrate's Order (Doc. # 15) filed by Plaintiff on March 10, 2006. This objection challenges the March 1, 2006 Order entered by Magistrate Judge Delores R. Boyd granting two of the defendants a brief extension of time for their answers and/or responses.

In accordance with Federal Rule of Civil Procedure 72(a), this Court has reviewed objection and the Magistrate Judge's Order. This Court finds that the Magistrate Judge's Order is neither clearly erroneous, nor contrary to law. *See* Fed. R. Civ. P. 72(a). Therefore, Plaintiff's objection is OVERRULED. It is further ORDERED that this case is hereby REFERRED back to the Magistrate Judge for appropriate action or recommendation on all pretrial matters.

DONE this 15th day of March, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE