IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LESTER MARK PILAND, #145657 )<br>)<br>Plaintiff,  )<br>)<br>Vs.  )<br>)<br>Warden Gwendolyn Mosley, et.al. )<br>Prison Health Services,  )<br>Dr. Darbouse, Nurse K. Wilson  )<br>Defendants.  ) | CIVIL ACTION NO. 2:06-CV-46-F |

AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared Gwendolyn Mosley, who being known to me and being by me first duly sworn, deposes and says under oath as follows:

My name is Gwendolyn Mosley and I am presently employed as a Correctional Warden III, employed by the Department of Corrections, Easterling Correctional Facility, 200 Wallace Drive, Clio, AL 36017. I am over twenty-one (21) years of age.

Inmate Mark Piland, W/145657, was assigned to Easterling Correctional Facility on June 20, 2005. According to our Health Care Unit, Health Services Administrator Ms. Kay Wilson, inmate Piland was seen by the doctor for his illness and was prescribed Elavil 50mg for his illness, and put in for a transfer for his condition (Exb.#1).

According to our Classification Supervisor, Ms. Latrice Greene, any medically directed transfer should be designated as ASAP or have a specific timeframe for movement. If there is no specific timeframe indicated on the medical document by the Doctor, the document should be so marked and contain the statement that the inmate can be moved

DEFENDANT'S EXHIBIT A

Affidavit-Gwendolyn Mosley
Civil Action No.2:06-CV-46-F
Page 2

with other inmates (Exb.#2, Classification Manual). Inmate Piland is waiting transfer by the Transfer Agency Supervisor (TAS).

Easterling Correctional Facility is an open facility for all inmates to walk to our Health Care Unit, Kitchen, etc. Inmates with No Long Standing Profiles are allowed to move to the front of the line and have the opportunity to sit down on the inmates' benches that are placed at our Health Care Unit.

Our dormitories have been made accessible for inmate Piland's condition. All of our dormitories have toilets, showers, and water fountains for all inmates with handicapped conditions.

Easterling Correctional Facility was constructed between 1988-1990, and was opened in March 1990.

Since 1992, we have made each dormitory handicap accessible by reconstruction of the showers and the entrance to the toilet and shower areas. Ramps and rails were placed at the Gym and Law Library. Benches have been placed at the Health Care Unit for inmates with profiles.

_____
Gwendolyn Mosley

SWORN TO AND SUBSCRIBED TO before me this the 10th day of February, 2006.

_____
NOTARY PUBLIC

My Commission Expires: 7-15-07