IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

LESTER MARK PILAND, #145657            )
                                        )
    Plaintiff,                          )
                                        )
Vs.                                     )   CIVIL ACTION NO.2:06-CV-46-F
                                        )
Warden Gwendolyn Mosley, et.al.         )
Prison Health Services,                 )
Dr. Darbouse, Nurse K. Wilson           )
    Defendants.                         )

### AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared Sandra Hayes, who being known to me and being by me first duly sworn, deposes and says under oath as follows:

My name is Sandra Hayes and I am presently employed as a Classification Specialist, employed by the Department of Corrections, Easterling Correctional Facility, 200 Wallace Drive, Clio, AL 36017. I am over twenty-one (21) years of age.

I, Sandra Hayes, Classification Specialist, have in no way violated any rights or deliberately withheld any medical treatment from inmate Lester Piland, W/145657. I am in no way in charge of inmates receiving medical treatment who are assigned to Easterling or any other facility in the Alabama Department of Corrections. I am not in charge of assuring that inmates get treatment for their medical conditions. As a Classification Specialist with the ADOC, it is my responsibility to make recommendations for less restrictive custody, complete paperwork for various functions, etc. I have not neglected inmate Piland or any inmate in ADOC in any way, form or fashion.

DEFENDANT'S EXHIBIT B

Affidavit-Sandra Hayes
Civil Action No.2:06-CV-46-F
Page 2

_____
Sandra Hayes

SWORN TO AND SUBSCRIBED TO before me this the 10th day of February, 2006.

_____
NOTARY PUBLIC   Linda E. Teal

My Commission Expires: 7-15-07

# PHS
## PRISON HEALTH SERVICES INCORPORATED

### PHYSICIANS' ORDERS

#25 Completed for Maynard on 7/1/05

**NAME:**

**DIAGNOSIS (If Chg'd)**

**D.O.B.** / /
**ALLERGIES:**

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

**Use Last    Date** / /

---

**NAME:** PILAND, LESTER
145657   noted
**D.O.B.** 6/18/64   7/13/05
**ALLERGIES:** NKDA   R Flowers, LPN

**DIAGNOSIS (If Chg'd)** Mood D/O NOS 2° Medical Condition
△ Depakene 500 mg. po. @ 4:00 PM
△ Pamelor 75 mg. po. @ 4:00 PM x 90 days
△ Benadryl 25 mg. po. @ 4:00 PM

S. Banerjee, MD

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

**Use Fourth    Date** 7/13/05

---

**NAME:** Piland, Lester
noted 6/30/05
M Payne LPN
2:15 pm
**D.O.B.** 6/18/64
**ALLERGIES:** NKDA

**DIAGNOSIS (If Chg'd)** Muscular Dystrophy

Transfer to Hamilton or Bullock (unable to walk long distance)
Any error

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

**Use Third    Date** 6/30/05

---

**NAME:** PILAND, LESTER
145657   noted 6/29/05
R Flowers LPN
**D.O.B.** 6/18/64
**ALLERGIES:** NKDA

**DIAGNOSIS (If Chg'd)** Mood D/O NOS 2° Medical Condit
△ Pamelor 50 mg. po. @ 4:00 PM x 90 days
△ Depakene 1000 mg. po. @ 4:00 PM x 90 d
△ Benadryl 50 mg. po. @ 4:00 PM x 90 da
VPA level, CBC, LFT'S

S. Banerjee, MD

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

**Use Second    Date** 6/29/05

---

**NAME:** Piland Lester
#145657
**D.O.B.** 6/18/64
**ALLERGIES:** NKDA

**DIAGNOSIS**

Tylenol 1g po TID PRN x 90 days
Flexeril 10 mg ₮ P. TID PRN x 90 days

6 mos both RX

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

**Use First    Date** 6/8/05

---

MEDICAL RECORDS COPY

60110 (4/03)

# ALABAMA

# DEPARTMENT OF CORRECTIONS

# CLASSIFICATION MANUAL

As Revised 10-2000

In those rare instances where a sponsor cannot provide transportation, placement will be coordinated between the supervising SIR/PDL Officer and the Warden of the sending institution.

e.  **Medically Directed Transfers**:  Any medically directed transfer designated as ASAP or which has a specific timeframe for movement must be accomplished by the sending institution.  If there is no timeframe, the Form 258 along with the medical document should be so marked and contain the statement that the inmate can be routinely moved with other inmates.  The Form 258 will be sent to TAS.  These will not require CRB approval.  However, enemies **WILL** be checked by the sending institution before any transfer is made, however.

f.  **Lateral Transfers**:  Where an inmate is approved for Level II, IV, or V institutional placement but due to space availability has been sent to an institution other than the one requested by the inmate, that placement is not appealable.  However, where all other factors are equal and space is available proximity to home will be considered in placement.

Inmates assigned to Donaldson, St. Clair and Holman with approved security levels no greater than V may be laterally transferred.  Inmates assigned SL VI are prohibited from population at St. Clair/Holman.

Ex:  Inmate approved for Level IV placement may be sent to Limestone, Staton, Fountain, Draper or Easterling if he qualifies otherwise for those institutions.  Enemies will be checked.  Whenever a lateral transfer recommendation is made, and the inmate has had only an initial RA of record to date, reclass assessment is to be completed and submitted. (See Chapter 7D)

NOTE:  Requests for lateral transfers for inmates who have been at one institution for the <u>requisite six month period</u> and who have maintained good institutional behavior and who have requested transfer for the purpose of program participation or being assigned closer to home will still require a recommendation by the institutional classification team and the approval of the CRB.

B.  **Classification Reviews**:

A good recommendation should include any/all data applicable or pertinent to the proposal.  Recommendation should clearly show why this is to be an appropriate course of

02/10/06                                12