IN THE UNITED STATES DISCRICT COURT
OF THE MIDDLE DISTRICT
OF ALABAMA

Lester Mark Piland, AIS #145657 )
    Plaintiff )
)
vs. )   CASE NO. CV-2:06CV46-F
)
Warden Gwendlyn Mosley, et al., )
    Defendant )

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared one Kathy Holt, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is Kathy Holt. I am presently employed by the State of Alabama, Department of Corrections, as Correctional Records Director, 301 South Ripley Street, Montgomery, Alabama 36104.

This is to certify that as Director of the Central Records Division, I have no authority over the custody, classification of inmates, transfer nor location assignment of inmates. Therefore, I deny that I have violated petitioner's rights.

*[signature]*
KATHY HOLT
Director of Records

SWORN TO AND SUBSCRIBED BEFORE ME
THIS THE 14TH DAY OF FEBRUARY 2006

*[signature]*
MARY ANN LITTLE, NOTARY PUBLIC
State of Alabama at Large
My Commission Expires July 19, 2006

cc: ICRF      TO: Greg Biggs, Legal Division

DEFENDANT'S EXHIBIT C