IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Lester Mark Piland,
    Plaintiff,
VS:                    Action No. 2:06-CV-46-MEF

Gwendlyn Mosley, et.al.,
    Defendant,

RECEIVED
2006 MAR 27  A 10:09

## MOTION FOR INJUNCTION/ RESTRAINING ORDER

Comes now Lester Mark Piland, and moves this Court for an Injunction /Restraining Order enjoin the Defendants from hindering harassing,and intimidating Inmate JOHN F. WARD, whom is assisting Plaintiff in the filing of this lawsuit.

Plaintiff is relying on Inmate legal assistance as he in unfamiliar with the law. Department of Corrections officers have once again attempted to influence the outcome of this action by intimidation.

Plaintiff REQUEST this matter be presented to an Article III, United States District Court Judge.

Done on this __ day of March 2006

                                        Lester Piland
                                        Lester Mark Piland

                                        John F. Ward
                                        Next      Friend/legal assistant

                                        200 Wallace Dr.
                                        Clio, Al 36017

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of 1) Motion for Injunction/Restraining Order on the person's who's address's are below by placing the same in the U.S. mail postage pre-paid

United States District Court
Middle District of Alabama
P.O. Box 711
MOntgomery, Al 36130

Alabama Department of Corrections
Legal Division
P.O. BOX 301501
Montgomery, Al 36130

Done on this 22nd day of March 2006

Lester Mark Piland
200 WAllace DR.
Clio, Al 36017