IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LESTER MARK PILAND, | ) |
| PLAINTIFF, | ) |
| v. | ) CASE NO. 2:06-cv-46-MEF |
| | ) WO |
| GWENDOLYN MOSLEY, et al., | ) |
| DEFENDANTS. | ) |

**ORDER**

This cause is before the court on the Plaintiff's Motion for Injunction/Restraining Order (Doc. # 18). Upon consideration of the Plaintiff's submission, the motion is hereby ORDERED DENIED. It is further ORDERED that this case is hereby referred back to Magistrate Judge Delores R. Boyd for action or recommendation on all pretrial matters.

DONE this the 28th day of March, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE