IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED

2006 APR -6   9:41

Mark Lester Piland,
    Plaintiff,

VS:                        Action No. 2:06CV 46-F

Warden G. Mosley, et.al.,
    Defendants,

MOTION FOR AN EXTENSION OF TIME

Comes now Plaintiff, Mark Lester Piland, and moves this Court for an rxtension of time to file his Motion in Opposition to Summary Judgment.

Plaintiff request an Additonal 45 days in which to file his motion and would show in support that he is proceeding with the assistance of another inmate, and the additional time is required to obtain Affidavits and other Documentary Evidence to support Plaintiffs Claims.

Wherefore, Plaintiff moves for an Additional 45 forty five days to file his motion in opposition.

Done on this 1/day of April, 2006

Lester Mark Piland  145657
Lester Mark Piland
200 Wallace dr.
Clio, Al 36017

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of 1) Motion for an extension of time, on the person's who's addresss are below by placing same in the prison legal mail box at Easterling Correctional Facility postage free.

Alabama Department of Corrections
Legal Division
P.O. Box 301501
Montgomery, Al 36130

Done on this 4 day of April 2006

Mark Lester Piland
200 WAllace dr.
Clio, Al 36017