IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| LESTER MARK PILAND, #145 657 | * |
| Plaintiff, | * |
| v. | *     2:06-CV-46-MEF |
| GWENDOLYN MOSLEY, *et al.*, | * |
| Defendants. | * |

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion for Extension of Time, and for good cause, it is ORDERED that:

1. The Motion for Extension of Time (Doc. No. 21) is GRANTED; and

2. Plaintiff is GRANTED an extension from April 18, 2006 to June 1, 2006 to file his response to Defendants' written reports.

Done, this 10th day of April 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE