IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Lester Mark Piland,
    Plaintiff,

VS:                    Actiom No. 2:06-46-MEF

Gwendolyn Mosley, et.al.,
    Defendants,

MOTION FOR PRODUCTION OF DOCUMENTS

    Comes now Plaintiff, Lester Mark Piland, Pro Se and moves this Court for an Order directing the defendants in this action to produce the following documents to this Court and the Palintiff;

    1) All medical records in the possession of the defendants concerning plaintiffs condition.

    2) All internal memos and/or letters concerning plaintiffs request for treatment and/or transfer to a facility designed to accomidate persons who are disabaled.

    Plaintiff asserts that in the special report filed by Alabama Department of Corrections defendants only 1 one page of medical records were forwarded to this Court.

Done on this 19th day of April 2006

Lester Mark Piland
200 Wallace DR.
Clio, Al 36017

RECEIVED
2006 APR 21 A 9: 26

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of 1) Motion for default judgment, 2) motion for production of documents, on the persons who's addresses are below byb placing same in the legal mail system at Easterling Correctional Facility.


Alabama Department of Corrections
Legal Division
P.O.Box 301501
Montgomery, Al 36130


Prison Health Services
105 west park DR.
Brentwood Tennessee 37027


Done on this 15th day of April 2006

Lester Mark Piland
200 WAllace dr.
Clio, Al 36017