IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LESTER MARK PILAND (AIS #145657) | * | |
| | * | |
| Plaintiff, | * | |
| V. | | 2:06-CV-46-F |
| | * | |
| GWENDOLYN MOSLEY, PRISON HEALTH SERVICES, INC., JEAN DARBOUZE, KAY WILSON, et al., | * | |
| | * | |
| Defendants. | * | |

## MOTION TO STRIKE

COME NOW Defendants Prison Health Services, Inc. (hereinafter referred to as "PHS"), Jean Darbouze, M.D. and Kay Wilson, R.N., H.S.A. and move this Court to strike Exhibits 1, 2, 4 and 5 as attached to their Special Report filed on March 6, 2006 (Doc. 12) and in support show as follows:

1. On March 6, 2006, these Defendants filed a Special Report in the above matter.

2. Due to an e-filing error, another inmate's medical were mistakenly attached in duplicate to this inmate's Special Report.

WHEREFORE, the Defendants request that this Honorable Court strike from the record Exhibits 1, 2, 4 and 5 filed in support of Defendants' Special Report (Doc. 12).

Respectfully submitted,

s/L. Peyton Chapman, III
Alabama State Bar Number CHA060
s/R. Brett Garrett
Alabama State Bar Number GAR085
Attorneys for Defendants PHS,
Jean Darbouze, M.D. and
Kay Wilson, R.N., H.S.A.

RUSHTON, STAKELY, JOHNSTON &
GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270
Telephone: (334) 834-8480
Fax: (334) 262-6277
E-mail: bg@rsjg.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 25th day of April, 2006, to:

Lester Piland (AIS #145657)
Easterling Correctional Facility
Post Office Box 10
Clio, Alabama 36017

s/R. Brett Garrett GAR085
Attorney for Defendants PHS, Jean
Darbouze, M.D. and Kay Wilson, R.N.,
H.S.A.