IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| LESTER MARK PILAND, #145 657 | * | |
| Plaintiff, | * | |
| v. | * | 2:06-CV-46-MEF |
| GWENDOLYN MOSLEY, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Pending before the court is Plaintiff's *Motion for Production of Documents*. He seeks production of his medical records as well as internal memos and/or letters which reflect his requests for treatment and/or transfer to a facility designed to accommodate disabled inmates. In support of his motion, Plaintiff states that that Alabama Department of Corrections Defendants' special report contained only one page of medical records. A review of the pleading and documents filed in this matter reflects that the special report filed by Defendants PHS, Inc., Darbouse, and Wilson contains copies of Plaintiff's medical records. (*See* Doc. No. 12.)  Accordingly, it is **ORDERED** that Plaintiff's Motion for Production of Documents (Doc. No. 23) be DENIED as moot.

Done, this 25th day of April 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE