IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

LESTER MARK PILAND, #145 657          *

      Plaintiff,          *

           v.          *          2:06-CV-46-MEF

GWENDOLYN MOSLEY, *et al.*,          *

      Defendants.          *

_____

**ORDER ON MOTION**

Before the court is Defendant PHS, Inc., Darbouze, and Wilson's Motion to Strike. Defendants request that Exhibits 1, 2, 4, and 5 attached to their special report filed March 6, 2006 be stricken from the record due to an e-filing error.  Upon consideration of the motion, and for good cause, it is

ORDERED that the Motion to Strike (Doc. No. 24) be and is hereby GRANTED. The Clerk is DIRECTED to remove from the docket Exhibits 1, 2, 4, and 5 as filed with Document Number 12.

Done, this 26th day of April 2006.

                        **/s/ Delores R. Boyd**
                        DELORES R. BOYD
                        UNITED STATES MAGISTRATE JUDGE