

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT COURT
NORTHERN DIVISION

RECEIVED
2006 MAY 10 A 9:28

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Lester Mark Piland,
    Plaintiff,

VS:                                Action No. 2:06-CV-46-F

Warden Gwendlyn Mosley, et.al.,
    Defendants,


MOTION TO AMEND COMPLAINT

Comes now Plaintiff, Lester Mark Piland, Pro Se and moves for leave to amend the copmplaint filed in this action to include a defendant who's existance just became known to Plaintiff.

    Defendant:    JOHN DOE
                     Transfer Agency Supervisor
                     Employed by the Alabama Department of
                     Corrections

The defendants in this action seem to be placing the blame for a failure to transfer Plaintiff to a suitable instution on the illusive Transfer Agency Supervisor, and Plaintiff would like to add this entity as a defendant.

Done on this 5 day of May 2006

*Lester Mark Piland*
Lester Mark Piland
200 Wallace dr.
Clio, Al 36017

CERTIFICATE OF SERVICE

I hereby certify that I have served this day a copy of the Motion to Amend Complaint on the persons who's address is below by placing same in the U.S. mail postage pre-paid.

Alabama Department of Corrections
P.O. Box 310501
Montgomery Alabama 36130


Prison Health services
co/ Rushton, Stakely, Johnson & Garrett
184 Commerce Street
Montgomery, Alabama  36104


Done on this 5 day of May 2006

Lester Mark Piland
200 Wallace dr.
Clio, Al 36017