IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

LESTER MARK PILAND, #145 657    *

    Plaintiff,    *

    v.    *    2:06-CV-46-MEF

GWENDOLYN MOSLEY, *et al.*,    *

    Defendants.    *

_____

## ORDER ON MOTION

Pending before the court is Plaintiff's Motion to Amend Complaint. Upon consideration of the motion and for good cause, it is

ORDERED that Plaintiff's Motion to Amend Complaint (Doc. No. 27) be and is hereby DENIED. Not only is the motion untimely (*see* Doc. No.5 at pg. 4 - ¶4(f) ), but also, the court discerns no relation between the subject matter of the motion to amend and the claims presented in the original complaint.

Done, this 12th day of May 2006.


                            **/s/ Delores R. Boyd**
                            DELORES R. BOYD
                            UNITED STATES MAGISTRATE JUDGE