IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

Lester Mark Piland,

    Plaintiff,

VS:                                            Action NO. 2:06-CV-46-F

Warden G. Mosley, et.al.,

    Defendants,


AFFIDAVIT OF PLAINTIFF

    Before me the undersigned authority, a notary public in and for said County and State of Alabama at large, personally appeared Lester Mark Piland, who being known to me and being by me first duly sworn, deposes and says under oath as follows:

    My name is Lester Mark Piland, I am presently a Inmate at Easterling Correctional Facility, 200 Wallace dr. , Clio, Al 36017.

    I suffer from advanced Muscular Dystrophy which affects my ability to perform the basis activities of daily living.

    I am assigned to dorm 6-B, bed 26; Dorm 6-B IS NOT HANDICAPED ACCESSIBLE, only the A side of each dorm is accessible by persons with disabilities.

    I have for the last 11 Months complained to the Medical Staff and D.O.C. Officers that I have problems Walking, opening doors,as well as problems dressing, eating and cleaning myself.

    Everyone here at Easterling Correctional Facility wqants to blame someone else; when wiil some one address my serious problems?????

PAGE 2

I am only able to eat one meal a day here at Easterling Correctional Facility due to my inability to walk to the kitchen only once a day.

I am in constant severe pain 24 hours a day, and recieve only aspirin and elevil for relief of this severe pain.

My "free world' docter at least prescribed pain medication to relieve my serious pain.

Done on this 25 day of May 2006

Lester Mark Piland

SWORN TO AND SUBSCRIBED TO before me this the 25 day of May 2006

NOTARY PUBLIC

MY COMMISDSION EXPIRES

DONALD SIMMONS
Notary Public, AL State at Large
My Comm. Expires Aug. 3, 2009