*Court*

PILANDS EXHIBIT B

SWORN STATEMENT THAT DORM 6B IS NOT HANDICAPED EQUIPED

Comes now the undersigned inmates whom all swear under 18 U.S.C 1746 that the Dorm 6 B at Easterling Correctional Facility is NOT HANDICAPED EQUIPED.

Name (Print)                    Signed

1) Eric Barnes #241126          Eric Barnes #241126

2) Courtney Boyd #208921        Courtney Byd #208921

3) michael Waites #187207       Michael Waites # 187207

4) Kevin Nelson                 Binny 178652

5) Richy Helloway               Ricky Holloway 279872

6) James Bigham                 James Bigham #141661

Done on this 24th day of May 2006