Court

Exhibit-A.A



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# PROGRESS NOTES

| Date/Time | Inmate's Name: Piland, Lester    D.O.B.: 6/18/64 |
|---|---|
| 11:00 am.<br>2-15-06 | Called + spoke with Capt Knox concerning pt's health. Explained that he has advanced muscular dystrophy — affecting the ability to perform the activities of daily living. He has severe atrophy at forearms/hands with flexion contractures at wrist and fingers. Unable to fully close his eyes — dry eyes. Has problem dressing himself, eating, or cleaning himself. Explained that Dr. Darbouze wrote an order on 6/30/05 + again on 2/10/05 to transfer to Hamilton. Ask if there was a possibility of him getting some assistance from someone in population to help him? He explained he would check on this situation to see what could be done. K Wilson, RN/HSA.— |

60111 (5/85)                    **Complete Both Sides Before Using Another Sheet**