

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Lester Piland   Date of Request: 6-25-05
ID #: 145657   Date of Birth: 6-18-64   Location: 7B-110
Nature of problem or request: Haveing severe pain And cramp's, Due to muscular Dystrophy.

Lester Piland
Signature

### DO NOT WRITE BELOW THIS LINE

Date: 6/27/05
Time: 920 AM PM
Allergies: NKDA

**RECEIVED**
Date: 6/27/05
Time:
Receiving Nurse Initials: MP

(S)ubjective: "I'm having alot of pain and cramps due to muscular dystrophy. I can't walk to pill call for my med."

(O)bjective (V/S): T: 97⁶   P: 96   R: 20   BP: 110/60   WT: 144
W/M to HCU. A&Ox3. Skin warm et dry to touch. Resp even et unlabored. C/o pain severe and cramping

(A)ssessment: due to muscular dystrophy. Pt states he cannot walk from dorm to HCU for pill call. Has Rx for Tylenol & Flexeril

(P)lan: Alt in comfort
Refer to MD

Refer to: MD/PA   Mental Health   Dental   Daily Treatment   Return to Clinic PRN
CIRCLE ONE
Check One: ROUTINE (✓)   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

J Scott LPN
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT