**PHS PRISON HEALTH SERVICES INCORPORATED**

Exhibit, C-C

## PHYSICIANS' ORDERS

#258 Completed for November on 11/1/05

| | |
|---|---|
| NAME: <br> D.O.B.  /  / <br> ALLERGIES: | DIAGNOSIS (If Chg'd) <br> ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |
| Use Last  Date  /  / | |
| NAME: PILAND, LESTER <br> 145657  noted <br> D.O.B. 6/18/64  7/13/05 <br> ALLERGIES: NKDA  R.Flowers, LPN | DIAGNOSIS (If Chg'd) Mood D/O NOS 2° Medical Condition <br> △ Depakene 500 mg. po @ 4:00 PM <br> △ Pamelor 75 mg. po @ 4:00 PM × 90 da <br> △ Benadryl 25 mg. po @ 4:00 PM <br> S.Banerjee, MD <br> ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |
| Use Fourth  Date 7/13/05 | |
| NAME: Piland, Lester <br> noted 6/30/05 <br> M Reynolds, LPN 2:50 pm <br> D.O.B. 6/18/64 <br> ALLERGIES: NKDA | DIAGNOSIS (If Chg'd) Muscular Dystrophy <br> - Transfer to Hamilton or Bullock (unable to walk long distance) <br> - May show <br> ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |
| Use Third  Date 6/29/05 | |
| NAME: PILAND, LESTER <br> 145657  noted <br> 6/29/05 <br> D.O.B. 6/18/64 <br> ALLERGIES: NKDA  R.Flowers, LPN | DIAGNOSIS (If Chg'd) Mood D/O NOS 2° Medical Cond <br> △ Pamelor 50 mg. po @ 4:00 PM × 90 days <br> △ Depakene 1000 mg. po @ 4:00 PM × 90 <br> △ Benadryl 50 mg. po @ 4:00 PM × 90 d <br> △ VPA level, CBC, LFTS <br> S.Banerjee, MD <br> ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |
| Use Second  Date 6/29/05 | |
| NAME: Piland Lester <br> #145657 <br> D.O.B. 6/18/64 <br> ALLERGIES: NKDA | DIAGNOSIS <br> - Tylenol 1g po TID PRN × 90 days <br> - Flexeril 10 mg po TID PRN × 90 days <br> ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |
| Use First  Date 6/21/05 | |

MEDICAL RECORDS COPY

60110 (4/03)