## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 7/13/05 | | (Since 6/29/05). Continue care.  SBanerjee, MD. | |
| 7/13/05 | | S- Im reports having difficulty getting to pill call and showers. He was referred by Mr. White to consider sending Im back to Bullock. Im reports feeling depressed, but denies SI/HI. O- Im presents w/ sad affect and has limited range of motion in both hands. Im was oriented and exhibits speech and thoughts WNL. A- Im would likely be more appropriate for Bullock, which is where he was before being sent here from CSU at Kilby. P- Consider transfer and consult w/ psychiatrist. | |
| 7/20/05 | | Im seen in Tx team meeting. Reviewed and discussed Tx plan c̄ Im. He understands and agrees c̄ Tx plan. Continue care.  SBanerjee, MD. | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| PILAND, LESTER | 145657 | 41 | W/M | ECF |

F-61