## ALABAMA DEPARTMENT OF CORRECTIONS
### MENTAL HEALTH SERVICES

### PSYCHOTROPIC MEDICATION REPORT

INMATE NAME: Piland, Lester

AIS #: 145657          LOCATION: 7B-110

**PSYCHOTROPIC MEDICATION(S) PRESCRIBED:**

| Medication | Dosage | Frequency | Stop Date |
|---|---|---|---|
| Benadryl | 50 mg. | q hs | |
| Pamelor | 50 mg. | q hs | |
| Depakene | 1000 mg. | q hs | |

**PROBLEM REPORTED:**
Side effects: ___  Medication-Related Problem: ___  Non-Compliance: X
Explanation:

3 evening doses of Benadryl, Pamelor & Depakene missed

Reported by: R. Flowers, LPN          Date: 6/27/05

**MENTAL HEALTH NURSE FOLLOW-UP:** week of 6/21 - 6/27/05

Inmate states "I have Muscular Dystrophy & my legs are swollen & it hurts me to walk."

Instructed inmate to go to pill call & is scheduled to see Dr. Banerjee on 6/29/05

Lester Piland

Follow-Up by: R. Flowers, LPN          Date: 6/29/05

**PSYCHIATRIC REVIEW/PLAN:**

Please review progress notes dated 6/29/05.

SBanerjee, MD

Follow-Up by: ___          Date: ___

| Inmate Name | AIS # |
|---|---|
| Piland, Lester | 145657 |

DOC Form #458-01

3 of 4

AR 458 – August 30, 2001