

Exhibit-FF



PRISON HEALTH SERVICES INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Piland, Lester | D.O.B.: 6/18/64 |
|---|---|---|
| 2/30/05 | WT. 144   BP 100/64   P 88   R 16   T 98.4 | |
| | S/C Back pain | |

S: 41 y/o w/ Myotonic Muscular Dystrophy c/o not able to walk long distance 2° to weakness and unsteadiness - Pt is seeking a medical Transfer to Bullock.

O: Lungs: CTA   HEART: NM
   ext: [illegible]
   Numbness + tingling

A: Myotonic Muscular Dystrophy

P: - Tylenol prn
   - Request for Medical Transfer to another to Bullock c.f. unable to walk long distance

60111 (5/85)   Complete Both Sides Before Using Another Sheet