In The United States District
For The Middle District
of Alabama

Lester p. land
        plaintiff

vs:                                          Case No 2:06-cv-46-mef

Warden G. mosley, et, al.,
        Defendant

                Notice of Change of Address

        Comes Now plaintiff and gives this Notice
of Change of Address. The New Address is:
Lester Mark Piland AIS # 145657
        223 Sassor Dr
    Hamilton, AL  35570

Done on This 11 dayof Sept 2006      x Lester Piland
                                        Lester p. land