THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LESTER MARK PILAND, #145 657 ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:06-CV-46-MEF |
| ) | [WO] |
| GWENDOLYN MOSLEY, *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge entered on September 28, 2007 (Doc. # 32), said Recommendation is hereby ADOPTED and it is the

ORDER, JUDGMENT and DECREE that this case be DISMISSED without prejudice for Plaintiff's failures to prosecute this action and to comply with the orders of this Court.

Done this 24th day of October, 2007.

                                                    /s/ Mark E. Fuller
                                       CHIEF UNITED STATES DISTRICT JUDGE